**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Social Networking Technology, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  SNT Media, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2250871** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **110 S. Main, Suite 1000** <br> **Wichita, KS 67202** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Sedgwick** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**      .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Social Networking Technology, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2018**
MM / DD / YYYY

**X** **/s/ Becky Herington**                                      **Becky Herington**
Signature of authorized representative of debtor        Printed name

Title    **Vice President of Finance**

**18. Signature of attorney**

**X** **/s/ William B. Sorensen, Jr.**                    Date **February 12, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**William B. Sorensen, Jr. 10010**
Printed name

**Morris, Laing, Evans, Brock & Kennedy, Chtd.**
Firm name

**300 N. Mead, Ste. 200**
**Wichita, KS 67202-2745**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**10010**
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

In re:                                    )
                                          )
SOCIAL NETWORKING                         )          Case No. 18-
TECHNOLOGY, INC.,                         )          Chapter 7
d/b/a SNT MEDIA, INC.                     )
                                          )
                    Debtor.               )
_____)

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Becky Herington is Vice-President - Finance of Social Networking Technology, Inc., a Nevada corporation; on February 9, 2018, the following resolutions were duly adopted by the Board of Directors of this corporation:

"NOW, THEREFORE, BE IT RESOLVED, that prior resolutions regarding filing a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code are hereby rescinded.

BE IT FURTHER RESOLVED, that Becky Herington, Vice-President - Finance of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the Untied State Bankruptcy Court on behalf of the corporation.

BE IT FURTHER RESOLVED, Becky Herington, Vice-President - Finance of this corporation, be and hereby is authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise to and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings.

BE IT FURTHER RESOLVED, that Becky Herington, Vice-President - Finance of this corporation, be and hereby is, authorized and directed to employ the law firm of Morris, Laing, Evans, Brock & Kennedy, Chtd., to represent this corporation in said bankruptcy proceedings."

1

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION**

I, Becky Herington, Vice-President - Finance of Social Networking Technology, Inc., Debtor, declare under penalty of perjury that I have read the foregoing resolutions and they are true and correct to the best of my knowledge, information, and belief.

Date: February 12, 2018

/s/ Becky Herington
Becky Herington,
Vice-President - Finance

2

Debtor name **Social Networking Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Crossfirst Bank**<br>**P.O. Box 27107**<br>**Overland Park, KS 66225-7107** | **Business checking - operating** | 1211 | $56.56 |
| 3.2. | **Crossfirst Bank**<br>**P.O. Box 27107**<br>**Overland Park, KS 66225-7107** | **Business checking - operating** | 8236 | $23,486.42 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $23,542.98 |
|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposits - $28,125** | $0.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Prepayments - $709,838** | **$0.00** |
|---|---|---|

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. | **$0.00** |

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**See attached Exhibit A.**

11. **Accounts receivable**

11a. 90 days old or less: | **4,072,800.00** | - | **3,009,347.00** | = .... | **$1,063,453.00** |
face amount | | doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,063,453.00** |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **See attached-EXHIBIT B** | $209,727.00 | 20% of book value | $41,945.00 |
| 40.  **Office fixtures** | | | |

EXHIBIT A

## SNT Media Inc.
### A/R Aging Summary
As of February 12, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Adblade | 0 | 0 | 0 | 157 | 0 | 157 |
| AOL | 39,782 | -65,110 | 0 | 0 | 0 | -25,328 |
| AppNexus | 87,358 | 88,236 | 0 | -37 | -11 | 175,379 |
| BRealTime | 21,151 | 33,694 | -168 | -499 | -358 | 143,645 |
| Comet | 0 | 0 | 0 | 0 | 721,426 | 721,426 |
| Criteo Publisher Marketplace | 0 | 0 | 0 | 14 | 102 | 116 |
| Gamut | 8,114 | 21,577 | 54,246 | 104,205 | 779,319 | 967,460 |
| Native Ads | 2,694 | 4,680 | 0 | 0 | 245 | 7,619 |
| OpenX | 107,076 | 1 | 0 | 0 | 2,171 | 109,248 |
| PulsePoint | 0 | 16,735 | 65 | 0 | 743 | 17,543 |
| RealVu | 0 | 115 | 29,234 | 82,649 | 1,208,464 | 1,320,461 |
| Rubicon Project | 0 | 8,258 | 118,098 | 174,075 | 0 | 298,431 |
| Sovrn | 29,136 | 33,405 | 0 | 0 | 205,593 | 268,135 |
| Spring Serve | 0 | 0 | 0 | 0 | 68,508 | 68,508 |
| Synacor | 0 | 0 | -0 | 0 | 0 | -0 |
| TOTAL | 295,312 | 139,590 | 291,132 | 360,564 | 2,986,202 | 4,072,800 |

Social Networking Technology, Inc.
Fixed Assets
As of 12/31/17

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|-------|-------------|----------|------------|---------------|------|
| 1 | Computer Equipment | Computer Equipment | 1 | $3,562.55 | 06/30/11 | 60 |
| 4 | Computer Equipment | Computer | 1 | $636.27 | 08/15/11 | 60 |
| 5 | Computer Equipment | | 1 | $328.00 | 08/15/11 | 60 |
| 6 | Computer Equipment | | 1 | $149.99 | 08/15/11 | 60 |
| 7 | Computer Equipment | | 1 | $141.91 | 08/15/11 | 60 |
| 8 | Computer Equipment | | 1 | $141.33 | 08/15/11 | 60 |
| 9 | Computer Equipment | | 1 | $105.00 | 08/16/11 | 60 |
| 10 | Computer Equipment | | 1 | $128.09 | 08/17/11 | 60 |
| 11 | Computer Equipment | | 1 | $174.94 | 08/22/11 | 60 |
| 12 | Computer Equipment | | 1 | $145.52 | 08/23/11 | 60 |
| 13 | Computer Equipment | | 1 | $140.64 | 08/24/11 | 60 |
| 14 | Computer Equipment | Computer | 1 | $625.92 | 08/30/11 | 60 |
| 16 | Computer Equipment | Computer Monitors | 1 | $750.00 | 08/31/11 | 60 |
| 17 | Computer Equipment | | 1 | $299.97 | 09/01/11 | 60 |
| 19 | Computer Equipment | | 1 | $153.96 | 09/16/11 | 60 |
| 21 | Computer Equipment | | 1 | $482.97 | 09/26/11 | 60 |
| 22 | Computer Equipment | | 1 | $362.99 | 09/26/11 | 60 |
| 23 | Computer Equipment | | 1 | $198.99 | 09/26/11 | 60 |
| 24 | Computer Equipment | | 1 | $180.57 | 09/26/11 | 60 |
| 25 | Computer Equipment | | 1 | $118.94 | 09/27/11 | 60 |
| 26 | Computer Equipment | | 1 | $123.98 | 09/30/11 | 60 |
| 27 | Computer Equipment | | 1 | $123.98 | 09/30/11 | 60 |
| 28 | Computer Equipment | | 1 | $123.98 | 09/30/11 | 60 |
| 29 | Computer Equipment | | 1 | $115.16 | 09/30/11 | 60 |
| 30 | Computer Equipment | Apple Computer | 1 | $1,399.52 | 10/04/11 | 60 |
| 31 | Computer Equipment | | 1 | $124.65 | 10/13/11 | 60 |
| 32 | Computer Equipment | | 1 | $149.97 | 10/14/11 | 60 |
| 33 | Computer Equipment | | 1 | $124.99 | 10/14/11 | 60 |
| 34 | Computer Equipment | | 1 | $109.89 | 10/17/11 | 60 |
| 35 | Computer Equipment | David McNamee-- | 1 | $1,795.29 | 11/01/11 | 60 |
| 36 | Computer Equipment | | 1 | $221.87 | 11/18/11 | 60 |
| 37 | Computer Equipment | | 1 | $170.58 | 11/21/11 | 60 |
| 38 | Computer Equipment | | 1 | $164.72 | 11/22/11 | 60 |
| 39 | Computer Equipment | | 1 | $166.85 | 11/28/11 | 60 |
| 40 | Computer Equipment | | 1 | $163.11 | 01/01/12 | 60 |
| 41 | Computer Equipment | Computer | 1 | $1,500.00 | 01/31/12 | 60 |
| 50 | Computer Equipment | Computer | 1 | $1,500.00 | 03/31/12 | 60 |
| 51 | Computer Equipment | | 1 | $169.00 | 04/05/12 | 60 |
| 52 | Computer Equipment | Computer | 1 | $638.28 | 04/10/12 | 60 |
| 53 | Computer Equipment | Apple Laptop | 1 | $1,401.52 | 04/12/12 | 60 |
| 54 | Computer Equipment | | 1 | $173.26 | 04/17/12 | 60 |
| 55 | Computer Equipment | | 1 | $109.29 | 04/23/12 | 60 |
| 56 | Computer Equipment | Computer | 1 | $502.99 | 04/24/12 | 60 |
| 57 | Computer Equipment | | 1 | $303.98 | 04/25/12 | 60 |
| 58 | Computer Equipment | | 1 | $203.86 | 04/30/12 | 60 |
| 59 | Computer Equipment | | 1 | $278.88 | 05/01/12 | 60 |
| 60 | Computer Equipment | | 1 | $145.53 | 05/01/12 | 60 |
| 61 | Computer Equipment | | 1 | $172.45 | 05/04/12 | 60 |
| 62 | Computer Equipment | Dell Computer | 1 | $1,642.67 | 05/09/12 | 60 |
| 63 | Computer Equipment | | 1 | $378.76 | 05/09/12 | 60 |
| 64 | Computer Equipment | | 1 | $227.98 | 05/09/12 | 60 |
| 65 | Computer Equipment | | 1 | $133.74 | 05/09/12 | 60 |
| 66 | Computer Equipment | | 1 | $93.07 | 05/09/12 | 60 |
| 67 | Computer Equipment | | 1 | $111.90 | 05/10/12 | 60 |
| 68 | Computer Equipment | | 1 | $164.00 | 05/14/12 | 60 |
| 69 | Computer Equipment | Apple Computer | 1 | $1,809.08 | 05/17/12 | 60 |
| 70 | Computer Equipment | Computer Equipment | 1 | $648.07 | 05/18/12 | 60 |
| 71 | Computer Equipment | | 1 | $111.58 | 05/21/12 | 60 |

1

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|-------|-------------|----------|------------|---------------|------|
| 72 | Computer Equipment | | 1 | $182.98 | 05/31/12 | 60 |
| 73 | Computer Equipment | Apple Computer | 1 | $689.52 | 06/07/12 | 60 |
| 74 | Computer Equipment | Apple Computer | 1 | $4,621.56 | 06/08/12 | 60 |
| 75 | Computer Equipment | Apple Computer | 1 | $1,540.52 | 06/08/12 | 60 |
| 76 | Computer Equipment | Computer | 1 | $972.99 | 06/08/12 | 60 |
| 77 | Computer Equipment | Computer | 1 | $969.99 | 06/11/12 | 60 |
| 78 | Computer Equipment | Apple Computer | 1 | $888.17 | 06/14/12 | 60 |
| 79 | Computer Equipment | | 1 | $224.92 | 06/25/12 | 60 |
| 80 | Computer Equipment | Apple Computer | 1 | $1,032.32 | 07/12/12 | 60 |
| 81 | Computer Equipment | Apple Computer | 1 | $1,590.52 | 07/18/12 | 60 |
| 83 | Computer Equipment | | 1 | $246.97 | 08/03/12 | 60 |
| 84 | Computer Equipment | | 1 | $226.92 | 08/03/12 | 60 |
| 85 | Computer Equipment | | 1 | $220.92 | 08/03/12 | 60 |
| 86 | Computer Equipment | | 1 | $219.97 | 08/03/12 | 60 |
| 87 | Computer Equipment | Computer Equipment | 1 | $549.00 | 09/07/12 | 60 |
| 88 | Computer Equipment | | 1 | $489.98 | 09/13/12 | 60 |
| 89 | Computer Equipment | | 1 | $489.98 | 09/13/12 | 60 |
| 90 | Computer Equipment | | 1 | $273.23 | 09/24/12 | 60 |
| 91 | Computer Equipment | 27" Monitor | 1 | $341.12 | 09/26/12 | 60 |
| 92 | Computer Equipment | | 1 | $356.39 | 09/27/12 | 60 |
| 93 | Computer Equipment | Computer | 1 | $1,804.01 | 10/12/12 | 60 |
| 94 | Computer Equipment | Computer | 1 | $1,804.01 | 10/12/12 | 60 |
| 95 | Computer Equipment | Apple Computer | 1 | $1,410.04 | 10/15/12 | 60 |
| 96 | Computer Equipment | Computer | 1 | $1,054.52 | 10/15/12 | 60 |
| 97 | Computer Equipment | Apple Computer | 1 | $5,850.84 | 10/17/12 | 60 |
| 98 | Computer Equipment | Apple Computer | 1 | $2,578.27 | 10/19/12 | 60 |
| 99 | Computer Equipment | Apple Computer | 1 | $1,271.92 | 10/23/12 | 60 |
| 100 | Computer Equipment | Apple Computer | 1 | $2,359.53 | 10/24/12 | 60 |
| 101 | Computer Equipment | Apple Computer | 1 | $1,874.64 | 10/24/12 | 60 |
| 102 | Computer Equipment | Computer Equipment | 1 | $1,754.63 | 03/18/13 | 60 |
| 103 | Computer Equipment | | 1 | $760.99 | 03/22/13 | 60 |
| 104 | Computer Equipment | Apple Computer | 1 | $1,092.91 | 03/29/13 | 60 |
| 105 | Computer Equipment | Computer | 1 | $630.99 | 07/19/13 | 60 |
| 106 | Computer Equipment | Computer | 1 | $729.99 | 08/12/13 | 60 |
| 108 | Computer Equipment | Computer | 1 | $1,205.43 | 09/19/13 | 60 |
| 109 | Computer Equipment | Monitor | 1 | $576.05 | 11/06/13 | 60 |
| 110 | Computer Equipment | Monitor | 1 | $541.15 | 11/12/13 | 60 |
| 111 | Computer Equipment | Computer | 1 | $828.00 | 11/18/13 | 60 |
| 112 | Computer Equipment | Monitor | 1 | $632.19 | 11/18/13 | 60 |
| 113 | Computer Equipment | Computer | 1 | $1,528.81 | 11/19/13 | 60 |
| 114 | Computer Equipment | Computer | 1 | $886.17 | 11/22/13 | 60 |
| 115 | Computer Equipment | Monitor | 1 | $2,179.41 | 11/25/13 | 60 |
| 116 | Computer Equipment | Monitor | 1 | $592.59 | 12/04/13 | 60 |
| 117 | Computer Equipment | Monitor | 1 | $592.59 | 12/04/13 | 60 |
| 118 | Computer Equipment | Computer | 1 | $1,482.42 | 12/26/13 | 60 |
| 120 | Computer Equipment | Monitor | 1 | $1,259.10 | 12/31/13 | 60 |
| 123 | Computer Equipment | Apple Computer | 1 | $2,176.08 | 01/02/14 | 60 |
| 124 | Computer Equipment | Monitor | 1 | $528.19 | 01/03/14 | 60 |
| 125 | Computer Equipment | Monitor | 1 | $528.19 | 01/03/14 | 60 |
| 126 | Computer Equipment | Apple Computer | 1 | $2,823.92 | 01/06/14 | 60 |
| 127 | Computer Equipment | Monitor | 1 | $517.61 | 01/06/14 | 60 |
| 128 | Computer Equipment | Computer | 1 | $999.00 | 01/07/14 | 60 |
| 130 | Computer Equipment | Monitor | 1 | $990.98 | 01/14/14 | 60 |
| 131 | Computer Equipment | Monitor | 1 | $512.87 | 01/15/14 | 60 |
| 137 | Computer Equipment | Best Buy | 1 | $1,128.67 | 01/24/14 | 60 |
| 138 | Computer Equipment | Monitor | 1 | $845.82 | 01/28/14 | 60 |
| 139 | Computer Equipment | Monitor | 1 | $501.24 | 01/28/14 | 60 |
| 140 | Computer Equipment | Monitor | 1 | $661.98 | 01/31/14 | 60 |
| 142 | Computer Equipment | Best Buy | 1 | $708.48 | 02/12/14 | 60 |
| 143 | Computer Equipment | Monitor | 1 | $905.07 | 02/14/14 | 60 |
| 144 | Computer Equipment | Computer | 1 | $1,346.14 | 03/03/14 | 60 |
| 148 | Computer Equipment | Apple Computer | 1 | $1,805.82 | 03/24/14 | 60 |

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|-------|-------------|----------|------------|---------------|------|
| 149 | Computer Equipment | Apple Computer Store | 1 | $2,042.72 | 03/27/14 | 60 |
| 151 | Computer Equipment | Computer | 1 | $891.68 | 04/04/14 | 60 |
| 152 | Computer Equipment | Apple Computer | 1 | $1,662.97 | 04/14/14 | 60 |
| 153 | Computer Equipment | Apple Computer | 1 | $1,087.92 | 04/14/14 | 60 |
| 154 | Computer Equipment | Computer | 1 | $1,352.67 | 04/23/14 | 60 |
| 155 | Computer Equipment | Monitor | 1 | $575.96 | 04/29/14 | 60 |
| 156 | Computer Equipment | Computer | 1 | $1,826.88 | 05/06/14 | 60 |
| 157 | Computer Equipment | Monitor | 1 | $514.10 | 05/06/14 | 60 |
| 158 | Computer Equipment | Monitor | 1 | $550.43 | 05/15/14 | 60 |
| 159 | Computer Equipment | Monitor | 1 | $550.43 | 05/15/14 | 60 |
| 160 | Computer Equipment | Monitor | 1 | $554.94 | 05/19/14 | 60 |
| 163 | Computer Equipment | Monitor | 1 | $602.68 | 10/20/14 | 60 |
| 164 | Computer Equipment | Computer | 1 | $1,033.67 | 10/29/14 | 60 |
| 165 | Computer Equipment | | 1 | $490.34 | 10/29/14 | 60 |
| 166 | Computer Equipment | Apple Computer | 1 | $3,239.13 | 11/03/14 | 60 |
| 167 | Computer Equipment | Apple Computer | 1 | $847.48 | 11/03/14 | 60 |
| 168 | Computer Equipment | Computer | 1 | $1,096.93 | 11/06/14 | 60 |
| 169 | Computer Equipment | Apple Computer | 1 | $633.02 | 12/15/14 | 60 |
| 171 | Computer Equipment | | 1 | $1,096.14 | 03/02/15 | 60 |
| 172 | Computer Equipment | | 1 | $611.98 | 03/03/15 | 60 |
| 173 | Computer Equipment | | 1 | $504.66 | 03/03/15 | 60 |
| 174 | Computer Equipment | | 1 | $642.89 | 03/12/15 | 60 |
| 175 | Computer Equipment | | 1 | $735.53 | 03/13/15 | 60 |
| 176 | Computer Equipment | | 1 | $585.00 | 03/13/15 | 60 |
| 177 | Computer Equipment | | 1 | $1,391.88 | 03/17/15 | 60 |
| 188 | Computer Equipment | | 1 | $1,697.23 | 06/15/15 | 60 |
| 194 | Computer Equipment | Computer | 1 | $574.59 | 07/06/15 | 60 |
| 195 | Computer Equipment | Computer | 1 | $2,363.93 | 07/10/15 | 60 |
| 210 | Computer Equipment | Computer | 1 | $1,183.58 | 08/17/15 | 60 |
| 212 | Computer Equipment | Lenovo Thinkpad | 1 | $769.00 | 08/25/15 | 60 |
| 236 | Computer Equipment | Server | 1 | $761.99 | 11/17/15 | 60 |
| 241 | Computer Equipment | Computer | 1 | $1,396.43 | 11/25/15 | 60 |
| 244 | Computer Equipment | Computer | 1 | $1,880.18 | 11/30/15 | 60 |
| 245 | Computer Equipment | Computer | 1 | $1,396.43 | 11/30/15 | 60 |
| 264 | Computer Equipment | Apple | 1 | $1,396.43 | 01/08/16 | 60 |
| 279 | Computer Equipment | Ethernet Cable | 1 | $918.62 | 02/04/16 | 60 |
| 280 | Computer Equipment | | 1 | $438.60 | 02/09/16 | 60 |
| 283 | Computer Equipment | | 1 | $23.00 | 02/12/16 | 60 |
| 284 | Computer Equipment | | 1 | $165.00 | 02/16/16 | 60 |
| 286 | Computer Equipment | Apple | 1 | $1,957.58 | 02/18/16 | 60 |
| 287 | Computer Equipment | | 1 | $165.00 | 02/23/16 | 60 |
| 289 | Computer Equipment | | 1 | $2,926.00 | 03/16/16 | 60 |
| 290 | Computer Equipment | | 1 | $1,288.93 | 03/23/16 | 60 |
| 292 | Computer Equipment | | 1 | $5,621.92 | 03/31/16 | 60 |
| 293 | Computer Equipment | | 1 | $4,451.36 | 04/11/16 | 60 |
| 294 | Computer Equipment | | 1 | $1,500.00 | 04/13/16 | 60 |
| 296 | Computer Equipment | | 1 | $326.80 | 04/20/16 | 60 |
| 297 | Computer Equipment | Cable Express | 1 | $1,224.82 | 04/21/16 | 60 |
| 298 | Computer Equipment | Cables 4 Sure | 1 | $90.49 | 04/21/16 | 60 |
| 302 | Computer Equipment | Cables 4 Sure | 1 | $329.00 | 04/28/16 | 60 |
| 303 | Computer Equipment | Fiber Cable | 1 | $264.07 | 04/29/16 | 60 |
| 306 | Computer Equipment | Best Buy | 1 | $300.98 | 05/18/16 | 60 |
| 333 | Computer Equipment | | 1 | $31,625.50 | 06/24/16 | 60 |
| 341 | Computer Equipment | Security Cameras | 1 | $847.46 | 07/05/16 | 60 |
| 345 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 346 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 347 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 348 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 349 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 350 | Computer Equipment | Samsung 65" TV | 1 | $1,072.85 | 07/11/16 | 60 |
| 351 | Computer Equipment | | 1 | $36,369.32 | 07/11/16 | 60 |
| 355 | Computer Equipment | HiSense 40" TV | 1 | $1,182.49 | 07/14/16 | 60 |

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|---|---|---|---|---|---|
| 356 | Computer Equipment | HiSense 40" TV | 1 | $1,182.49 | 07/14/16 | 60 |
| 357 | Computer Equipment | HiSense 40" TV | 1 | $1,167.90 | 07/14/16 | 60 |
| 358 | Computer Equipment | HiSense 40" TV | 1 | $1,349.94 | 07/18/16 | 60 |
| 362 | Computer Equipment | ASUS Monitors | 1 | $1,301.52 | 07/19/16 | 60 |
| 363 | Computer Equipment | Amazon | 1 | $5,699.94 | 07/19/16 | 60 |
| 364 | Computer Equipment | Lenovo Docking Station | 1 | $684.44 | 07/19/16 | 60 |
| 365 | Computer Equipment | iPad Mini | 1 | $1,082.80 | 07/19/16 | 60 |
| 366 | Computer Equipment | Video Camera System | 1 | $949.99 | 07/19/16 | 60 |
| 367 | Computer Equipment | | 1 | $8,810.09 | 07/20/16 | 60 |
| 368 | Computer Equipment | | 1 | $512.25 | 07/21/16 | 60 |
| 369 | Computer Equipment | Best Buy | 1 | $1,817.37 | 07/22/16 | 60 |
| 370 | Computer Equipment | | 1 | $7,766.41 | 07/22/16 | 60 |
| 371 | Computer Equipment | | 1 | $1,563.43 | 07/22/16 | 60 |
| 377 | Computer Equipment | Best Buy | 1 | $328.94 | 08/01/16 | 60 |
| 390 | Computer Equipment | Amazon | 1 | $1,298.59 | 09/01/16 | 60 |
| 392 | Computer Equipment | Amazon | 1 | $1,288.93 | 09/03/16 | 60 |
| 393 | Computer Equipment | Amazon | 1 | $1,288.93 | 09/03/16 | 60 |
| 394 | Computer Equipment | Amazon | 1 | $1,288.93 | 09/03/16 | 60 |
| 395 | Computer Equipment | Amazon | 1 | $1,288.93 | 09/06/16 | 60 |
| 396 | Computer Equipment | Amazon | 1 | $1,288.93 | 09/06/16 | 60 |
| 397 | Computer Equipment | Amazon | 1 | $1,099.00 | 09/09/16 | 60 |
| 398 | Computer Equipment | Amazon | 1 | $1,298.59 | 09/14/16 | 60 |
| 400 | Computer Equipment | | 1 | $1,236.24 | 09/24/16 | 60 |
| 430 | Computer Equipment | | 1 | $267.14 | 11/14/16 | 60 |
| 432 | Computer Equipment | | 1 | $267.14 | 11/16/16 | 60 |
| 434 | Computer Equipment | Best Buy | 1 | $806.20 | 11/23/16 | 60 |
| 438 | Computer Equipment | | 1 | $3,873.55 | 11/29/16 | 60 |
| 439 | Computer Equipment | Apple Mac Mini | 1 | $761.09 | 12/01/16 | 48 |
| 440 | Computer Equipment | Lenovo Thinkpad | 1 | $1,599.00 | 12/01/16 | 48 |
| 445 | Computer Equipment | | 1 | $294.00 | 12/06/16 | 60 |
| 455 | Computer Equipment | Apple Macbook Pro | 1 | $1,208.98 | 12/12/16 | 48 |
| 460 | Computer Equipment | | 1 | $4,550.00 | 12/20/16 | 60 |
| 462 | Computer Equipment | Apple Store | 1 | $2,229.25 | 12/24/16 | 60 |
| | Computer Equipment | 2016 Audit ADJ | | | | |
| | Computer Equipment | CXtec - Switches | 1 | $7,391.77 | 01/01/17 | 60 |
| | Computer Equipment | Apple Store - | 1 | $524.13 | 01/30/17 | 60 |
| | Computer Equipment | Graybar - Cabling | 1 | $1,438.90 | 02/07/17 | 60 |
| | Computer Equipment | Graybar - Cabling | 1 | $895.50 | 02/10/17 | 60 |
| | Computer Equipment | Sandifer - Biometrics | 1 | $17,643.88 | 03/09/17 | 60 |
| | Computer Equipment | ServerMonkey.com - Local Server - I | 1 | $3,983.83 | 03/09/17 | 60 |
| | Computer Equipment | Sandifer - Biometrics | 1 | $9,016.64 | 04/07/17 | 60 |
| | Computer Equipment | Black Diamond Solutions - Microsoft | 1 | $9,325.00 | 04/14/17 | 60 |
| | Computer Equipment | Sandifer - Biometrics | 1 | $5,653.20 | 04/19/17 | 60 |
| | Computer Equipment | Apple Online - Computer | 1 | $1,718.93 | 05/08/17 | 60 |
| | Computer Equipment | Apple Store - Computer | 1 | $2,148.93 | 05/10/17 | 60 |
| | Computer Equipment | Sandifer - Biometrics | 1 | $5,259.56 | 05/23/17 | 60 |
| | Computer Equipment | Black Diamond Solutions - Microsoft | 1 | $1,579.00 | 05/30/17 | 60 |
| | Computer Equipment | Apple Online - Computer | 1 | $2,148.93 | 06/27/17 | 60 |
| | Computer Equipment | Apple Online - Computer | 1 | $2,163.98 | 07/27/17 | 60 |
| | Computer Equipment | Black Diamond Solutions - Bitdefenc | 1 | $1,004.25 | 08/03/17 | 60 |
| | Computer Equipment | Black Diamond Solutions - Microsoft | 1 | $2,241.80 | 08/23/17 | 60 |
| | Computer Equipment | ServerMonkey.com - Local Server - I | 1 | $3,983.83 | 10/01/17 | 60 |
| | Computer Equipment | Black Diamond Solutions - Microsoft | 1 | $9,325.00 | 10/01/17 | 60 |
| | Computer Equipment | Apple Online - Computer | 1 | $2,674.61 | 11/02/17 | 60 |

Computers Total

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Computer Software | Software License | 1 | $10,504.00 | 06/30/11 | 60 |
| 18 | Computer Software | Scalable Workforce Software | 1 | $2,800.00 | 09/08/11 | 60 |
| 20 | Computer Software | Qualified Media - Data Base | 1 | $4,750.00 | 09/21/11 | 60 |

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|---|---|---|---|---|---|
| 82 | Computer Software | Adobe Sales | 1 | $1,299.00 | 07/19/12 | 60 |
| 119 | Computer Software | Computer | 1 | $1,678.35 | 12/27/13 | 60 |
| 121 | Computer Software | Computer | 1 | $2,954.65 | 12/31/13 | 60 |
| | Computer Software | 2016 Audit ADJ | | | | |
| | | | | | | |
| 3 | Office Furniture | Office Cubicles | 1 | $497.50 | 08/03/11 | 84 |
| 15 | Office Furniture | Conference Table & Chairs | 1 | $500.00 | 08/31/11 | 84 |
| 42 | Office Furniture | Workstations | 1 | $5,675.00 | 02/15/12 | 84 |
| 43 | Office Furniture | Euro Style Furniture | 1 | $3,598.67 | 02/21/12 | 84 |
| 44 | Office Furniture | | 1 | $214.83 | 02/21/12 | 84 |
| 45 | Office Furniture | Refrigerator | 1 | $651.80 | 02/27/12 | 84 |
| 46 | Office Furniture | Euro Style Furniture | 1 | $564.20 | 02/27/12 | 84 |
| 47 | Office Furniture | | 1 | $241.96 | 02/27/12 | 84 |
| 49 | Office Furniture | Furniture | 1 | $704.95 | 03/02/12 | 84 |
| 107 | Office Furniture | Joseph Landin-- | 1 | $1,095.00 | 09/06/13 | 84 |
| 122 | Office Furniture | Interface Flor | 1 | $1,919.06 | 01/02/14 | 84 |
| 129 | Office Furniture | | 1 | $449.90 | 01/10/14 | 84 |
| 132 | Office Furniture | Inmod | 1 | $1,781.60 | 01/16/14 | 84 |
| 135 | Office Furniture | | 1 | $250.00 | 01/22/14 | 84 |
| 136 | Office Furniture | Crate&Barrel | 1 | $536.31 | 01/23/14 | 84 |
| 141 | Office Furniture | Overstock.com | 1 | $508.78 | 02/03/14 | 84 |
| 145 | Office Furniture | Overstock.com | 1 | $508.78 | 03/05/14 | 84 |
| 146 | Office Furniture | Sears | 1 | $653.98 | 03/07/14 | 84 |
| 150 | Office Furniture | Crate&Barrel | 1 | $610.18 | 03/31/14 | 84 |
| 170 | Office Furniture | | 1 | $8,893.68 | 02/20/15 | 84 |
| 179 | Office Furniture | | 1 | $3,862.95 | 05/19/15 | 84 |
| 180 | Office Furniture | | 1 | $751.62 | 05/20/15 | 84 |
| 181 | Office Furniture | | 1 | $1,425.57 | 05/29/15 | 84 |
| 182 | Office Furniture | | 1 | $1,386.25 | 05/29/15 | 84 |
| 183 | Office Furniture | | 1 | $5,078.00 | 06/01/15 | 84 |
| 184 | Office Furniture | Fiberglass Table | 1 | $532.83 | 06/04/15 | 84 |
| 185 | Office Furniture | | 1 | $565.85 | 06/05/15 | 84 |
| 186 | Office Furniture | | 1 | $3,665.05 | 06/08/15 | 84 |
| 187 | Office Furniture | | 1 | $1,137.51 | 06/15/15 | 84 |
| 189 | Office Furniture | | 1 | $1,722.00 | 06/19/15 | 84 |
| 190 | Office Furniture | | 1 | $2,304.20 | 06/22/15 | 84 |
| 191 | Office Furniture | | 1 | $575.00 | 06/22/15 | 84 |
| 192 | Office Furniture | Tables | 1 | $4,313.85 | 06/29/15 | 84 |
| 193 | Office Furniture | Tables | 1 | $3,500.00 | 06/29/15 | 84 |
| 196 | Office Furniture | | 1 | $779.00 | 07/13/15 | 84 |
| 197 | Office Furniture | | 1 | $1,074.55 | 07/15/15 | 84 |
| 198 | Office Furniture | Conference Table | 1 | $5,500.00 | 07/20/15 | 84 |
| 199 | Office Furniture | | 1 | $2,501.88 | 07/21/15 | 84 |
| 200 | Office Furniture | Shipping Conference Table | 1 | $850.00 | 07/23/15 | 84 |
| 202 | Office Furniture | | 1 | $616.73 | 07/27/15 | 84 |
| 203 | Office Furniture | | 1 | $605.99 | 07/28/15 | 84 |
| 204 | Office Furniture | | 1 | $1,035.98 | 07/31/15 | 84 |
| 205 | Office Furniture | | 1 | $1,553.75 | 08/03/15 | 84 |
| 208 | Office Furniture | | 1 | $569.47 | 08/10/15 | 84 |
| 209 | Office Furniture | | 1 | $1,075.80 | 08/11/15 | 84 |
| 211 | Office Furniture | Lights | 1 | $3,082.92 | 08/24/15 | 84 |
| 213 | Office Furniture | | 1 | $4,446.00 | 09/28/15 | 84 |
| 216 | Office Furniture | | 1 | $853.90 | 10/02/15 | 84 |
| 217 | Office Furniture | | 1 | $653.97 | 10/13/15 | 84 |
| 219 | Office Furniture | | 1 | $4,195.39 | 10/21/15 | 84 |
| 220 | Office Furniture | | 1 | $1,450.16 | 10/21/15 | 84 |
| 221 | Office Furniture | | 1 | $1,390.84 | 10/23/15 | 84 |
| 222 | Office Furniture | | 1 | $3,450.92 | 10/26/15 | 84 |
| 224 | Office Furniture | | 1 | $2,839.50 | 10/29/15 | 84 |
| 225 | Office Furniture | | 1 | $567.90 | 10/29/15 | 84 |
| 227 | Office Furniture | | 1 | $2,236.21 | 11/04/15 | 84 |

| # | Asset | Description | Quantity | Price Each | Purchase Date | Life |
|---|-------|-------------|----------|-----------|---------------|------|
| 228 | Office Furniture | | 1 | $18,070.55 | 11/09/15 | 84 |
| 229 | Office Furniture | | 1 | $9,354.99 | 11/09/15 | 84 |
| 232 | Office Furniture | | 1 | $1,344.75 | 11/13/15 | 84 |
| 235 | Office Furniture | Tables | 1 | $8,003.89 | 11/17/15 | 84 |
| 238 | Office Furniture | | 1 | $1,982.56 | 11/18/15 | 84 |
| 239 | Office Furniture | | 1 | $1,049.95 | 11/18/15 | 84 |
| 242 | Office Furniture | | 1 | $3,799.98 | 11/30/15 | 84 |
| 243 | Office Furniture | | 1 | $2,159.98 | 11/30/15 | 84 |
| 248 | Office Furniture | | 1 | $1,875.30 | 12/08/15 | 84 |
| 249 | Office Furniture | | 1 | $1,044.53 | 12/11/15 | 84 |
| 250 | Office Furniture | | 1 | $814.06 | 12/14/15 | 84 |
| 253 | Office Furniture | | 1 | $2,482.70 | 12/21/15 | 84 |
| 255 | Office Furniture | | 1 | $1,970.10 | 12/22/15 | 84 |
| 256 | Office Furniture | | 1 | $1,589.54 | 12/23/15 | 84 |
| 257 | Office Furniture | | 1 | $983.00 | 12/23/15 | 84 |
| 260 | Office Furniture | | 1 | $1,639.95 | 12/30/15 | 84 |
| 267 | Office Furniture | Gilt Group | 1 | $298.00 | 01/15/16 | 84 |
| 269 | Office Furniture | Gilt Group | 1 | $150.00 | 01/19/16 | 84 |
| 271 | Office Furniture | Gilt Group | 1 | $1,698.00 | 01/21/16 | 84 |
| 272 | Office Furniture | Gilt Group | 1 | $343.95 | 01/22/16 | 84 |
| 273 | Office Furniture | Gilt Group | 1 | $4,666.00 | 01/22/16 | 84 |
| 319 | Office Furniture | Gilt Group | 1 | $1,844.49 | 06/03/16 | 84 |
| 324 | Office Furniture | Gilt Group | 1 | $557.87 | 06/15/16 | 84 |
| 327 | Office Furniture | Soda Dispenser | 1 | $4,144.49 | 06/20/16 | 84 |
| 334 | Office Furniture | Gilt Group | 1 | $415.97 | 06/25/16 | 84 |
| 343 | Office Furniture | Gilt Group | 1 | $1,154.55 | 07/07/16 | 84 |
| 372 | Office Furniture | Crate & Barrel | 1 | $2,596.34 | 07/24/16 | 84 |
| 382 | Office Furniture | Gilt Group | 1 | $213.93 | 08/05/16 | 84 |
| 383 | Office Furniture | Gilt Group | 1 | $213.93 | 08/05/16 | 84 |
| 385 | Office Furniture | Gilt Group | 1 | $267.68 | 08/10/16 | 84 |
| 387 | Office Furniture | Gilt Group | 1 | $1,047.13 | 08/11/16 | 84 |
| 388 | Office Furniture | Gilt Group | 1 | $2,544.60 | 08/12/16 | 84 |
| 399 | Office Furniture | Gilt Group | 1 | $2,583.17 | 09/21/16 | 84 |
| 401 | Office Furniture | Gilt Group | 1 | $1,069.63 | 09/26/16 | 84 |
| 403 | Office Furniture | Gilt Group | 1 | $1,029.80 | 09/27/16 | 84 |
| 406 | Office Furniture | Gilt Group | 1 | $3,459.46 | 10/01/16 | 84 |
| 407 | Office Furniture | Gilt Group | 1 | $4,979.24 | 10/05/16 | 84 |
| 408 | Office Furniture | Gilt Group | 1 | $639.63 | 10/07/16 | 84 |
| 409 | Office Furniture | Gilt Group | 1 | $1,254.53 | 10/08/16 | 84 |
| 411 | Office Furniture | Gilt Group | 1 | $2,403.70 | 10/12/16 | 84 |
| 412 | Office Furniture | Gilt Group | 1 | $1,670.02 | 10/13/16 | 84 |
| 414 | Office Furniture | Gilt Group | 1 | $1,115.17 | 10/21/16 | 84 |
| 416 | Office Furniture | Gilt Group | 1 | $321.43 | 10/25/16 | 84 |
| 417 | Office Furniture | Gilt Group | 1 | $353.68 | 10/25/16 | 84 |
| 418 | Office Furniture | Gilt Group | 1 | $299.93 | 10/25/16 | 84 |
| 419 | Office Furniture | Gilt Group | 1 | $482.62 | 10/25/16 | 84 |
| 429 | Office Furniture | Office Max - File Cabinet | 1 | $489.11 | 11/09/16 | 84 |
| 433 | Office Furniture | Ikea – Theater Chairs | 1 | $3,287.46 | 11/22/16 | 84 |
| 437 | Office Furniture | Gilt Group | 1 | $321.43 | 11/29/16 | 84 |
| 446 | Office Furniture | Gilt Group | 1 | $298.73 | 12/07/16 | 84 |
| 447 | Office Furniture | Gilt Group | 1 | $444.90 | 12/07/16 | 84 |
| 448 | Office Furniture | Gilt Group | 1 | $748.07 | 12/07/16 | 84 |
| 449 | Office Furniture | Gilt Group | 1 | $814.85 | 12/07/16 | 84 |
| 450 | Office Furniture | Gilt Group | 1 | $1,070.70 | 12/07/16 | 84 |
| 451 | Office Furniture | Gilt Group | 1 | $213.93 | 12/08/16 | 84 |
| 453 | Office Furniture | Gilt Group | 1 | $814.85 | 12/09/16 | 84 |
| 459 | Office Furniture | Gilt Group | 1 | $321.43 | 12/16/16 | 84 |
| | Office Furniture | 2016 Audit ADJ | 1 | | | |
| | Office Furniture | Ikea - Tables | 1 | $7,599.07 | 02/08/17 | 84 |
| | Office Furniture | Furniture Options-KS - Apartment Fu | 1 | $1,982.31 | 02/10/17 | 84 |

| DESCRIPTION - Tables | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| Black computer table | 9 | 7 | 36 | 5 | 57 | 130.00 | 65.00 |
| Black 1/2 round table | 0 | 0 | 5 | 4 | 9 | 180.00 | 90.00 |
| Black small marble round table | 2 | 0 | 7 | 0 | 9 | 178.00 | 75.00 |
| White marble round table | 1 | 0 | 4 | 0 | 5 | 795.00 | 275.00 |
| Black marble round table | 0 | 0 | 0 | 1 | 1 | 795.00 | 275.00 |
| Short metal end table | 0 | 0 | 6 | 0 | 6 | | 60.00 |
| Black triangle end table | 2 | 0 | 0 | 0 | 2 | 104.00 | 52.00 |
| Small end table | 2 | 0 | 0 | 0 | 2 | | 30.00 |
| Small marble table | 1 | 0 | 0 | 0 | 1 | | 75.00 |
| Black round table - brown legs | 3 | 1 | 0 | 0 | 4 | 342.00 | 150.00 |

| DESCRIPTION - Chairs | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| Black executive chair | 0 | 0 | 27 | 18 | 45 | 75.00 | 20.00 |
| White executive chair | 0 | 2 | 68 | 0 | 70 | 65.00 | 15.00 |
| High Top Bar Stool - Plastic Chair | 18 | 0 | 13 | 1 | 32 | 149.00 | 50.00 |
| Low Top Bar Stool - Leather Seat | 12 | 8 | 10 | 8 | 38 | 95.00 | 45.00 |
| Black wood High top bar stool | 6 | 0 | 0 | 0 | 6 | | 75.00 |
| Black plastic chairs - black legs | 6 | 0 | 17 | 0 | 23 | 110.00 | 45.00 |
| Black plastic chairs - brown legs | 13 | 0 | 0 | 0 | 13 | 110.00 | 45.00 |
| White cushion chairs | 0 | 3 | 10 | 6 | 19 | 149.00 | 50.00 |
| Orange oval chairs | 0 | 0 | 3 | 0 | 3 | 600.00 | 200.00 |
| Wooden slat bench | 0 | 0 | 4 | 0 | 4 | 282.00 | 65.00 |
| Leather bench | 0 | 0 | 4 | 0 | 4 | 269.00 | 75.00 |
| Gray couch | 0 | 0 | 1 | 0 | 1 | | 125.00 |
| Black theater chair | 4 | 0 | 63 | 4 | 71 | 149.00 | 45.00 |
| Blue velvet couch | 0 | 0 | 3 | 0 | 3 | | 100.00 |
| Oval couch | 0 | 0 | 1 | 0 | 1 | | 75.00 |
| Gray couch - no legs | 0 | 0 | 1 | 0 | 1 | | 50.00 |
| White round plastic chair | 8 | 0 | 0 | 0 | 8 | 266.00 | 75.00 |

| DESCRIPTION - TV's | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| NEC 65" TV | 0 | 0 | 4 | 0 | 4 | 2,200.00 | 400.00 |
| Hisense 40" TV | 0 | 2 | 120 | 29 | 151 | 225.00 | 80.00 |
| Samsung 65" TV | 0 | 0 | 2 | 1 | 3 | 998.00 | 200.00 |
| Sharp 65" TV | 0 | 1 | 0 | 2 | 3 | 1,349.00 | 200.00 |
| LG 55" TV | 0 | 1 | 0 | 0 | 1 | 697.00 | 175.00 |
| Sharp Aquos 60" TV | 0 | 1 | 0 | 0 | 1 | 1,149.00 | 250.00 |

| DESCRIPTION - Lights | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| Bell lights | 0 | 24 | 15 | 2 | 41 | 119.00 | 50.00 |
| 2 Globe lamp | 0 | 0 | 5 | 0 | 5 | 428.00 | 80.00 |
| 5 Globe lamp | 0 | 5 | 0 | 0 | 5 | 710.00 | |
| White round hanging lights | 0 | 6 | 5 | 2 | 13 | | |
| Silver long extension floor lamp | 0 | 1 | 2 | 0 | 3 | | |
| End table lamps | 0 | 0 | 2 | 0 | 2 | | |
| Silver extension lamp | 0 | 0 | 1 | 0 | 1 | | |
| Large black round hanging light | 6 | 0 | 0 | 0 | 6 | | |
| Silver table lamps | 0 | 6 | 0 | 0 | 6 | | 15.00 |
| Black table lamps | 0 | 5 | 0 | 0 | 5 | | |
| Copper hanging light | 0 | 4 | 0 | 0 | 4 | | |
| 2-light Copper hanging light | 0 | 2 | 0 | 0 | 2 | | |
| Large round copper glass light | 0 | 4 | 0 | 0 | 4 | | |
| Small round copper glass light | 0 | 8 | 0 | 0 | 8 | | |
| Silver metal table light | 0 | 12 | 0 | 0 | 12 | 50.00 | 20.00 |
| Tall black round lamp | 0 | 1 | 0 | 0 | 1 | | |
| Black hanging light | 0 | 3 | 0 | 0 | 3 | | |
| Drop Pendant Lamp | 0 | 8 | 0 | 0 | 8 | | |
| Black desk lamps | 0 | 0 | 5 | 0 | 5 | | |

| DESCRIPTION - Monitors | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| HP 27" Monitor | 0 | 7 | 44 | 0 | 51 | 240.00 | 40.00 |
| Asus 27" Monitor | 0 | 0 | 7 | 0 | 7 | 199.00 | 70.00 |
| Dell 27" Monitor | 0 | 0 | 1 | 0 | 1 | 260.00 | 20.00 |
| LG 29" Monitor | 0 | 0 | 4 | 0 | 4 | 344.00 | 100.00 |
| Dell 22" Touch Screen Monitor | 0 | 0 | 3 | 0 | 3 | 261.99 | 150.00 |

| DESCRIPTION - Cafeteria Items | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| Kitchen Islands | 0 | 0 | 4 | 0 | 4 | 5,000.00 | |
| Refrigerator 53" | 0 | 0 | 2 | 2 | 4 | 2,240.00 | |
| Freezer 27" | 0 | 0 | 1 | 1 | 2 | 1,750.00 | |
| 3 door Beverage cooler | 0 | 0 | 1 | 0 | 0 | 1,395.00 | |
| Candy machine | 0 | 0 | 4 | 0 | 4 | 195.00 | 75.00 |
| Food warmer | 0 | 0 | 1 | 0 | 1 | 250.00 | 125.00 |
| Summit refrigerator - 23x77 | 1 | 0 | 0 | 0 | 1 | | |
| 95" JBC-95 Beer cooler | 1 | 0 | 0 | 0 | 1 | 2,050.00 | |

| DESCRIPTION - Office Items | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| White metal coat rack | 0 | 0 | 2 | 0 | 2 | | 10.00 |
| Projector | 0 | 0 | 2 | 0 | 2 | 750.00 | 150.00 |
| White board (Small) | 0 | 0 | 0 | 2 | 2 | | 100.00 |
| White board (Large) | 0 | 0 | 4 | 2 | 6 | 388.00 | 150.00 |
| Leaning wood shelf | 3 | 0 | 8 | 0 | 11 | | 20.00 |
| Wood credenza | 4 | 0 | 2 | 3 | 9 | | 30.00 |
| Black cube shelf | 0 | 0 | 0 | 2 | 2 | | 75.00 |
| Black locking cabinet | 2 | 0 | 0 | 0 | 2 | | 100.00 |

| DESCRIPTION - Misc. Items | Floor | | | | # of Items | Purchase Price | FINAL PRICE |
|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 4th | 5th | | | |
| Electric fireplace | 0 | 0 | 0 | 1 | 1 | 1,200.00 | 500.00 |
| Server racks | 6 | 0 | 0 | 0 | 6 | | |
| Styrofoam squares | 6 | 8 | 0 | 0 | 14 | 26.00/12pk | |
| Leather Wall mirror | 0 | 10 | 0 | 0 | 10 | 79.00 | |

| | Leasehold improvements - see attached EXHIBIT B | $359,152.00 | 20% of book value | $71,830.00 |

| 41. | Office equipment, including all computer equipment and communication systems equipment and software See attached EXHIBIT B | $481,472.00 | 20% of book value | $96,294.00 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$210,069.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patent pending for Systems and Methods for Delivering Advertisements, filed 11/14/17, No. 15/811,795** | $16,799.00 | 100% of net book value | $16,799.00 |
| | **Patent pending for Systems and methods for Categorizing Web Pages and Using Categorized Web Pages, filed 11/14/17, No. 15/811792** | $16,799.00 | 100% of net book value | $16,799.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Patent pending for Systems and methods for Delivering Relevant Advertisements, filed 8/9/17, No. 15/672,577 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Delivering Relevant Content, filed 8/9/17, No. 15/672,573 | $16,799.00    100% of net book value | $16,799.00 |
| Pending patent for Systems and Methods for Delivering Relevant Content and Advertisements, filed 08/09/17, No. 15/672,551 | $16,799.00    100% of net book value | $16,799.00 |
| Pending patent for Systems and Methods for View-Based Advertisement Selection, filed 05/03/17, No. 15/585,752 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Identifying News Trends, filed 01/05/17, No. 62/442,553 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for View-Based Advertisement Selection, filed 05/05/16, No. 62/332,049 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Delivering Relevent Content and Advertisements, filed 08/10/16, No. 62/372,821 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Delivering Relevent Content, 08/10/16, No. 62/372,822 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Delivering Relevent Advertisements, filed 08/10/16, No. 62/372,823 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Delivering Advertisements, filed 11/15/16, No. 62/422,271 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Categorizing Web Pages and Using Categorized Web Pages, filed 11/17/16, No. 62/423,388 | $16,799.00    100% of net book value | $16,799.00 |
| Patent pending for Systems and Methods for Automatically Generating News Article, filed 01/05/17, No. 62/442,555 | $16,799.00    100% of net book value | $16,799.00 |

61.    **Internet domain names and websites**

| **SNT media.com** | | $0.00 | | $0.00 |
|---|---|---|---|---|

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                        | $235,186.00 |

   Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
   Description (include name of obligor)

| **Note receivable from Kevin Owens** | **49,399.00** - | **0.00** = | **$49,399.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72.     **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                        | $49,399.00 |

   Add lines 71 through 77. Copy the total to line 90.

Case 18-10177     Doc# 1     Filed 02/12/18     Page 21 of 97

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,542.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,063,453.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $210,069.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $235,186.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $49,399.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,581,649.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,581,649.98 |

**Fill in this information to identify the case:**

Debtor name **Social Networking Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim | Column B Value of collateral that supports this |
|---|---|---|---|
| | | Do not deduct the value of collateral. | claim |

**2.1** | **Fast Pay Partners LLC**
Creditor's Name

**8201 Beverly Blvd, Suite 660
Los Angeles, CA 90048**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
March 24, 2016**
Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

_____

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,007,000.00 | $1,007,000.00

**2.2** | **L.R.I. Co., as Administrative**
Creditor's Name

**Agent for Lenders
c/o Jason Snider
2416 E. 37th St. N
Wichita, KS 67219**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred** _____

Last 4 digits of account number _____

Describe debtor's property that is subject to a lien
**All assets**

**See Exhibit C**

**Gary L. Oborny - former officer & director**

Describe the lien
_____

**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$500,000.00 | $500,000.00

**EXHIBIT C - Statement of Affairs, Question 3:**


Schedule D lists L.R.I., as Administrative Agent for group of lenders; group loaned $500,000 to Debtor under Term Sheet providing that loans were secured by all of Debtor's assets. Financing statements were contemporaneously filed, but promissory notes and security agreements were not executed until on or about January 31, 2018. If the Term Sheet did not effect a grant of a security interest, the January execution of security agreements could be deemed transfers within 90 days of case filing.

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 2.3 | **Wichita FINCO LLC** | Describe debtor's property that is subject to a lien | $503,978.00 | $503,978.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **All assets** |
| **Attn: Gary Oborny** | |
| **8111 E. 32nd St. N., Ste. 101** | **Gary L. Oborny - former officer and director** |
| **Wichita, KS 67226** | |
| Creditor's mailing address | Describe the lien |
| | |
| | **Is the creditor an insider or related party?** |
| | ☐ No |
| Creditor's email address, if known | ■ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,010,978.00 |
|---|---|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chad Stafford**<br>**8111 E 32nd St N, Ste 101**<br>**Wichita, KS 67226** | Line  **2.2** | |
| **Five Point Ventures, LLC**<br>**15305 W Pine Circle**<br>**Goddard, KS 67052** | Line  **2.2** | |
| **GLO SNT, LLC**<br>**8111 E. 32nd St. N., Ste 101**<br>**Wichita, KS 67226** | Line  **2.2** | |
| **JK Garvey Investment Co, LP**<br>**300 W Douglas, Ste 1050**<br>**Wichita, KS 67202** | Line  **2.2** | |
| **Leslie G. Rudd Living Trust**<br>**U/A/D March 31, 1999**<br>**c/o Jason Snider**<br>**2416 E. 37th St North**<br>**Wichita, KS 67219** | Line  **2.2** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Social Networking Technology, Inc.**
          <u>Name</u>

Case number (if know) _____

**Tymber Lee and Jennifer Lee
Revocable Trust
210 N. Valley Creek Drive
Valley Center, KS 67147**

Line   <u>**2.2**</u>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,513.64 | $10,513.64 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**120 S Main LLC**<br>**Yolanda Porter**<br>**Weigand-Omega Management, Inc.**<br>**333 S Broadway, #105**<br>**Wichita, KS 67202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $186,016.00 |
| Date(s) debt was incurred | Basis for the claim: | |
| Last 4 digits of account number  **1020** | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**1WorldOnline**<br>**4340 Stevens Crek Blvd #250**<br>**San Jose, CA 95129** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,174.00 |
| Date(s) debt was incurred | Basis for the claim: | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,428.90 |
|---|---|---|---|

**2000 Marowitz Family Rev Trust**
**1058 First Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356,089.45 |
|---|---|---|---|

**Access to Media**
**Attn: Jill Scavotto**
**432 Front Street**
**Chicopee, MA 01013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**AIM Media Texas**
**1400 E. Nolana Loop**
**McAllen, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,004.00 |
|---|---|---|---|

**Akerman LLP**
**PO Box 4906**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2182**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Alex Osborne**
**1951 S. Martinson**
**Wichita, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,611.26 |
|---|---|---|---|

**Ali A. Kani**
**13610 Red Squirrel Way**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.00 |
|---|---|---|---|

**All Access**
**24955 Pacific Coast Highway**
**#C303**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-10177    Doc# 1    Filed 02/12/18    Page 29 of 97

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,010.00** |
|---|---|---|---|

**Amazon Web Services**
PO Box 84023
Seattle, WA 98124-8423

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,304.89** |
|---|---|---|---|

**American Express**
PO Box 360001
Fort Lauderdale, FL 33336-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229,947.90** |
|---|---|---|---|

**Anisa Daftari**
6595 Old Riverside Dr.
Atlanta, GA 30328

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203,367.89** |
|---|---|---|---|

**Antelope Valley Endocrinology**
  **Defined Benefit Pension Plan**
43723 20th St. West
Suite 204
Lancaster, CA 93534

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Marotta**
74 Commonwealth Ave
Massapequa, NY 11758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27.00** |
|---|---|---|---|

**AppNexus, Inc.**
Dept CH 19467
Palatine, IL 60055-9467

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Artour Baganov**
922 32 Ave S
Seattle, WA 98144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,252.91 |

**Ashiq V. Patel MD**
**26454 Mac Millian Ranch Rd.**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Austin Powers LLC**
**Steve Austin**
**1909 E. Central Ave.**
**Wichita, KS 67214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,686.41 |

**Avelina Munoz**
**1377 Rose Ave**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,857.88 |

**Aziz Maksoud**
**1906 N Red Brush Ct.**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,242.00 |

**Black Diamond Solutions**
**954 W Washington Blvd**
**Ste 535**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blauer Himmel, LLC**
**Michael R Biggs**
**3500 N. Rock Rd. Bldg. 1100**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |

**Brentwood Press**
**248 Oak St**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,030.88 |
|---|---|---|---|

**Brian D. & Sarah E. Zacharias**
**111 Atwater Cove**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388,974.59 |
|---|---|---|---|

**Brian Lugo**
**812 Fremont Ave., #205**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,129.18 |
|---|---|---|---|

**Bruce S. Simon Revocable LV TR**
**2876 Woodwardia Drive**
**Los Angeles, CA 90077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,765.08 |
|---|---|---|---|

**Bryce D. Brown**
**4505 107th Pl NE**
**Marysville, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,657.30 |
|---|---|---|---|

**Bryson G. Butts**
**3323 North 124th Court West**
**Wichita, KS 67223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,713.00 |
|---|---|---|---|

**Call Tower Inc.**
**Dept LA 23615**
**Pasadena, CA 91185-3615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.00 |
|---|---|---|---|

**Carbon Media**
**Outdoor Hub, LLC**
**30800 Telegraph Rd**
**Suite 4805**
**Franklin, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol Schoemann**
**19130 Spyglass Hill Dr.**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.00 |
|---|---|---|---|

**Carriage Crossing**
**10002 S Yoder Rd**
**P.O. Box 44**
**Yoder, KS 67585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**Central Glass & Mirror, Inc.**
**1722 East 2nd**
**Wichita, KS 67214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Chicago Mercantile Exchange In**
**Attn: Accounts Receivable**
**P.O. Box 73672**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.00 |
|---|---|---|---|

**Civitas Media**
**Attn: Accts Rec. Advertising**
**P.O. Box 690**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585,756.30 |
|---|---|---|---|

**Comcast Spotlight**
**15595 Collections Center Drive**
**BOX 15595**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,057,164.00 |
|---|---|---|---|

**Comet**
**%Duncan O'Brien**
**1 Dag Hammarskjold Plaza**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,039.00 |
|---|---|---|---|

**Corporate Caterers**
135 N Waco
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,379.00 |
|---|---|---|---|

**Cox Media**
P.O. Box 849990
Dallas, TX 75284-9990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**CT Corporation**
P.O. Box 4349
Carol Stream, IL 60197-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,431.42 |
|---|---|---|---|

**Dakhil Family LLC**
1420 N Linden Circle
Wichita, KS 67226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,970.47 |
|---|---|---|---|

**Daniel J. Zacharias, TTEE of**
**Daniel J. Zacharias Liv Trust**
1154 Granite Ct
Merced, CA 95340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danielle N. Dabbs**
5430 Senford Ave
Los Angeles, CA 90056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550,060.43 |
|---|---|---|---|

**David & Hollis W Zacharias,**
**Ttees, Zacharias Family Trust**
2634 Reggio Ct.
Merced, CA 95340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,409.94 |
|---|---|---|---|

**David A. Wollenberg, TTEE of**
**David A. Wollenberg Trust**
**85 Michael Way**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Dorsett**
**2250 N. Rock Rd.**
**Box 118-262**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,581.29 |
|---|---|---|---|

**David Gallenson**
**617 South Gertruda Ave.**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,144.13 |
|---|---|---|---|

**David J & Carolyn R Rogina, TT**
**of the Rogina Family Trust**
**1605 Ridge Drive**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.00 |
|---|---|---|---|

**David McNamee**
**2519 McMullen Booth Road**
**Suite #510-308**
**Clearwater, FL 33761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,846.02 |
|---|---|---|---|

**Dean McSpadden**
**4614 Gilronan CT.**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,767.83 |
|---|---|---|---|

**Dennis J Moore, M.D.**
**725 N Deerfield Circle**
**Andover, KS 67002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-10177     Doc# 1     Filed 02/12/18     Page 35 of 97

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,133.63** |
|---|---|---|---|
| | **DMNmedia/Dallas Morning News** | ☐ Contingent | |
| | **508 Young St** | ☐ Unliquidated | |
| | **Dallas, TX 75202** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Donald A Di lenno** | ☐ Contingent | |
| | **1624 Sharon Way** | ☐ Unliquidated | |
| | **Clearwater, FL 33764** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$457,273.04** |
|---|---|---|---|
| | **Donald A. Dilenno MD PA** | ☐ Contingent | |
| | **Money Purchase Pension & Trust** | ☐ Unliquidated | |
| | **1624 Sharon Way** | ☐ Disputed | |
| | **Clearwater, FL 33764** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63,935.23** |
|---|---|---|---|
| | **Donald E. Sweet** | ☐ Contingent | |
| | **3613 Maple Ave** | ☐ Unliquidated | |
| | **Manhattan Beach, CA 90266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,102.95** |
|---|---|---|---|
| | **Dr. David Golden** | ☐ Contingent | |
| | **1601 Roscomare Rd** | ☐ Unliquidated | |
| | **Los Angeles, CA 90077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178,286.78** |
|---|---|---|---|
| | **Duckhorn Properties, LLC** | ☐ Contingent | |
| | **c/o Ed Mikesell** | ☐ Unliquidated | |
| | **889 N. Maize Rd** | ☐ Disputed | |
| | **Wichita, KS 67212** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,244.17** |
|---|---|---|---|
| | **Edward John Cremata** | ☐ Contingent | |
| | **4250 Azores Ct** | ☐ Unliquidated | |
| | **Livermore, CA 94550** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,026.00 |
|---|---|---|---|

**Eisner Amper LLP**
P.O. Box 360635
Pittsburgh, PA 15251-6635

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,904.00 |
|---|---|---|---|

**Emtrain**
2018 19th Street
Sacramento, CA 95818

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388,399.15 |
|---|---|---|---|

**Equity Trust Co., Custodian**
**FBO Dr. Thomas Nasser SEP IRA**
**40250 Maestro Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Equity Trust Co., Custodian**
**FBO Ali A. Kani IRA**
**2337 West Ave P-12**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,882.16 |
|---|---|---|---|

**Equity Trust Co., Custodian**
**FBO Cheryl Ann Smith IRA**
**6051 Devonshire Dr.**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,686.41 |
|---|---|---|---|

**Eric Mizrahi**
4225 Via Marina, #305
Marina Del Rey, CA 90292

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**ESE Partners, LLC -Sharon Amez**
23823 Malibu Road
#50-265
Malibu, CA 90265

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|

**eShares, Inc.**
**Attn: Accounting**
**195 Page Mill Rd., Suite 101**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875,498.40 |
|---|---|---|---|

**FBI, LLC**
**1901 N. Paddock Green St**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,144.66 |
|---|---|---|---|

**Forestgate Property**
**10701 E Forestgate Street**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,368.00 |
|---|---|---|---|

**Foulston Siefkin LLP**
**Harvey Sorensen**
**1551 N. Waterfront Parkway**
**Suite 100**
**Wichita, KS 67206-4466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.00 |
|---|---|---|---|

**Fresh Sales**
**1250 Bayhill Drive**
**Suite 315**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295,176.81 |
|---|---|---|---|

**Gary Hardman & Deborah R.**
**Hardman**
**23 N. Sagebrush Circle**
**Wichita, KS 67230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Gary Oborny**
**8111 E. 32nd St. N.**
**Ste 101**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $775.00 |
|---|---|---|---|

**Getintent USA Inc.**
**401 Park Avenue South**
**9th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,500.00 |
|---|---|---|---|

**Google Inc.**
**Dept. 33654**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,500.00 |
|---|---|---|---|

**Gracenote Media Services, LLC**
**Lockbox 29421**
**29421 Network Place**
**Chicago, IL 60673-1294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Great West Trust Company**
**PO Box 561148**
**Denver, CO 80256-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,300.00 |
|---|---|---|---|

**GTS Online**
**7 Florinis St.**
**Nicosia, 1065 Cyprus**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610,355.00 |
|---|---|---|---|

**Guardian News & Media LLC**
**315 W 36th St 8th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,438.00 |
|---|---|---|---|

**Hinkle Law Firm**
**1617 N. Waterfront Parkway**
**Ste. 400**
**Wichita, KS 67206-6639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185,341.98 |
|---|---|---|---|

**Howard and Beverly Klein**
**as Joint Tenants by Entirety**
**5154 Loquat Court**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,059.26 |
|---|---|---|---|

**Hurd, Hawkins, Meyers,**
**Radosevich 401 K Plan**
**2299 Tal Pines Drive**
**Largo, FL 33771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,694.00 |
|---|---|---|---|

**Investing Channel**
**PO Box 416582**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,191.00 |
|---|---|---|---|

**IPFS Corporation**
**PO Box 419090**
**Kansas City, MO 64141-6090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,386.12 |
|---|---|---|---|

**James Quilliam**
**124 12th Street, Unit B**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,250.93 |
|---|---|---|---|

**Jawahar Taunk**
**4050 Presidential Drive**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,517.68 |
|---|---|---|---|

**Jeff Wetta**
**9705 Westlake Court**
**Wichita, KS 67205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**Jerry Metz**
**3617 Sentenial Oak Dr.**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689,843.71 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**JK Garvey Investment Co. LP**
**300 W. Douglas, #1050**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,686.41 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**John Aben**
**1377 Rose Ave**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,144.66 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**John D Gagnon Revocable Trust**
**c/o John Gagnon**
**3510 N Ridge Road #500**
**Wichita, KS 67205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**John M Fay and Carole C Fay**
**1745 Canyon Oaks Drive**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**John Owens**
**507 Concord Street**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------|

**John P. Wargnier**
**1804 Lynngrove**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,815.99 |
|---|---|---|---|

**John Patrick Clark Jr**
**805 Bayview Drive**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,000.00 |
|---|---|---|---|

**John Sifonis**
**PO Box 201887**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,106.65 |
|---|---|---|---|

**Joshua Halewood**
**The Crofts**
**25 New Road Hourbury**
**Wakefield UK  WF4 5LS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,447.94 |
|---|---|---|---|

**Kalpesh Himat Solanki**
**4934 SW 1st Ave**
**Ocala, FL 33474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.00 |
|---|---|---|---|

**Kantar Media**
**P.O. Box 789556**
**Philadelphia, PA 19178-9556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800,113.92 |
|---|---|---|---|

**Kanti Mamta, LLC**
**9174 Waterash Lane**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine A. Wargnier**
**1804 Lynngrove**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Keating Consulting Group**
**1500 Fashion Island Blvd.**
**Ste. 102**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kelly Blue Book**
**KBB**
**195 Technology Dr.**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,163.59 |
|---|---|---|---|

**Ken Bartsch**
**409 N Pacific Coast Hwy #439**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Owens**
**914 Cypress Ct.**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,663.73 |
|---|---|---|---|

**Kirk O. Fayard**
**665 Cupples Ct.**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristian Krieger**
**416 Whiting Street**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kron4**
**900 Front St**
**3rd Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-10177     Doc# 1     Filed 02/12/18     Page 43 of 97

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,776.46 |
|---|---|---|---|

**Lan Palmer**
**1613 Sebring Hills Dr.**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lance and Emi Tamura**
**1410 Willowtree Court**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lars Kornbrink**
**2 Las Huertas Ct.**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,369.32 |
|---|---|---|---|

**Lawrence Lem**
**2276 Winepol Loop**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,569.00 |
|---|---|---|---|

**Level 3 Communications, LLC**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,286.78 |
|---|---|---|---|

**Lindsey E Hall**
**PO Box 307**
**Andover, KS 67002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,857.88 |
|---|---|---|---|

**Lisa Caughlin Revocable Trust**
**525 N. Longford Ln**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-10177    Doc# 1    Filed 02/12/18    Page 44 of 97

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,714.00 |

**Mahaska**
**P.O. Box 50**
**Oskaloosa, IA 52577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411,588.17 |

**Mark T. Hellner Living Trust**
**2118 E. 27th**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,395.85 |

**Marshall Winget**
**6502 196th Avenue NE**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,692.15 |

**Marta and Nicholas Kozlov**
**Joint Tenancy**
**222 Brightwaters Blvd NE**
**Saint Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,379.41 |

**Mary Lee Borislow, TTEE of the**
**Mary Lee Borislow Family Trust**
**474 Harbor Drive South**
**Indian Rocks Beach, FL 33785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Matthew & Laura Marowitz, TTEE**
**2000 Marowitz Family Rev Trust**
**1058 First Street**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618,445.04 |

**Media Beach P6**
**Attn: William R. Patton**
**17842 Mitchell North**
**Ste 100**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618,460.62 |
|---|---|---|---|

**Mehul Patel**
**1882 Murfield Way**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,579.00 |
|---|---|---|---|

**Merrill Communications LLC**
**CM-9638**
**Saint Paul, MN 55170-9638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,740.46 |
|---|---|---|---|

**Michael J. Shonka**
**1101 N Glenmoor Court**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,375.83 |
|---|---|---|---|

**Michael T. Dodd**
**911 13th Street**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $451,659.85 |
|---|---|---|---|

**Michael W Cannon Rev Trust**
**2542 Greenleaf**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,274.40 |
|---|---|---|---|

**Miguel Gerardo De La Torre**
**5920 E. Walton St.**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237,715.72 |
|---|---|---|---|

**Mimi H. Wakim**
**33 Rolling Hills**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,231.00 |
|---|---|---|---|

**Move Inc. - ListHub**
**5401 N. Pima Road**
**Suite 100**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,144.66 |
|---|---|---|---|

**Murfin, Inc.**
**250 N. Water, Ste 300**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,870.32 |
|---|---|---|---|

**Naik Family LLC**
**407 Saint Andrews Drive**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**NASDAQ Stock Market LLC**
**Lockbox# 10200**
**P.O. BOX 780200**
**Philadelphia, PA 19178-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,070.74 |
|---|---|---|---|

**Nassim El Nabbout**
**Nassim El Nabbout Rev Trust**
**1854 N Paddock Green Court**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237,715.72 |
|---|---|---|---|

**Nelly Saad El Nabbout Revoc**
**Trust**
**1854 N Paddock Green Court**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nestor Weigand**
**150 N. Market**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,153.00 |
|---|---|---|---|

**Newsweek Media**
**7 Hanover SQ**
**Floor 5**
**New York, NY 10004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Northern Virginia Media Servic**
**P.O. Box 591**
**Leesburg, VA 20178**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332,880.00 |
|---|---|---|---|

**Nuviad LTD**
**Harimon 8**
**Ceasaria 308890**
**Israel**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,200.00 |
|---|---|---|---|

**NYSE Market Inc.**
**Box # 223695**
**Pittsburgh, PA 15251-2695**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**OTC Markets Group, Inc**
**PO Box 29959**
**New York, NY 10087-9959**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,747,990.72 |
|---|---|---|---|

**Panjak Vyas**
**1 Medical Dr.**
**Benson, NC 27504**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,781.00 |
|---|---|---|---|

**Patent Portfolio Builders PLLC**
**P.O. Box 7999**
**Fredericksburg, VA 22404-7999**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,923.03 |
|---|---|---|---|

Patricia J. Perrell
45757 Cornwall Street
Utica, MI 48317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Peggy Ward
1441 N. Rock Road, # 2402
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,441.00 |
|---|---|---|---|

Penske Media Corporation
Dustin Park
11175 Santa Monica Blvd
9th Floor
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,428.90 |
|---|---|---|---|

Perfection Property
Scott Lehner
11828 W. Central Ave, Ste. 112
Wichita, KS 67212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  (Listed as Perfection Signature Properties, LLC)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.00 |
|---|---|---|---|

Perry Reid Properties
701 E 1st St
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275,937.48 |
|---|---|---|---|

Petroleum Inc. Profit Sharing
Plan FBO John K Garvey Roth
Attn: John Garvey
300 W. Douglas, Ste 1050
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Listed as Petroleum Inc. only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,970.28 |
|---|---|---|---|

Philip Coca
50 9th Street
Hermosa Beach, CA 90254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,144.66 |
|---|---|---|---|

**Philip M Hayes Revocable Trust**
**567 W. Douglas**
**Wichita, KS 67213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347,818.00 |
|---|---|---|---|

**Phoenix Nap, LLC**
**Andrew Buchholz**
**2353 W. University Dr.**
**Tempe, AZ 85281-7223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,358.00 |
|---|---|---|---|

**Politifact National**
**Times-Publishing**
**490 First Ave S**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,144.66 |
|---|---|---|---|

**PSC Trust u/a/d 1/24/13**
**c/o Dan Peare**
**8621 E. 21st Street**
**Ste. 200**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Radha Ramana Murthy Gokula and**
**Jyothi Sri Pappula**
**3959 Magnolia Circle**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,788.46 |
|---|---|---|---|

**Ramakrishna Thondapu**
**2495 Piedmont Drive**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182,380.72 |
|---|---|---|---|

**Randall Madey**
**21151 Lockhaven Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120,245.51 |
|---|---|---|---|

**Randall Madey, Trustee**
**FBO Daryl Jane Madey Trust**
**21151 Lockhaven Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**RealtyTrac**
**Atom Data Solutions 24693**
**14005 Live Oak Ave**
**Baldwin Park, CA 91706-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**RealVNC Betjeman House**
**104 Hills Road**
**Cambridge, UK  CB2 1LQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,683.00 |
|---|---|---|---|

**Reuters.**
**PO Box 415983**
**Boston, MA 02241-5983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $516.00 |
|---|---|---|---|

**Reverie Roasters**
**2611 E Douglas**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,176.93 |
|---|---|---|---|

**Richard G Richter & Katherine**
**C Richter Trust**
**1930 Sabrina Ave**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53,409.94 |
|---|---|---|---|

**Richard H. Wollenberg**
**4450 Columbia Heights Rd**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |

**Richard Hutley**
**17495 Belletto Drive**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $178,286.78 |
|---|---|---|

**Rita B. Mattar Irrevocable**
**Trust No. 2**
**26 N. Sagebruch Circle**
**Wichita, KS 67230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $118,857.88 |
|---|---|---|

**Rita B. Mattar Revocable Trust**
**u/a/d 3/23/04, as amended**
**26 N. Sagebrush**
**Wichita, KS 67230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $0.00 |
|---|---|---|

**Robin Mechlowitz Kaukonen**
**30 Underhill Road**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $355,537.00 |
|---|---|---|

**Rodale Inc.**
**P.O. Box 65097**
**Baltimore, MD 21264-5097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $70,842.43 |
|---|---|---|

**Roger L. Bowles, TTEE of the**
**Beverly L. Bowles Family Trust**
**1434 Murray Court**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $109,333.00 |
|---|---|---|

**ROI Media Consultants, Inc.**
**Bill Whitham**
**2805 W View P1**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,581.14 |
|---|---|---|---|

**Ron Salcer**
**108 Ave F**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,336.35 |
|---|---|---|---|

**Russell and Linda Charvonia**
**5536 N Bryn Mawr Street**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**S&P Dow Jones Indices LLC**
**Standard @Poor's**
**2542 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,436.44 |
|---|---|---|---|

**Samy Sharobeem**
**11900 Laughton Way**
**CA 93126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,920.08 |
|---|---|---|---|

**Sandifer Engineering & Control**
**229 S. Ellis**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236,141.44 |
|---|---|---|---|

**Santa Monica Partners**
**1440 N Gatewood #32**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Crawford and**
**Marie Crawford**
**1207 Sandra Dr.**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,095.50 |
|---|---|---|---|

**Scott Douglas Ninegar & Kristi Kamerer Ninegar Liv Trust**
**521 - 11th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,431.42 |
|---|---|---|---|

**Shaker R. Dakhil Rev Trust**
**1420 N. Linden Circle**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594,289.31 |
|---|---|---|---|

**Shannon Group Holdings, LLC**
**c/o David Shannon**
**1223 N. Rock Rd, I-200**
**Wichita, KS 67206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.00 |
|---|---|---|---|

**Sharon Amezcua**
**23823 Malibu Rd #50-265**
**Malibu, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Shauna Edwards**
**13080 SW Diamond Rd**
**Augusta, KS 67010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,531.25 |
|---|---|---|---|

**Shirley F Belew Rev Liv Trust**
**324 N. Walnut Creek Dr**
**Derby, KS 67037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.00 |
|---|---|---|---|

**Shred-it**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Official Form 206 E/F
Schedule E/F: Creditors Who Have Unsecured Claims
Page 27 of 39

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 18-10177   Doc# 1   Filed 02/12/18   Page 54 of 97

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,691.00 |
|---|---|---|---|

**Sky Contracting Company**
P.O. Box 782137
Wichita, KS 67202

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.00 |
|---|---|---|---|

**Snack Express**
PO Box 61
Oskaloosa, IA 52577

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**SP SNT Holdings, LLC**
c/o Jeffrey S. Lawrence
Smith Lawrence, LC
700 W. 31st St., Ste 408
Kansas City, MO 64108

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,907.00 |
|---|---|---|---|

**Spectrum Promotional**
9212 E. 37th St. North
Wichita, KS 67226

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,430.00 |
|---|---|---|---|

**Sportradar US LLC**
Jim Mlenek
150 S 5th Street, #400
Minneapolis, MN 55402

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,428.90 |
|---|---|---|---|

**Sri Ganesha LTD**
3005 Clearpoint Drive
Flower Mound, TX 75022

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165,160.00 |
|---|---|---|---|

**Stanley G. Brannan**
1605 N Foliage Dr
Wichita, KS 67206

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Social Networking Technology, Inc.** | Case number (if known) | |

| | | |
|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address**<br>**Stephen F. Corcoran MD**<br>**3349 G. St. #F**<br>**Merced, CA 95340**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$67,128.05** |
| 3.193 | **Nonpriority creditor's name and mailing address**<br>**Stephen W. Hayes Irrev Trust**<br>**15305 W. Pine Circle**<br>**Goddard, KS 67052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$297,144.66** |
| 3.194 | **Nonpriority creditor's name and mailing address**<br>**Steve Crawford**<br>**24818 Oak Street**<br>**Lomita, CA 90717**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.195 | **Nonpriority creditor's name and mailing address**<br>**Steven F. Rospond DDS**<br>**14851 Sport of Kings Ct.**<br>**Wichita, KS 67230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,912.56** |
| 3.196 | **Nonpriority creditor's name and mailing address**<br>**Stuart Bruck**<br>**151 N. Rock Island #3B**<br>**Wichita, KS 67202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.197 | **Nonpriority creditor's name and mailing address**<br>**Sudha Tokala**<br>**7910 E Hartmoor St**<br>**Wichita, KS 67206**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$598,251.24** |
| 3.198 | **Nonpriority creditor's name and mailing address**<br>**Sudha Tokala, Ttee of Sudha**<br>**Tokala Revocable Trust**<br>**7910 E Hartmoor St**<br>**Wichita, KS 67206**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$598,251.24** |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.00 |
|---|---|---|---|

**Synacor, Inc.**
P.O. Box 347385
Pittsburgh, PA 15251-4385

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405,087.93 |
|---|---|---|---|

**Synacor, Inc.**
Attn: William J. Stuart, CFO
40 La Riviere Dr #300
Buffalo, NY 14202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594,289.31 |
|---|---|---|---|

**Taylor Enterprises**
Attn: Dan Taylor
10500 E. Berkeley Square
Wichita, KS 67206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|

**Teracal**
PO Box 5211
Dept 116004
Binghamton, NY 13902-5211

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,815.99 |
|---|---|---|---|

**Terry Jones Rauch and Deborah**
Anne Johnson
124 Third Place
Manhattan Beach, CA 90266

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,715.72 |
|---|---|---|---|

**Terry Klein**
14007 Castle Rock
Wichita, KS 67230

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,750.00 |
|---|---|---|---|

**The Car Park Inc**
COW
P.O. Box 47308
Wichita, KS 67201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,083.00** |
|---|---|---|---|

**The Independent School**
8313 E Douglas
Wichita, KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,610.02** |
|---|---|---|---|

**The Rubicon Project Inc.**
12181 Bluff Creek Drive
4th Floor
Los Angeles, CA 90094

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  8353

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347,471.00** |
|---|---|---|---|

**The Weather Company**
TWC Product and Technology Inc
PO Box 101634
Atlanta, GA 30392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,059.27** |
|---|---|---|---|

**Theron D. Hawkins III and**
**Henrietta Hawkins**
2973 Hillcreek Circle S
Clearwater, FL 33759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Thomopoulos Production**
11925 Wilshire Blvd.
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,749.00** |
|---|---|---|---|

**Thomson Reuters (Markets) LLC**
Stephen Chung
PO Box 415983
Boston, MA 02241-5983

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  2110

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tim Hovland/Pamela Hovland**
511 Penn
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-10177    Doc# 1    Filed 02/12/18    Page 58 of 97

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,037.00 |
|---|---|---|---|

**Times - Publishing**
**490 First Ave S**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,714.00 |
|---|---|---|---|

**Times - Shamrock.**
**149 Penn Avenue**
**Scranton, PA 18503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,623.22 |
|---|---|---|---|

**Timothy Goosby**
**1041 E Woodland Ave**
**Barron, WI 54812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,076.35 |
|---|---|---|---|

**Timothy Goosby**
**1041 E Woodland Ave**
**Barron, WI 54812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413,781.00 |
|---|---|---|---|

**Top Three Media**
**3432 W 7th St**
**Fort Worth, TX 76147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,282,282.92 |
|---|---|---|---|

**Tribune Content Agency (TCA)**
**32935 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $903.00 |
|---|---|---|---|

**Twin Oaks**
**3371 SE Cascadia Way**
**Hobe Sound, FL 33455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**U.S. Protective Service, LLC**
2250 N. Rock Rd.
SAT/OPS 118-105
Wichita, KS 67226

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,453.51 |
|---|---|---|---|

**US Bank**
PO Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,680.00 |
|---|---|---|---|

**Verisign, Inc.**
P.O. Box 846228
Dallas, TX 75284-6228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Vertikal Inc.**
3453 Rambla Pacifico
Malibu, CA 90265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victoire Hovland**
2320 The Strand
Manhattan Beach, CA 90266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $935.00 |
|---|---|---|---|

**Vision Communications**
1235 South Mead
Wichita, KS 67211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walter R. Everton III and
Paula M. Everton**
1304 Parrilla D Avila
Tampa, FL 33613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Westar Energy**
PO Box 758500
Topeka, KS 66675-8500

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Wichita State University**
Attn: Yolanda Adams
1845 Fairmount
Box 213
Wichita, KS 67260-0100

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,630.80** |
|---|---|---|---|

**Wichita Wellness, Inc.**
1333 N Broadway Street, Ste A
Wichita, KS 67214

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William David Levine Trust**
2032 E. 220th Street
Long Beach, CA 90810

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$269,494.88** |
|---|---|---|---|

**William E. Lysle Trust**
709 29th Street
Manhattan Beach, CA 90266

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,149.98** |
|---|---|---|---|

**William Febbo**
1516 Campana St
Hermosa Beach, CA 90254

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106,819.88** |
|---|---|---|---|

**Wollenberg Family Trust**
**Wollenberg Family LLC**
4450 Columbia Heights Rd.
Longview, WA 98632

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188,839.08 |
|---|---|---|---|

**Woody Creek Investments III, L**
**Darrell Swank**
**2416 E 37th Street N.**
**Wichita, KS 67219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Wrike, Inc.**
**100 W Evelyn Avenue**
**Suite 220**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,063.00 |
|---|---|---|---|

**XML Team Solutions, LLC**
**1501 Reeves St.**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Yahoo Holdings, Inc.**
**P.O. Box 89-4147**
**Los Angeles, CA 90189-4147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,741.00 |
|---|---|---|---|

**YMCA**
**402 N. Market**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**YSEOP Inc.**
**10830 N Central Expy**
**Suite 152**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Access to Media**<br>**Liz Jusko**<br>**432 Front St**<br>**Chicopee, MA 01013** | Line **3.4**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Akerman LLP**<br>**Attn: Jorge A. Lopez**<br>**Three Brickell City Centre**<br>**98 Southeast 7th St., Ste 1100**<br>**Miami, FL 33131** | Line **3.6**<br><br>☐ Not listed. Explain ___ | **2182** |
| 4.3 | **Altus GTS Inc.**<br>**re Comcast Spotlight HQ**<br>**2400 Veterans Memorial Blvd.**<br>**Ste. 300**<br>**Kenner, LA 70062** | Line **3.36**<br><br>☐ Not listed. Explain ___ | **4083** |
| 4.4 | **Altus GTS Inc.**<br>**2400 Veterans Memorial Blvd.**<br>**Ste. 300**<br>**Kenner, LA 70062** | Line **3.129**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Amazon Web Services**<br>**Adam Perkins**<br>**410 Terry Ave North**<br>**Seattle, WA 98109-5210** | Line **3.10**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Biggs Law Group, L.C.**<br>**Attn: Michael R. Biggs**<br>**3500 North Rock Rd., Bldg 1100**<br>**Wichita, KS 67226** | Line **3.1**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Comcast Spotlight**<br>**Stephanie Pansini-Nieves**<br>**1701 JFK Blvd.**<br>**36th FL**<br>**Philadelphia, PA 19103-2838** | Line **3.36**<br><br>☐ Not listed. Explain ___ | _ |
| 4.8 | **Comet**<br>**611 Gateway Blvd**<br>**11th Floor South**<br>**South San Francisco, CA 94080** | Line **3.37**<br><br>☐ Not listed. Explain ___ | _ |
| 4.9 | **David Dorsett**<br>**6203 E. Oxford**<br>**Wichita, KS 67220** | Line **3.46**<br><br>☐ Not listed. Explain ___ | _ |
| 4.10 | **David McNamee**<br>**4748 Stonebriar Dr.**<br>**Oldsmar, FL 34677** | Line **3.49**<br><br>☐ Not listed. Explain ___ | _ |
| 4.11 | **Dentons US LLP**<br>**Leah R. Bruno**<br>**233 South Wacker Drive**<br>**Suite 5900**<br>**Chicago, IL 60606-6361** | Line **3.218**<br><br>☐ Not listed. Explain ___ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **Gracenote Media Services, LLC**<br>**Elaine Chenier**<br>**40 Media Drive**<br>**Queensbury, NY 12804** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Internal Revenue Service**<br>**Attn: Jon N Bailey**<br>**Bldg B, Room 140A, MS: 4039 JB**<br>**8321 East 61st Street**<br>**Tulsa, OK 74133** | Line **2.1**<br><br>☐ Not listed. Explain ____ | **0871** |
| 4.14 | **Jeffrey S. Lawrence**<br>**David Smith**<br>**Smith Lawrence, LC**<br>**700 W 31st St., Ste 408**<br>**Kansas City, MO 64108** | Line **3.187**<br><br>☐ Not listed. Explain ____ | **LJPO** |
| 4.15 | **Ken W. Dannenberg**<br>**Attorney at Law**<br>**331 N Waco St**<br>**Wichita, KS 67202** | Line **3.175**<br><br>☐ Not listed. Explain ____ | **2686** |
| 4.16 | **Kevin C. Wagner**<br>**42955 River Bend Dr.**<br>**Plymouth, MI 48170** | Line **3.187**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Kevin R. Heaphy**<br>**Ryley, Carlock & Applewhite**<br>**One North Central Ave**<br>**Ste 1200**<br>**Phoenix, AZ 85004-4417** | Line **3.151**<br><br>☐ Not listed. Explain ____ | **5619** |
| 4.18 | **Kevin Wagner**<br>**c/o Jeffrey S. Lawrence**<br>**Smith Lawrence, LC**<br>**700 W 31st St., Ste 408**<br>**Kansas City, MO 64108** | Line **3.187**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Level 3 Communications, LLC**<br>**Shannon Beasley**<br>**1025 Eldorado Blvd.**<br>**Broomfield, CO 80021** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Michael P. Simondi & Assoc.**<br>**Suite 450**<br>**4685 Macarthur Court**<br>**Newport Beach, CA 92660** | Line **3.121**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Randall K. Rathbun**<br>**Depew Gillen Rathbun**<br>**& McInteer LC**<br>**8301 E 21st St N, Ste 450**<br>**Wichita, KS 67206-2936** | Line **3.220**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Receivables Control Corp**<br>**Attn: Jim Mlenek**<br>**Sportradar US LLC**<br>**7373 Kirkwood Court #200**<br>**Maple Grove, MN 55369** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.23 **Robert Knuts**<br>**Sher Tremonte LLP**<br>**90 Broad Street**<br>**23rd Floor**<br>**New York, NY 10004** | Line **3.198**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Rodale**<br>**Attn: Monica Caron**<br>**733 Third Ave.**<br>**8th Fl.**<br>**New York, NY 10017** | Line **3.168**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Rosie McKimmie**<br>**Global General Counsel**<br>**On Behalf Newsweek Media**<br>**7 Hanover Sq, 5th Floor**<br>**New York, NY 10004** | Line **3.136**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Scott M. Hill**<br>**Hite, Fanning & Honeyman L.L.P**<br>**100 N. Broadway, Ste. 950**<br>**Wichita, KS 67202** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Shelowitz Law Group**<br>**Attn: Mitchell C. Shelowitz**<br>**275 Seventh Ave.**<br>**Seventh Floor**<br>**New York, NY 10001** | Line **3.138**<br><br>☐ Not listed. Explain ____ | **Nuviad** |
| 4.28 **Steven D. Gough**<br>**Withers, Gough, Pike & Pfaff**<br>**200 West Douglas Ave Ste 1010**<br>**Ste 1010**<br>**Wichita, KS 67202** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 **Stuart Bruck**<br>**204B Cazneau Ave**<br>**Sausalito, CA 94965** | Line **3.196**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Szabo Associates Inc.**<br>**3355 Lenox Road, N.E.**<br>**Suite 945**<br>**Atlanta, GA 30326-1332** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **Top Three Media**<br>**Lauren Whitson**<br>**PO Box 471005**<br>**Fort Worth, TX 76147** | Line **3.217**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **Tronc**<br>**435 N. Michigan Ave**<br>**Chicago, IL 60611** | Line **3.218**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Yahoo Holdings, Inc.**<br>**Andrea Engler**<br>**14010 FNB Parkway**<br>**Omaha, NE 68154** | Line **3.237**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 38 of 39

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 18-10177    Doc# 1    Filed 02/12/18    Page 65 of 97

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 10,513.64 |
| 5b. Total claims from Part 2 | 5b. + $ | 43,217,248.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 43,227,762.15 |

**Fill in this information to identify the case:**

Debtor name  **Social Networking Technology, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment Contract dated January 1, 2017**<br><br><br><br>**Andrew Minneci**<br>**12526 E. Central, Apt. 615**<br>**Wichita, KS 67206** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment Contract dated January 1, 2017**<br><br><br><br>**Austin Witherspoon**<br>**1017 Coolidge**<br>**Wichita, KS 67203** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Group Employee Health Insurance**<br><br><br><br>**Blue Cross Blue Shield of KS**<br>**1133 SW Topeka Blvd.**<br>**Topeka, KS 66629** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment Contract dated January 1, 2017**<br><br><br><br>**Brianne Sullivan**<br>**2146 S. Water**<br>**Wichita, KS 67213** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Caleb Banzhaf** |
| | List the contract number of any government contract | _____ | **412 N. Jaax Ct.**<br>**Wichita, KS 67235** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Cassie McDonald** |
| | List the contract number of any government contract | _____ | **13927 W. Alderny St.**<br>**Wichita, KS 67235** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Christopher O'Neil** |
| | List the contract number of any government contract | _____ | **5602 E. Pembrook St.**<br>**Wichita, KS 67220** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Cody Anderson** |
| | List the contract number of any government contract | _____ | **1434 N. Woodland**<br>**Wichita, KS 67203** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Vernon** |
| | List the contract number of any government contract | _____ | **948 S. Armour St.**<br>**Wichita, KS 67207** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **David Belew** |
| | List the contract number of any | | **324 N. Walnut Creek Dr.**<br>**Derby, KS 67037** |

Case 18-10177     Doc# 1     Filed 02/12/18     Page 68 of 97

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Dustin Hendrickson** |
| | List the contract number of any government contract | | **634 S. Broadview St.** **Wichita, KS 67218** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Emily Behlmann** |
| | List the contract number of any government contract | | **210 N. Hillside, Apt. 6** **Wichita, KS 67214** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Group Employee Retirement Fund.** | |
|---|---|---|---|
| | State the term remaining | | **Empower Retirement** |
| | List the contract number of any government contract | | **8515 E. Orchard Road** **Englewood, CO 80111** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Enoch Jennison** |
| | List the contract number of any government contract | | **1228 N. Jefferson** **Wichita, KS 67203** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Grant Gillespie** |
| | List the contract number of any government contract | | **3140 N. Sedgwick St.** **Wichita, KS 67204** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | **Hannah Sosa** **1985 N. Amidon #312** **Wichita, KS 67203** |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract     _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
|---|---|---|---|

State the term remaining

List the contract number of any
government contract     _____

**Holly Bate**
**236 W. Teal Dr.**
**Derby, KS 67037**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Company Insurance package Policy #: MCN000244211701 E&O Coverage through Axis Insurance Co. Policy #: ZBKA972250 PKG Coverage through Hanover Insurance Company Policy #: WZKA966976 WC Coverage through Hanover Insurance Company Policy #: UHKA972251 UMBRLA Coverage through Hanover Insurance Company Policy #: 82478271 EPLI Coverage through Federal Insurance Co.** | |
|---|---|---|---|

State the term remaining

List the contract number of any
government contract     _____

**IMA Insurance**
**Attn: Stephanie Weakley**
**Servicing Account Mgr**
**8200 E. 32nd St. N.**
**Wichita, KS 67226**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated March 12, 2017** | |
|---|---|---|---|

State the term remaining

List the contract number of any
government contract     _____

**John E. Miller**
**405 Alamo Drive**
**Santa Fe, NM 87501**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | **Jonathan Van Winkle 346 S. Belmont Wichita, KS 67218** |
|---|---|---|---|

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract      _____

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Larry Pham**<br>**9500 E. Cherish Road**<br>**Derby, KS 67037** |

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Logan Johnson**<br>**1010 N. Ridge Road, Apt. 103**<br>**Wichita, KS 67212** |

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lutz Lai**<br>**231 E. Oak Meadows Rd.**<br>**Derby, KS 67037** |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mark Padding**<br>**226 Bent Tree Court**<br>**Andover, KS 67002** |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Nathaniel Alexander**<br>**708 S. Red Oaks Cir**<br>**Wichita, KS 67207** |

Case 18-10177      Doc# 1      Filed 02/12/18      Page 71 of 97



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease 11/30/2022**

State the term remaining

List the contract number of any government contract

**One Twenty South Main, L.L.C.**
**120 S. Main, Suite 600**
**Wichita, KS 67202-4325**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Contract dated January 1, 2017**

State the term remaining

List the contract number of any government contract

**Rabin David**
**4555 N. St. James St.**
**Wichita, KS 67226**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Contract dated January 1, 2017**

State the term remaining

List the contract number of any government contract

**Rebecca Herington**
**440 E. Blair St.**
**Mulvane, KS 67110**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Contract dated January 1, 2017**

State the term remaining

List the contract number of any government contract

**Richard Hagar**
**1434 N. Woodland**
**Wichita, KS 67203**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Contract dated January 1, 2017**

State the term remaining

List the contract number of any government contract

**Ryan Keefover**
**2627 S. Elizabeth Ave.**
**Wichita, KS 67217**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Contract dated January 1, 2017**

State the term remaining

List the contract number of any

**Taewook Kang**
**12601 E. Willowgreen**
**Wichita, KS 67207**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |
|---|---|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Lofgren**<br>**8514 E. Limerick Lane**<br>**Wichita, KS 67206** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Timothy Walton**<br>**1237 Ohio Street**<br>**Augusta, KS 67010** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Cooperation Agreement for the Development and Operation of the TCX Digital Media Content Exchange dated April, 2016** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tribune Content Agency**<br>**32935 Collection Center Dr.**<br>**Chicago, IL 60693** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vance Banks**<br>**1230 S. Wichita**<br>**Wichita, KS 67213** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract dated January 1, 2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Venkatesh Mabbu**<br>**2330 N. Oliver St., Apt. 414**<br>**Wichita, KS 67220** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.37.    State what the contract or lease is for and the nature of the debtor's interest        **Employment Contract dated January 1, 2017**

       State the term remaining

       List the contract number of any government contract        _____

       **William Klausmeyer**
**250 W. Douglas Ave., Apt. 1608**
**Wichita, KS 67202**

Case 18-10177    Doc# 1    Filed 02/12/18    Page 74 of 97

Debtor name **Social Networking Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name    **Social Networking Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................................    $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................................    $      **1,581,649.98**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................................    $      **1,581,649.98**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **2,010,978.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **10,513.64**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **43,217,248.51**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b      $      **45,238,740.15**

**Fill in this information to identify the case:**

Debtor name   **Social Networking Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 12, 2018**   *X* **/s/ Becky Herington**
Signature of individual signing on behalf of debtor

**Becky Herington**
Printed name

**Vice President of Finance**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Social Networking Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$4,209,536.00** |
| **For the fiscal year:**<br>From **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☐ Other _____ | **$9,991.00** |
| **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case 18-10177    Doc# 1    Filed 02/12/18    Page 78 of 97

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached EXHIBIT D** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Phoenix Nap, LLC, an Arizona limited liability company v. Social Networking Technology, Inc. d/b/a SNT Media, a Kansas corporation CV2017-015619** | **Breach of contract** | **Arizona Superior Court, Maricopa County Old Courthouse 125 W Washington St Phoenix, AZ 85003** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Sandifer Engineering & Controls, Inc. v. SNT Media, Inc. 2017-CV-002686-CP** | **Collection of Commercial Debt** | **Sedgwick County District Court Civil Dpt District Court Clerk 1110 Courthouse 525 N. Main St. Wichita, KS 67203** | ■ Pending ☐ On appeal ☐ Concluded |

| Post Date | Reference | Additional | Amount | Description | Type | Text |
|---|---|---|---|---|---|---|
| 10/4/2017 | | 0 | ($3,000.00) | OUTGOING WIRE BeB | | 20171004002211826  TOA HOLDCO LLC   ADVANCE ON EXPENSE |
| 10/5/2017 | 120 S Main Street | 2795 | ($10,000.00) | CHECK PAID | | Rent |
| 10/10/2017 | IRS                    US | | ($342.00) | PREAUTHORIZED ACH DEBIT | Ach | IRS           USATAXPYMT    171010    2707683924490641 |
| 10/10/2017 | COX COMM KAN        BA | | ($1,014.54) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN      BANK DRAFT     171010 |
| 10/10/2017 | AMEX EPAYMENT       AC | | ($5,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171010    COP000003513950 |
| 10/10/2017 | AMEX EPAYMENT       AC | | ($10,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171010    COP000003512137 |
| 10/11/2017 | Foulston Seflkin LLP | 2799 | ($259.27) | CHECK PAID | | Legal |
| 10/11/2017 | Paul Grippi | 2800 | ($53.54) | CHECK PAID | | Expense Reimbursement |
| 10/12/2017 | The Car Park | 2798 | ($2,920.00) | CHECK PAID | | Parking |
| 10/12/2017 | Westar Energy      We | | ($97.06) | PREAUTHORIZED ACH DEBIT | Ach | Westar Energy     Westar      171012 |
| 10/12/2017 | House of Schwan, FI | | ($166.62) | PREAUTHORIZED ACH DEBIT | Ach | House of Schwan, FINTECHEFT      171012    81-4800974 |
| 10/12/2017 | Westar Energy      We | | ($1,171.97) | PREAUTHORIZED ACH DEBIT | Ach | Westar Energy     Westar      171012 |
| 10/12/2017 | AMEX EPAYMENT       AC | | ($5,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171012    COP000003517247 |
| 10/13/2017 | | 0 | ($3,200.00) | OUTGOING WIRE BeB | | 20171013003035266  SHAUNA EDWARDS |
| 10/13/2017 | | 0 | ($5,000.00) | OUTGOING WIRE BeB | | 20171013019899  JOHN MILLER     10.15.17 |
| 10/13/2017 | | 0 | ($7,515.63) | OUTGOING WIRE BeB | | 20171013019813  CARNEGIE LANE HEAL10.15.17 |
| 10/13/2017 | Westar Energy      We | | ($58.70) | PREAUTHORIZED ACH DEBIT | Ach | Westar Energy     Westar      171013 |
| 10/16/2017 | AMEX EPAYMENT       AC | | ($5,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171016    COP000003519440 |
| 10/17/2017 | Corporate Caterers | 2803 | ($8,578.50) | CHECK PAID | | Food |
| 10/17/2017 | Merrill Corporation | 2806 | ($9,761.84) | CHECK PAID | | Data Management |
| 10/17/2017 | | 0 | ($13,650.00) | OUTGOING WIRE BeB INTERNATIONAL | | 20171017015910  FIVE MEDIA MARKETISWITZERLAND      VAT#CY10158772Y |
| 10/18/2017 | Carbon Media | 2802 | ($707.62) | CHECK PAID | | Publisher Payment |
| 10/18/2017 | Delta Dental of KS | 2805 | ($4,417.03) | CHECK PAID | | Dental |
| 10/18/2017 | Snack Express | 2807 | ($320.00) | CHECK PAID | | Food |
| 10/18/2017 | Verisign | 2808 | ($3,670.00) | CHECK PAID | | DNS |
| 10/18/2017 | XML Team Solutions LLC | 2809 | ($7,812.50) | CHECK PAID | | Data License |
| 10/18/2017 | Westar Energy      We | | ($36.88) | PREAUTHORIZED ACH DEBIT | Ach | Westar Energy     Westar      171018 |
| 10/18/2017 | Innes Station Ap We | | ($1,030.00) | PREAUTHORIZED ACH DEBIT | Ach | Innes Station Ap  WEB PMTS      171018 |
| 10/18/2017 | Innes Station Ap We | | ($1,135.00) | PREAUTHORIZED ACH DEBIT | Ach | Innes Station Ap  WEB PMTS      171018 |
| 10/18/2017 | AMEX EPAYMENT       AC | | ($5,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171018    COP000003522443 |
| 10/19/2017 | Davis & Gilbert | 2804 | ($145.40) | CHECK PAID | | Legal |
| 10/20/2017 | Black Diamond Solutions | 2801 | ($1,004.25) | CHECK PAID | | IT |
| 10/23/2017 | COX COMM KAN        BA | | ($298.01) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN      BANK DRAFT     171023 |
| 10/30/2017 | | 0 | ($1,625.00) | OUTGOING WIRE BeB | | 20171030003844  CARNEGIE LANE HEAL10.30.17 |
| 10/30/2017 | | 0 | ($2,500.00) | OUTGOING WIRE BeB | | 20171030003330  JOHN MILLER     10.30.17 |
| 10/30/2017 | | 0 | ($3,200.00) | OUTGOING WIRE BeB | | 20171030002837 |
| 10/30/2017 | | 0 | ($11,829.00) | OUTGOING WIRE BeB | | 20171030001455  RSM US LLP     SAN FRANCISCO, CA INVOICE #R 5193554 |
| 10/30/2017 | COX COMM KAN        BA | | ($198.62) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN      BANK DRAFT     171030 |
| 10/30/2017 | AMEX EPAYMENT       AC | | ($8,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171030    COP000003532534 |
| 11/1/2017 | COX COMM KAN        BA | | ($325.42) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN      BANK DRAFT     171101 |
| 11/1/2017 | AMEX EPAYMENT       AC | | ($4,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171101    COP000003535409 |
| 11/2/2017 | IPFS866-412-2561  IP | | ($8,730.27) | PREAUTHORIZED ACH DEBIT | Ach | IPFS866-412-2561  IPFSPMTMOK    171102    696973 |
| 11/3/2017 | Corporate Caterers | 2810 | ($3,493.75) | CHECK PAID | | Food |
| 11/3/2017 | Reverie Roasters | 2812 | ($412.80) | CHECK PAID | | Beverages |
| 11/3/2017 | AMEX EPAYMENT       AC | | ($5,000.00) | PREAUTHORIZED ACH DEBIT | Ach | AMEX EPAYMENT     ACH PMT      171103    COP000003538301 |
| 11/6/2017 | Stuart Bruck | 2814 | ($283.05) | CHECK PAID | | Travel Reimbursement |
| 11/6/2017 | Artour Baganov | 2815 | ($3,677.42) | CHECK PAID | | Travel Reimbursement |
| 11/7/2017 | Mahaska | 2811 | ($1,494.30) | CHECK PAID | | Food |

**Acct #8236**

Attachment to 3. Certain Payments or Transfers within 90 days before filing this case

**EXHIBIT D**

| Post Date | Reference | | Additional Amount | Type | Description | Text |
|---|---|---|---|---|---|---|
| 11/7/2017 | Snack Express | | 2813 ($790.40) | Check | CHECK PAID | Food |
| 11/8/2017 | COX COMM KAN | BA | ($1,014.54) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171108 |
| 11/9/2017 | Wells Fargo | | 2816 ($500.00) | Check | CHECK PAID | Company Transfer |
| 11/10/2017 | CARDMEMBER SERV WE | | ($5,000.00) | Ach | PREAUTHORIZED ACH DEBIT | CARDMEMBER SERV WEB PYMT 171109 |
| 11/13/2017 | Wells Compliance Group | | 2817 ($2,953.72) | Check | CHECK PAID | Travel Reimbursement |
| 11/13/2017 | Artour Baganov | | 2818 ($1,934.54) | Check | CHECK PAID | Travel Reimbursement |
| 11/13/2017 | Westar Energy | We | ($69.90) | Ach | PREAUTHORIZED ACH DEBIT | Westar Energy Westar 171113 |
| 11/13/2017 | Westar Energy | We | ($559.50) | Ach | PREAUTHORIZED ACH DEBIT | Westar Energy Westar 171113 |
| 11/13/2017 | AMEX EPAYMENT | AC | ($5,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171113 COP000003545210 |
| 11/15/2017 | AMEX EPAYMENT | AC | ($5,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171115 COP000003549376 |
| 11/16/2017 | | 0 | ($4,987.48) | | OUTGOING WIRE BeB | 20171116037506 JOHN MILLER |
| 11/17/2017 | | 0 | ($20,000.00) | | OUTGOING WIRE BeB | 201711170043289 STORY CORP CONSULT |
| 11/20/2017 | Salvador Acosta | | 2787 ($27.84) | Check | CHECK PAID | Repairs |
| 11/20/2017 | | 0 | ($40,000.00) | | OUTGOING WIRE BeB | 20171200017181 ARTOUR BAGANOV |
| 11/21/2017 | Innes Station Ap WE | | ($1,030.00) | Ach | PREAUTHORIZED ACH DEBIT | Innes Station Ap WEB PMTS 171121 |
| 11/21/2017 | Innes Station Ap WE | | ($1,135.00) | Ach | PREAUTHORIZED ACH DEBIT | Innes Station Ap WEB PMTS 171121 |
| 11/22/2017 | AMEX EPAYMENT | AC | ($6,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171122 COP000003565098 |
| 11/24/2017 | Artour Baganov | | 2820 ($4,820.30) | Check | CHECK PAID | Travel Reimbursement |
| 11/24/2017 | SNT MEDIA INC | AC | ($1,795.63) | Ach | PREAUTHORIZED ACH DEBIT | SNT MEDIA INC ACH 171124 |
| 11/24/2017 | COX COMM KAN | BA | ($297.98) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171124 |
| 11/24/2017 | AMEX EPAYMENT | AC | ($5,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171124 COP000003566945 |
| 11/28/2017 | Corporate Caterers | | 2819 ($3,354.00) | Check | CHECK PAID | Food |
| 11/29/2017 | COX COMM KAN | BA | ($198.39) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171129 |
| 11/30/2017 | | 0 | ($1,255.00) | | OUTGOING WIRE BeB | 20171300052503 SHAUNA EDWARDS |
| 12/1/2017 | Artour Baganov | | 2822 ($2,946.44) | Check | CHECK PAID | Travel Reimbursement |
| 12/1/2017 | | 0 | ($5,000.00) | | OUTGOING WIRE BeB | 201712010046280 AVI SEABAR AND CHO |
| 12/1/2017 | | 0 | ($17,524.01) | | OUTGOING WIRE BeB | 201712010032321 STORYCORP CONSULT...ENCINO, CA 91367 INVOICE #72 AND #7 |
| 12/1/2017 | | 0 | ($40,000.00) | | OUTGOING WIRE BeB | 201712010032322 ARTOUR BAGANOV DECEMBER FEES |
| 12/4/2017 | | 0 | ($5,750.00) | | OUTGOING WIRE BeB | 20171204024985 JOHN MILLER |
| 12/4/2017 | COX COMM KAN | BA | ($99.43) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171204 |
| 12/4/2017 | AMEX EPAYMENT | AC | ($5,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171204 COP000003564700 |
| 12/4/2017 | IPS5866-412-2561 | IP | ($8,730.27) | Ach | PREAUTHORIZED ACH DEBIT | IPS5866-412-2561 IPFSPMTMOK 171204 696973 |
| 12/8/2017 | Artour Baganov | | 2823 ($1,778.94) | Check | CHECK PAID | Travel Reimbursement |
| 12/8/2017 | | 0 | ($8,842.87) | | OUTGOING WIRE BeB | 201712080045069 DELTA DENTAL OF KASEPTEMBER AND OCTO |
| 12/11/2017 | COX COMM KAN | BA | ($1,014.51) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171211 |
| 12/13/2017 | | 0 | ($4,354.28) | | OUTGOING WIRE BeB | 20171213019327 DELTA DENTAL OF KANOVEMBER INVOICE |
| 12/14/2017 | | 0 | ($3,069.94) | | OUTGOING WIRE BeB | 20171214009897 DELTA DENTAL OF KADECEMBER INVOICE |
| 12/14/2017 | Westar Energy | We | ($93.79) | Ach | PREAUTHORIZED ACH DEBIT | Westar Energy Westar 171214 |
| 12/14/2017 | Westar Energy | We | ($319.88) | Ach | PREAUTHORIZED ACH DEBIT | Westar Energy Westar 171214 |
| 12/14/2017 | AMEX EPAYMENT | AC | ($6,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171214 COP000003576606 |
| 12/15/2017 | Artour Baganov | | 2824 ($905.59) | Check | CHECK PAID | Travel Reimbursement |
| 12/15/2017 | | 0 | ($3,000.00) | | OUTGOING WIRE BeB | 201712150034457 PATENT PORTFOLIO B |
| 12/15/2017 | | 0 | ($3,750.00) | | OUTGOING WIRE BeB | 201712150035983 JOHN MILLER 12.15.17 |
| 12/15/2017 | AMEX EPAYMENT | AC | ($2,500.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171215 COP000003577879 |
| 12/18/2017 | AMEX EPAYMENT | AC | ($500.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171218 COP000003579366 |
| 12/20/2017 | AMEX EPAYMENT | AC | ($4,000.00) | Ach | PREAUTHORIZED ACH DEBIT | AMEX EPAYMENT ACH PMT 171220 COP000003582259 |
| 12/26/2017 | COX COMM KAN | BA | ($298.00) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171226 |
| 12/29/2017 | COX COMM KAN | BA | ($198.41) | Ach | PREAUTHORIZED ACH DEBIT | COX COMM KAN BANK DRAFT 171229 |

Attachment to 3. Certain Payments or Transfers within 90 days before filing this case

Acct #8236

| Post Date | Reference | Additional Amount | Description | Type | Text |
|---|---|---|---|---|---|
| 1/3/2018 | | 0 | ($3,750.00) OUTGOING WIRE BeB | | 20180103002120  JOHN MILLER |
| 1/3/2018 | IPFS866-412-2561  IP | | ($8,730.27) PREAUTHORIZED ACH DEBIT | Ach | IPFS866-412-2561 IPFSPMTMOK    180103    696973 |
| 1/8/2018 | COX COMM KAN    BA | | ($909.62) PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT    180108 |
| 1/8/2018 | FAST PAY PARTNER 01 | | ($10,000.00) PREAUTHORIZED ACH DEBIT | Ach | FAST PAY PARTNER 010518 PUL    180108    SNTI |
| 1/8/2018 | FAST PAY PARTNER 01 | | ($25,000.00) PREAUTHORIZED ACH DEBIT | Ach | FAST PAY PARTNER 010518 PUL    180108    SNTI |
| 1/8/2018 | FAST PAY PARTNER 01 | | ($50,000.00) PREAUTHORIZED ACH DEBIT | Ach | FAST PAY PARTNER 010518 PUL    180108    SNTI |
| 1/12/2018 | | 0 | ($3,750.00) OUTGOING WIRE BeB | | 20180112001176  JOHN MILLER |
| 1/16/2018 | | 2.52E+14 | ($370.68) UNIVERSAL DEBIT | Withdrawal | CAD CK FROM    THOMSON REUTERS  CAD1717.64 @    0.784183; DEBIT  FOR EXCH |
| 1/17/2018 | | 0 | ($14,680.00) OUTGOING WIRE BeB | | 20180170002132  VERISIGN    INVOICE #110021810 |
| 1/17/2018 | | 0 | ($50,000.00) OUTGOING WIRE BeB | | 20180170045311  MORRIS, LAING, EVAWICHITA, KS 67202 RETAINER |
| 1/19/2018 | De eCorp Tax    E- | | ($225.00) PREAUTHORIZED ACH DEBIT | Ach | De eCorp Tax  E-CHECK    180119    0441299988 |
| 1/24/2018 | COX COMM KAN    BA | | ($299.36) PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT    180124 |
| 1/24/2018 | | 0 | ($29,769.21) OUTGOING WIRE BeB | | 20180124016471  CIGNA    ATTN CLAIMS HOLD |
| 1/25/2018 | | 0 | ($3,670.00) OUTGOING WIRE BeB | | 20180125035475  VERISIGN    INVOICE #110022274 |
| 1/29/2018 | COX COMM KAN    BA | | ($199.47) PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT    180129 |
| 1/29/2018 | | 0 | ($768.00) OUTGOING WIRE BeB | | 20180129020406  TERACAI    SYRACUSE, NY 13221QUOTE #40072309 |
| 1/31/2018 | | 0 | ($400.00) OUTGOING WIRE BeB | | 20180131010018667  SHAUNA EDWARDS |
| 2/2/2018 | IPFS866-412-2561  IP | | ($8,730.27) PREAUTHORIZED ACH DEBIT | Ach | IPFS866-412-2561 IPFSPMTMOK    180202    696973 |

**Acct # 9178**

| Post Date | Reference | Additional Amount | Description | Type | Text |
|---|---|---|---|---|---|
| 10/4/2017 | DISCOVERY BENEFI CL | ($451.80) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI CLAIM FUND 171004 2694681480 0974 |
| 10/6/2017 | DISCOVERY BENEFI CL | ($260.00) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI CLAIM FUND 171006 2694681480 0974 |
| 10/13/2017 | PAYLOCITY CORPOR TA | ($84,611.02) | PREAUTHORIZED ACH DEBIT | Ach | PAYLOCITY CORPOR TAX COL 171013 |
| 10/13/2017 | 34600 SNT MEDIA BI | ($225.10) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA BILLING 171013 34600 |
| 10/13/2017 | 34600 SNT MEDIA TR | ($1,330.34) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171013 34600 |
| 10/13/2017 | 34600 SNT MEDIA TR | ($4,205.92) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171013 34600 |
| 10/13/2017 | 34600 SNT MEDIA DI | ($179,201.13) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA DIR DEP 171013 34600 |
| 10/16/2017 | DISCOVERY BENEFI PL | ($2,132.04) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171016 17286809E1525 |
| 10/16/2017 | DISCOVERY BENEFI PL | ($3,757.50) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171016 1728656EFE9F0 |
| 10/18/2017 | GREAT-WEST TRUST PA | ($4,810.21) | PREAUTHORIZED ACH DEBIT | Ach | GREAT-WEST TRUST PAYMENTS 171018 380013235732 |
| 10/20/2017 | CIGNA EDGE TRANS CO | ($40,699.84) | PREAUTHORIZED ACH DEBIT | Ach | CIGNA EDGE TRANS COLLECTION 171020 602800111892 |
| 10/23/2017 | BANCORPSV BA | ($4.20) | PREAUTHORIZED ACH DEBIT | Ach | BANCORPSV BANCORPSV WH-DISCOVERY BENEFITS-99994-SETTLE PURCHASE |
| 10/25/2017 | DISCOVERY BENEFI DB | ($243.00) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI DBI Admin 171025 |
| 10/27/2017 | PAYLOCITY CORPOR TA | ($70,138.05) | PREAUTHORIZED ACH DEBIT | Ach | PAYLOCITY CORPOR TAX COL 171027 |
| 10/27/2017 | 34600 SNT MEDIA TR | ($1,330.34) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171027 34600 |
| 10/27/2017 | 34600 SNT MEDIA TR | ($1,776.45) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171027 34600 |
| 10/27/2017 | 34600 SNT MEDIA DI | ($159,166.22) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA DIR DEP 171027 34600 |
| 10/30/2017 | 34600 SNT MEDIA BI | ($1,007.90) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA BILLING 171030 34600 |
| 10/31/2017 | DISCOVERY BENEFI CL | ($260.00) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI CLAIM FUND 171031 2694681480 0974 |
| 10/31/2017 | DISCOVERY BENEFI PL | ($2,132.04) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171031 17303B86C79C8 |
| 10/31/2017 | DISCOVERY BENEFI PL | ($3,590.50) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171031 17303922D8285 |
| 11/6/2017 | GREAT-WEST TRUST PA | ($3,693.03) | PREAUTHORIZED ACH DEBIT | Ach | GREAT-WEST TRUST PAYMENTS 171106 705142437244 |
| 11/8/2017 | DISCOVERY BENEFI CL | ($264.60) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI CLAIM FUND 171108 2694681480 0974 |
| 11/15/2017 | PAYLOCITY CORPOR TA | ($60,470.41) | PREAUTHORIZED ACH DEBIT | Ach | PAYLOCITY CORPOR TAX COL 171115 |
| 11/15/2017 | 34600 SNT MEDIA TR | ($130,696.22) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA DIR DEP 171115 34600 |
| 11/15/2017 | 34600 SNT MEDIA BI | ($189.40) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA BILLING 171115 34600 |
| 11/15/2017 | 34600 SNT MEDIA TR | ($1,776.45) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171115 34600 |
| 11/15/2017 | 34600 SNT MEDIA TR | ($1,330.34) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171115 34600 |
| 11/16/2017 | DISCOVERY BENEFI PL | ($1,873.87) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171116 17319134CD7C |
| 11/16/2017 | BAMBOOHR HRIS 86 | ($2,239.90) | PREAUTHORIZED ACH DEBIT | Ach | BAMBOOHR HRIS 8663879595 171116 |
| 11/16/2017 | DISCOVERY BENEFI PL | ($3,006.00) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171116 171978C1DA87 |
| 11/21/2017 | GREAT-WEST TRUST PA | ($3,303.44) | PREAUTHORIZED ACH DEBIT | Ach | GREAT-WEST TRUST PAYMENTS 171121 540012147580 |
| 11/21/2017 | CIGNA EDGE TRANS CO | ($40,792.65) | PREAUTHORIZED ACH DEBIT | Ach | CIGNA EDGE TRANS COLLECTION 171121 60100078775 |
| 11/27/2017 | DISCOVERY BENEFI DB | ($245.25) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI DBI Admin 171127 |
| 11/29/2017 | 34600 SNT MEDIA TR | ($377.84) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171129 34600 |
| 11/29/2017 | 34600 SNT MEDIA TR | ($1,776.45) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171129 34600 |
| 11/29/2017 | PAYLOCITY CORPOR TA | ($47,938.65) | PREAUTHORIZED ACH DEBIT | Ach | PAYLOCITY CORPOR TAX COL 171129 |
| 11/29/2017 | 34600 SNT MEDIA DI | ($105,003.84) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA DIR DEP 171129 34600 |
| 11/30/2017 | 34600 SNT MEDIA BI | ($844.20) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA BILLING 171130 34600 |
| 12/1/2017 | DISCOVERY BENEFI PL | ($1,798.74) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171201 17334F615DF32 |
| 12/1/2017 | DISCOVERY BENEFI PL | ($2,672.00) | PREAUTHORIZED ACH DEBIT | Ach | DISCOVERY BENEFI PLAN FUND 171201 17334E4D637F6 |
| 12/15/2017 | 34600 SNT MEDIA TR | ($377.84) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171215 34600 |
| 12/15/2017 | 34600 SNT MEDIA TR | ($1,776.45) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA TRUST 171215 34600 |
| 12/15/2017 | 34600 SNT MEDIA BI | ($529.20) | PREAUTHORIZED ACH DEBIT | Ach | 34600 SNT MEDIA BILLING 171215 34600 |
| 12/15/2017 | PAYLOCITY CORPOR TA | ($56,411.75) | PREAUTHORIZED ACH DEBIT | Ach | PAYLOCITY CORPOR TAX COL 171215 |

**Acct # 9178**

| Post Date | Reference | Type | Description | Additional Amount | Text |
|---|---|---|---|---|---|
| 12/15/2017 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($118,903.59) | 34600 SNT MEDIA DIR DEP 171215 34600 |
| 12/18/2017 | BAMBOOHR HRIS 86 | Ach | PREAUTHORIZED ACH DEBIT | ($468.78) | BAMBOOHR HRIS 8663879595 171218 |
| 12/18/2017 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,784.78) | DISCOVERY BENEFI PLAN FUND 171218 17349837O143 |
| 12/18/2017 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($2,588.50) | DISCOVERY BENEFI PLAN FUND 171218 17349CO2E67EA |
| 12/19/2017 | PAYLOCITY CORPOR TA | Ach | PREAUTHORIZED ACH DEBIT | ($153.00) | PAYLOCITY CORPOR TAX COL 171219 |
| 12/19/2017 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($923.50) | 34600 SNT MEDIA DIR DEP 171219 34600 |
| 12/19/2017 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($335.10) | 34600 SNT MEDIA BILLING 171219 34600 |
| 12/20/2017 | GREAT-WEST TRUST PA | Ach | PREAUTHORIZED ACH DEBIT | ($1,969.06) | GREAT-WEST TRUST PAYMENTS 171220 707708904027 |
| 12/20/2017 | GREAT-WEST TRUST PA | Ach | PREAUTHORIZED ACH DEBIT | ($3,323.83) | GREAT-WEST TRUST PAYMENTS 171220 707708904026 |
| 12/20/2017 | CIGNA EDGE TRANS CO | Ach | PREAUTHORIZED ACH DEBIT | ($29,769.21) | CIGNA EDGE TRANS COLLECTION 171220 601400091549 |
| 12/26/2017 | DISCOVERY BENEFI DB | Ach | PREAUTHORIZED ACH DEBIT | ($240.75) | DISCOVERY BENEFI DBI Admin 171226 |
| 12/26/2017 | DISCOVERY BENEFI CL | Ach | PREAUTHORIZED ACH DEBIT | ($1,020.07) | DISCOVERY BENEFI CLAIM FUND 171226 2694681480O974 |
| 12/29/2017 | 34600 SNT MEDIA BI | Ach | PREAUTHORIZED ACH DEBIT | ($155.70) | 34600 SNT MEDIA BILLING 171229 34600 |
| 12/29/2017 | 34600 SNT MEDIA TR | Ach | PREAUTHORIZED ACH DEBIT | ($377.84) | 34600 SNT MEDIA TRUST 171229 34600 |
| 12/29/2017 | 34600 SNT MEDIA TR | Ach | PREAUTHORIZED ACH DEBIT | ($1,776.49) | 34600 SNT MEDIA TRUST 171229 34600 |
| 12/29/2017 | PAYLOCITY CORPOR TA | Ach | PREAUTHORIZED ACH DEBIT | ($40,289.11) | PAYLOCITY CORPOR TAX COL 171229 |
| 12/29/2017 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($82,318.97) | 34600 SNT MEDIA DIR DEP 171229 34600 |
| 1/2/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,488.23) | DISCOVERY BENEFI PLAN FUND 180102 173633887CCAA |
| 1/2/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($2,588.50) | DISCOVERY BENEFI PLAN FUND 180102 173631C3418CA |
| 1/4/2018 | GREAT-WEST TRUST PA | Ach | PREAUTHORIZED ACH DEBIT | ($1,708.13) | GREAT-WEST TRUST PAYMENTS 180104 |
| 1/12/2018 | BANCORPSV BA | Ach | PREAUTHORIZED ACH DEBIT | ($4.20) | BANCORPSV BANCORPSV 180112 WH-DISCOVERY BENEFITS-99994-SETTLE PURCHASE |
| 1/12/2018 | PAYLOCITY CORPOR TA | Ach | PREAUTHORIZED ACH DEBIT | ($49,276.69) | PAYLOCITY CORPOR TAX COL 180112 |
| 1/12/2018 | 34600 SNT MEDIA TR | Ach | PREAUTHORIZED ACH DEBIT | ($377.84) | 34600 SNT MEDIA TRUST 180112 34600 |
| 1/12/2018 | 34600 SNT MEDIA BI | Ach | PREAUTHORIZED ACH DEBIT | ($391.60) | 34600 SNT MEDIA BILLING 180112 34600 |
| 1/12/2018 | 34600 SNT MEDIA TR | Ach | PREAUTHORIZED ACH DEBIT | ($1,772.50) | 34600 SNT MEDIA TRUST 180112 34600 |
| 1/12/2018 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($80,983.53) | 34600 SNT MEDIA DIR DEP 180112 34600 |
| 1/16/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,000.24) | DISCOVERY BENEFI PLAN FUND 180116 18125O6E8483 |
| 1/16/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,920.50) | DISCOVERY BENEFI PLAN FUND 180116 18120F04F69B |
| 1/16/2018 | BAMBOOHR HRIS 86 | Ach | PREAUTHORIZED ACH DEBIT | ($420.70) | BAMBOOHR HRIS 8663879595 180116 |
| 1/18/2018 | GREAT-WEST TRUST PA | Ach | PREAUTHORIZED ACH DEBIT | ($2,808.13) | GREAT-WEST TRUST PAYMENTS 180118 708875825942 |
| 1/22/2018 | PAYLOCITY CORPOR TA | Ach | PREAUTHORIZED ACH DEBIT | ($11.52) | PAYLOCITY CORPOR TAX COL 180122 |
| 1/25/2018 | DISCOVERY BENEFI DB | Ach | PREAUTHORIZED ACH DEBIT | ($218.25) | DISCOVERY BENEFI DBI Admin 180125 |
| 1/30/2018 | 34600 SNT MEDIA TR | Ach | PREAUTHORIZED ACH DEBIT | ($377.84) | 34600 SNT MEDIA TRUST 180130 34600 |
| 1/30/2018 | 34600 SNT MEDIA BI | Ach | PREAUTHORIZED ACH DEBIT | ($1,837.05) | 34600 SNT MEDIA TRUST 180130 34600 |
| 1/30/2018 | 34600 SNT MEDIA BI | Ach | PREAUTHORIZED ACH DEBIT | ($511.50) | 34600 SNT MEDIA BILLING 180130 34600 |
| 1/30/2018 | PAYLOCITY CORPOR TA | Ach | PREAUTHORIZED ACH DEBIT | ($44,535.28) | PAYLOCITY CORPOR TAX COL 180130 |
| 1/30/2018 | 34600 SNT MEDIA DI | Ach | PREAUTHORIZED ACH DEBIT | ($86,848.37) | 34600 SNT MEDIA DIR DEP 180130 34600 |
| 1/31/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,000.24) | DISCOVERY BENEFI PLAN FUND 180131 18307489Y9C7 |
| 1/31/2018 | DISCOVERY BENEFI PL | Ach | PREAUTHORIZED ACH DEBIT | ($1,920.50) | DISCOVERY BENEFI PLAN FUND 180131 18309E115EBC |
| 2/12/2018 13:39 | GREAT-WEST TRUST PA | Ach | PREAUTHORIZED ACH DEBIT | ($2,808.13) | GREAT-WEST TRUST PAYMENTS 180212 70164364296 |

**Acct # 1211**

| Post Date | Reference | Additional Amount | Description | Type | Text |
|---|---|---|---|---|---|
| 10/18/2017 | COX COMM KAN      BA | ($393.95) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT     171018 |
| 10/31/2017 | IRS               US | ($342.00) | PREAUTHORIZED ACH DEBIT | Ach | IRS            USATAXPYMT    171031   27077047184975 |
| 11/1/2017 | CARDMEMBER SERV    WE | ($438.00) | PREAUTHORIZED ACH DEBIT | Ach | CARDMEMBER SERV   WEB PYMT    171101 |
| 11/1/2017 | THE GUARDIAN      NO | ($4,304.88) | PREAUTHORIZED ACH DEBIT | Ach | THE GUARDIAN    NOV GP INS    171101 |
| 11/20/2017 | COX COMM KAN      BA | ($393.95) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT     171120 |
| 12/1/2017 | CARDMEMBER SERV    WE | ($588.00) | PREAUTHORIZED ACH DEBIT | Ach | CARDMEMBER SERV   WEB PYMT    171201 |
| 12/1/2017 | THE GUARDIAN      DE | ($2,649.94) | PREAUTHORIZED ACH DEBIT | Ach | THE GUARDIAN    DEC GP INS    171201 |
| 12/18/2017 | COX COMM KAN      BA | ($393.95) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT     171218 |
| 1/2/2018 | CARDMEMBER SERV    WE | ($461.00) | PREAUTHORIZED ACH DEBIT | Ach | CARDMEMBER SERV   WEB PYMT    180102 |
| 1/18/2018 | COX COMM KAN      BA | ($414.76) | PREAUTHORIZED ACH DEBIT | Ach | COX COMM KAN    BANK DRAFT     180118 |
| 2/1/2018 | CARDMEMBER SERV    WE | ($468.00) | PREAUTHORIZED ACH DEBIT | Ach | CARDMEMBER SERV   WEB PYMT    180201 |

**Acct # 5212**

11/20/2017  (250,000.00) *    WT FED#05788 E TRADE BANK /FTR/BNF=artour baganov SRF# 0067061324110616 TRN#1711201149867 RFB#

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **U.S. Protective Service, LLC v. SNT Media, Inc.**<br>**2017-CV-002501-CO** | **Collection on contract** | **Sedgwick County District Court Civil Dpt**<br>**1110 Courthouse**<br>**525 N. Main Street**<br>**Wichita, KS 67203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Guardian News & Media, LLC, a Delaware Limited Liability Company v. Social networking Technology, Inc., d/b/a SNT Media, a Nevada Corporation**<br>**2017-CV-002877-CP** | **Collection of commercial debt** | **Sedgwick County District Court Civil Dpt**<br>**1110 Courthouse**<br>**525 N. Main St**<br>**Wichita, KS 67203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **SP SNT Holdings, LLC and Kevin Wager v. Social Networking Technology, Inc., Stuart Bruck, David M. McNamee, Kevin Owens, Massimo Messina, and Sharon Amezcua**<br>**2:17-cv-02712-JWL-JPO** | **Securities/Commodities/Exchange, Securities violation** | **US District Court for District of Kansas**<br>**500 State Ave.**<br>**Kansas City, KS 66101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Morris, Laing, Evans, Brock & Kennedy**<br>**300 N. Mead St., Ste 200**<br>**Wichita, KS 67202** | | **01/16/2018** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Morris, Laing, Evans, Brock & Kennedy**<br>**300 N. Mead St., Ste 200**<br>**Wichita, KS 67202** | | **02/09/2018** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**John Sifonis** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Artour Baganov**<br>**922 32 Ave S**<br>**Seattle, WA 98144** | **Signing bonus** | **11/20/17** | **$250,000.00** |
| | Relationship to debtor<br>**Independent contractor** | | | |
| 13.2. | **Artour Baganov**<br>**922 32 Ave S**<br>**Seattle, WA 98144** | **Compensation** | **11/20/17** | **$40,000.00** |
| | Relationship to debtor<br>**Independent contractor** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | **Artour Baganov**<br>**922 32 Ave S**<br>**Seattle, WA 98144** | **Compensation** | **12/01/17** | **$40,000.00** |
| | Relationship to debtor<br>**Independent contractor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2400 Bridgeway**<br>**Sausalito, CA 94965** | **2011-2015** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| | | | | |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Crossfirst Bank** P.O. Box 27107 Overland Park, KS 66225 | **XXXX-2050** | ☐ Checking ☐ Savings ■ Money Market ☐ Brokerage ☐ Other___ | 01/30/18 | $0.00 |
| 18.2. | **Crossfirst Bank** P.O. Box 27107 Overland Park, KS 66225-7107 | **XXXX-8128** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 01/30/18 | $0.00 |
| 18.3. | **Crossfirst Bank** P.O. Box 27107 Overland Park, KS 66225-7107 | **XXXX-9178** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | $0.00 |
| 18.4. | **Wells Fargo Business Choice Checking** P.O. Box 6995 Portland, OR 97228-6995 | **XXXX-5212** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 01/14/18 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 6

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **SNT Media, Inc.** | | **EIN:**  **81-4800974**<br><br>**From-To**  **See attached EXHIBIT E** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

**EXHIBIT E**


SNT Media, Inc. ("Media") was formed in Delaware on December 22, 2016 as the wholly owned subsidiary of Social Networking Technology, Inc. ("SNT").  SNT transferred certain assets to Media, and thereafter business was continued using both companies.  Media was dissolved on January 16, 2018, thereby effecting a merger of Media back into SNT. All assets and debts of Media are scheduled in this case.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Case 18-10177    Doc# 1    Filed 02/12/18    Page 93 of 97

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 12, 2018**

**/s/ Becky Herington**                                              **Becky Herington**
Signature of individual signing on behalf of the debtor             Printed name

Position or relationship to debtor     **Vice President of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Kansas

In re **Social Networking Technology, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .................................................... $ _____

Prior to the filing of this statement I have received ................................... $ _____

Balance Due .................................................................................................... $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ........ $       **55,000.00**

The undersigned shall bill against the retainer at an hourly rate of ........... $ _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

**See Exhibit F**

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):     **See EXHIBIT F**

3.  The source of compensation to be paid to me is:

    ☐ Debtor     ☑ Other (specify):     **See EXHIBIT F**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 12, 2018**
Date

/s/ **William B. Sorensen, Jr.**
**William B. Sorensen, Jr. 10010**
*Signature of Attorney*
**Morris, Laing, Evans, Brock & Kennedy, Chtd.**
**300 N. Mead, Ste. 200**
**Wichita, KS 67202-2745**

*Name of law firm*

---

**EXHIBIT F**

Morris, Laing, Evans, Brock & Kennedy, Chtd. ("Morris Laing") was engaged on December 26, 2017 to prepare and file a Chapter 11 case for Social Networking Technology, Inc. ("SNT"). The engagement was confirmed in writing on December 28, 2017, with a required retainer of $100,000.00, and fees charged at the firm's standard hourly billing rates. Morris Laing was paid $50,000.00 on January 16, 2018, which was accepted on condition the other one-half of the required retainer would be paid prior to filing of the Chapter 11 case. During late December, 2017, and through January, 2018, Morris Laing assisted SNT in preparing to file a Chapter 11 reorganization case, which was to include a post-petition credit facility and a prompt effort to sell SNT's business with a stalking horse bid and competitive bidding through approved bid procedures. The proposed post-petition financing did not become available, the company closed its doors on February 5, 2018, and subsequently SNT's board of directors passed resolutions authorizing the filing of this Chapter 7 case. Morris Laing fees through filing of this Chapter 7 case exceeded the received retainer; these fees were billed and paid prior to filing of this Chapter 7 case.

On February 9, 2018, John Sifonis paid a retainer of $5,000.00 to Morris Laing to cover post-petition fees and expenses of Morris Laing related to the Chapter 7 case. This retainer constitutes third party funds, and is not property of SNT.

# United States Bankruptcy Court
## District of Kansas

In re   **Social Networking Technology, Inc.** _____    Case No. _____

                                                   Debtor(s)                    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Social Networking Technology, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2018** _____                    /s/ **William B. Sorensen, Jr.** _____
Date                                                             **William B. Sorensen, Jr. 10010**
                                                                 Signature of Attorney or Litigant
                                                                 Counsel for   **Social Networking Technology, Inc.** _____
                                                                 **Morris, Laing, Evans, Brock & Kennedy, Chtd.**
                                                                 **300 N. Mead, Ste. 200**
                                                                 **Wichita, KS 67202-2745**