Debtor **Social Networking Technology, Inc**
Name

EIN **45-2250871**

United States Bankruptcy Court **District of Kansas**

Date case filed for chapter **7  2/12/18**

Date Notice Issued: **2/13/18**

Case Number / Presiding Judge: **18-10177 / Robert E. Nugent**

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 04/16

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Social Networking Technology, Inc | |
| 2. **All other names used in the last 8 years** | dba SNT Media, Inc | |
| 3. **Address** | 110 S Main<br>Suite 1000<br>Wichita, KS 67202 | |
| 4. **Debtor's attorney**<br>Name and address | William B. Sorensen Jr.<br>Morris Laing Evans Brock And Kennedy<br>Old Town Square<br>300 N Mead Suite 200<br>Wichita, KS 67202-2722 | Contact phone (316) 262-2671 |
| 5. **Bankruptcy trustee**<br>Name and address | Darcy D Williamson<br>Williamson Law Office<br>510 SW 10th Avenue<br>Topeka, KS 66612<br><br>The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court. | Contact phone 785-233-9908 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | March 19, 2018 at 01:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non-lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:<br><br>**US Courthouse, 401 North Market Room B-56, Wichita, KS 67202** |
| 7. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

Case 18-10177   Doc# 6   Filed 02/15/18   Page 1 of 9

For more information, see page 2 >

Debtor **Social Networking Technology, Inc** Case number **18–10177**

| | | | | |
|---|---|---|---|---|
| 8. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 167 US Courthouse<br>401 North Market<br>Wichita, KS 67202 | Office Hours<br>Contact phone | 9:00 AM – 4:00 PM<br>Monday – Friday<br>(316) 315–4110 |
| 9. | **Deadlines** | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meetings of creditors unless otherwise ordered. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 11. | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by §554 without further service on creditors or interested parties.If a creditor or party in interest timely objects to the abandonment of any property [deadline set on page 1 of this Notice], the Court will schedule a hearing regarding the property that is the subject of the objection. | | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                                 Case No. 18-10177-REN
Social Networking Technology, Inc                                      Chapter 7
       Debtor                   CERTIFICATE OF NOTICE
District/off: 1083-6           User: kim                    Page 1 of 6                    Date Rcvd: Feb 13, 2018
                               Form ID: 309C                Total Noticed: 308


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db            +Social Networking Technology, Inc,    110 S Main,    Suite 1000,    Wichita, KS 67202-3778
8909529       +120 S Main LLC,    Yolanda Porter,    Weigand-Omega Management, Inc.,    333 S Broadway, #105,
                Wichita KS 67202-4325
8909530       +1WorldOnline,    4340 Stevens Crek Blvd #250,    San Jose CA 95129-1164
8909531       +2000 Marowitz Family Rev Trust,    1058 First Street,    Manhattan Beach CA 90266-6751
8909534       +AIM Media Texas,    1400 E. Nolana Loop,    McAllen TX 78504-6111
8909533       +Access to Media,    Liz Jusko,    432 Front St,    Chicopee MA 01013-3161
8909532       +Access to Media,    Attn: Jill Scavotto,    432 Front Street,    Chicopee MA 01013-3161
8909536       +Akerman LLP,    Attn: Jorge A. Lopez,    Three Brickell City Centre,
                98 Southeast 7th St., Ste 1100,    Miami FL 33131-3525
8909535       +Akerman LLP,    PO Box 4906,    Orlando FL 32802-4906
8909537       +Alex Osborne,    1951 S. Martinson,    Wichita KS 67213-3545
8909538      #+Ali A. Kani,    13610 Red Squirrel Way,    Herndon VA 20171-4380
8909539       +All Access,    24955 Pacific Coast Highway,    #C303,    Malibu CA 90265-4730
8909541       +Altus GTS Inc.,    2400 Veterans Memorial Blvd.,    Ste. 300,    Kenner LA 70062-8725
8909540       +Altus GTS Inc.,    re Comcast Spotlight HQ,    2400 Veterans Memorial Blvd.,    Ste. 300,
                Kenner LA 70062-8725
8909542        Amazon Web Services,    PO Box 84023,    Seattle WA 98124-8423
8909545       +Andrew Minneci,    12526 E. Central, Apt. 615,    Wichita KS 67206-2825
8909546       +Anisa Daftari,    6595 Old Riverside Dr.,    Atlanta GA 30328-2744
8909547       +Antelope Valley Endocrinology,    Defined Benefit Pension Plan,    43723 20th St. West,
                Suite 204,    Lancaster CA 93534-4784
8909548       +Anthony Marotta,    74 Commonwealth Ave,    Massapequa NY 11758-4138
8909549        AppNexus, Inc.,    Dept CH 19467,    Palatine IL 60055-9467
8909550       +Artour Baganov,    922 32 Ave S,    Seattle WA 98144-3243
8909551       +Ashiq V. Patel MD,    26454 Mac Millian Ranch Rd.,    Canyon Country CA 91387-4033
8909552       +Austin Powers LLC,    Steve Austin,    1909 E. Central Ave.,    Wichita KS 67214-4304
8909553       +Austin Witherspoon,    1017 Coolidge,    Wichita KS 67203-3020
8909554       +Avelina Munoz,    1377 Rose Ave,    Venice CA 90291-2912
8909557       +Biggs Law Group, L.C.,    Attn: Michael R. Biggs,    3500 North Rock Rd., Bldg 1100,
                Wichita KS 67226-1334
8909558       +Black Diamond Solutions,    954 W Washington Blvd,    Ste 535,    Chicago IL 60607-2209
8909559       +Blauer Himmel, LLC,    Michael R Biggs,    3500 N. Rock Rd. Bldg. 1100,    Wichita KS 67226-1334
8909560       +Blue Cross Blue Shield of KS,    1133 SW Topeka Blvd.,    Topeka KS 66629-0002
8909561       +Brentwood Press,    248 Oak St,    Brentwood CA 94513-1337
8909562       +Brian D. & Sarah E. Zacharias,    111 Atwater Cove,    Austin TX 78737-4581
8909563       +Brian Lugo,    812 Fremont Ave., #205,    South Pasadena CA 91030-6026
8909564       +Brianne Sullivan,    2146 S. Water,    Wichita KS 67213-4921
8909565       +Bruce S. Simon Revocable LV TR,    2876 Woodwardia Drive,    Los Angeles CA 90077-2123
8909566       +Bryce D. Brown,    4505 107th Pl NE,    Marysville WA 98271-8318
8909567       +Bryson G. Butts,    3323 North 124th Court West,    Wichita KS 67223-6900
8909568       +Caleb Banzhaf,    412 N. Jaax Ct.,    Wichita KS 67235-1346
8909569        Call Tower Inc.,    Dept LA 23615,    Pasadena CA 91185-3615
8909570       +Carbon Media,    Outdoor Hub, LLC,    30800 Telegraph Rd,    Suite 4805,    Franklin MI 48025-5731
8909571       +Carol Schoemann,    19130 Spyglass Hill Dr.,    Baton Rouge LA 70809-6725
8909572       +Carriage Crossing,    10002 S Yoder Rd,    P.O. Box 44,    Yoder KS 67585-0044
8909574       +Central Glass & Mirror, Inc.,    1722 East 2nd,    Wichita KS 67214-4288
8909575       +Chad Stafford,    8111 E 32nd St. N, Ste 101,    Wichita KS 67226-2631
8909576       +Chicago Mercantile Exchange In,    Attn: Accounts Receivable,    P.O. Box 73672,
                Chicago IL 60673-7672
8909577       +Christopher O'Neil,    5602 E. Pembrook St.,    Wichita KS 67220-4205
8909578       +Civitas Media,    Attn: Accts Rec. Advertising,    P.O. Box 690,    Miamisburg OH 45343-0690
8909579       +Cody Anderson,    1434 N. Woodland,    Wichita KS 67203-2734
8909580       +Comcast Spotlight,    15595 Collections Center Drive,    BOX 15595,    Chicago IL 60693-0155
8909581       +Comcast Spotlight,    Stephanie Pansini-Nieves,    1701 JFK Blvd.,    36th FL,
                Philadelphia PA 19103-2855
8909583       +Comet,    611 Gateway Blvd,    11th Floor South,    South San Francisco CA 94080-7015
8909582       +Comet,    %Duncan O'Brien,    1 Dag Hammarskjold Plaza,    New York NY 10017-2201
8909584       +Corporate Caterers,    135 N Waco,    Wichita KS 67202-1107
8909585        Cox Media,    P.O. Box 849990,    Dallas TX 75284-9990
8909603      #+DMNmedia/Dallas Morning News,    508 Young St,    Dallas TX 75202-4828
8909587       +Dakhil Family LLC,    1420 N Linden Circle,    Wichita KS 67206-3310
8909588       +Daniel J. Zacharias, TTEE of,    Daniel J. Zacharias Liv Trust,    1154 Granite Ct,
                Merced CA 95340-0675
8909589       +Daniel Vernon,    948 S. Armour St.,    Wichita KS 67207-2703
8909590       +Danielle N. Dabbs,    5430 Senford Ave,    Los Angeles CA 90056-1029
8909591       +David & Hollis W Zacharias,,    Ttees, Zacharias Family Trust,    2634 Reggio Ct.,
                Merced CA 95340-9368
8909592       +David A. Wollenberg, TTEE of,    David A. Wollenberg Trust,    85 Michael Way,
                Atherton CA 94027-4144
8909593       +David Belew,    324 N. Walnut Creek Dr.,    Derby KS 67037-3942
8909594       +David Dorsett,    2250 N. Rock Rd.,    Box 118-262,    Wichita KS 67226-2331
8909596       +David Gallenson,    617 South Gertruda Ave.,    Redondo Beach CA 90277-4246
```

```
8909597       +David J & Carolyn R Rogina, TT,    of the Rogina Family Trust,    1605 Ridge Drive,
                Merced CA 95340-9154
8909599       +David McNamee,    4748 Stonebriar Dr.,    Oldsmar FL 34677-4853
8909598       +David McNamee,    2519 McMullen Booth Road,    Suite #510-308,    Clearwater FL 33761-4173
8909600       +Dean McSpadden,    4614 Gilronan CT.,    Palm Harbor FL 34685-2655
8909601       +Dennis J Moore, M.D.,    725 N Deerfield Circle,    Andover KS 67002-7987
8909602        Dentons US LLP,    Leah R. Bruno,    233 South Wacker Drive,    Suite 5900,
                Chicago IL 60606-6361
8909604       +Donald A Di lenno,    1624 Sharon Way,    Clearwater FL 33764-6542
8909605       +Donald MD PA,    Money Purchase Pension & Trust,    1624 Sharon Way,
                Clearwater FL 33764-6542
8909606       +Donald E. Sweet,    3613 Maple Ave,    Manhattan Beach CA 90266-3511
8909607       +Dr. David Golden,    1601 Roscomare Rd,    Los Angeles CA 90077-2210
8909608       +Duckhorn Properties, LLC,    c/o Ed Mikesell,    889 N. Maize Rd,    Wichita KS 67212-4506
8909609       +Dustin Hendrickson,    634 S. Broadview St.,    Wichita KS 67218-2104
8909620       +ESE Partners, LLC -Sharon Amez,    23823 Malibu Road,    #50-265,    Malibu CA 90265-4628
8909610       +Edward John Cremata,    4250 Azores Ct,    Livermore CA 94550-8037
8909611        Eisner Amper LLP,    P.O. Box 360635,    Pittsburgh PA 15251-6635
8909612      #+Emily Behlmann,    210 N. Hillside, Apt. 6,    Wichita KS 67214-4921
8909613       +Empower Retirement,    8515 E. Orchard Road,    Englewood CO 80111-5002
8909614       +Emtrain,    2018 19th Street,    Sacramento CA 95818-1619
8909615       +Enoch Jennison,    1228 N. Jefferson,    Wichita KS 67203-3539
8909618       +Equity Trust Co., Custodian,    FBO Cheryl Ann Smith IRA,    6051 Devonshire Dr.,
                Palmdale CA 93551-1637
8909616       +Equity Trust Co., Custodian,    FBO Dr. Thomas Nasser SEP IRA,    40250 Maestro Lane,
                Palmdale CA 93551-5217
8909619      #+Eric Mizrahi,    4225 Via Marina, #305,    Marina Del Rey CA 90292-4537
8909623       +FBI, LLC,    1901 N. Paddock Green St,    Wichita KS 67206-4427
8909622       +Fast Pay Partners LLC,    8201 Beverly Blvd, Suite 660,    Los Angeles CA 90048-4541
8909624       +Five Point Ventures, LLC,    15305 W Pine Circle,    Goddard KS 67052-8459
8909625       +Forestgate Property,    10701 E Forestgate Street,    Wichita KS 67206-8946
8909626        Foulston Siefkin LLP,    Harvey Sorensen,    1551 N. Waterfront Parkway,    Suite 100,
                Wichita KS 67206-4466
8909627       +Fresh Sales,    1250 Bayhill Drive,    Suite 315,    San Bruno CA 94066-3096
8909631       +GLO SNT, LLC,    8111 E. 32nd St. N., Ste 101,    Wichita KS 67226-2631
8909637        GTS Online,    7 Florinis St.,    Nicosia, 1065 Cyprus
8909628       +Gary Hardman & Deborah R.,    Hardman,    23 N. Sagebrush Circle,    Wichita KS 67230-6634
8909629       +Gary Oborny,    8111 E. 32nd St. N., Ste 101,    Wichita KS 67226-2631
8909630       +Getintent USA Inc.,    401 Park Avenue South,    9th Floor,    New York NY 10016-8808
8909633        Gracenote Media Services, LLC,    Lockbox 29421,    29421 Network Place,    Chicago IL 60673-1294
8909634       +Gracenote Media Services, LLC,    Elaine Chenier,    40 Media Drive,    Queensbury NY 12804-4086
8909635       +Grant Gillespie,    3140 N. Sedgwick St.,    Wichita KS 67204-4119
8909636        Great West Trust Company,    PO Box 561148,    Denver CO 80256-1148
8909638       +Guardian News & Media LLC,    315 W 36th St 8th Floor,    New York NY 10018-6624
8909639      #+Hannah Sosa,    1985 N. Amidon #312,    Wichita KS 67203-2127
8909640        Hinkle Law Firm,    1617 N. Waterfront Parkway,    Ste. 400,    Wichita KS 67206-6639
8909641       +Holly Bate,    236 W. Teal Dr.,    Derby KS 67037-4302
8909642      #+Howard and Beverly Klein,    as Joint Tenants by Entirety,    5154 Loquat Court,
                Palm Harbor FL 34685-3629
8909643       +Hurd, Hawkins, Meyers,,    Radosevich 401 K Plan,    2299 Tal Pines Drive,    Largo FL 33771-3881
8909644       +IMA Insurance,    Attn: Stephanie Weakley,    Servicing Account Mgr,    8200 E. 32nd St. N.,
                Wichita KS 67226-2606
8909646       +Internal Revenue Service,    Attn: Jon N Bailey,    Bldg B, Room 140A, MS: 4039 JB,
                8321 East 61st Street,    Tulsa OK 74133-1913
8909647       +Investing Channel,    PO Box 416582,    Boston MA 02241-6582
8909654       +JK Garvey Investment Co, LP,    300 W Douglas, Ste 1050,    Wichita KS 67202-2911
8909655       +JK Garvey Investment Co. LP,    300 W. Douglas, #1050,    Wichita KS 67202-2911
8909649       +James Quilliam,    124 12th Street, Unit B,    Manhattan Beach CA 90266-5464
8909650       +Jawahar Taunk,    4050 Presidential Drive,    Palm Harbor FL 34685-1076
8909651       +Jeff Wetta,    9705 Westlake Court,    Wichita KS 67205-5257
8909652       +Jeffrey S. Lawrence,    David Smith,    Smith Lawrence, LC,    700 W 31st St., Ste 408,
                Kansas City MO 64108-3625
8909653       +Jerry Metz,    3617 Sentenial Oak Dr.,    Flower Mound TX 75022-4415
8909656       +John Aben,    1377 Rose Ave,    Venice CA 90291-2912
8909657       +John D Gagnon Revocable Trust,    c/o John Gagnon,    3510 N Ridge Road #500,
                Wichita KS 67205-1226
8909658       +John E. Miller,    405 Alamo Drive,    Santa Fe NM 87501-1521
8909659       +John M Fay and Carole C Fay,    1745 Canyon Oaks Drive,    Mount Pleasant SC 29464-3944
8909660       +John Owens,    507 Concord Street,    El Segundo CA 90245-2221
8909661       +John P. Wargnier,    1804 Lynngrove,    Manhattan Beach CA 90266-4119
8909662       +John Patrick Clark Jr,    805 Bayview Drive,    Manhattan Beach CA 90266-5511
8909663       +John Sifonis,    PO Box 201887,    Arlington TX 76006-1887
8909664       +Jonathan Van Winkle,    346 S. Belmont,    Wichita KS 67218-1306
8909665        Joshua Halewood,    The Crofts,    25 New Road Hourbury,    Wakefield UK  WF4 5LS
8909666       +Kalpesh Himat Solanki,    4934 SW 1st Ave,    Ocala FL 34471-8449
8909667        Kantar Media,    P.O. Box 789556,    Philadelphia PA 19178-9556
8909668       +Kanti Mamta, LLC,    9174 Waterash Lane,    Pinellas Park FL 33782-4325
8909669       +Katherine A. Wargnier,    1804 Lynngrove,    Manhattan Beach CA 90266-4119
8909670       +Keating Consulting Group,    1500 Fashion Island Blvd.,    Ste. 102,    San Mateo CA 94404-1556
8909671       +Kelly Blue Book,    KBB,    195 Technology Dr.,    Irvine CA 92618-2402
```

```
8909672        +Ken Bartsch,    409 N Pacific Coast Hwy #439,    Redondo Beach CA 90277-6853
8909673        +Ken W. Dannenberg,    Attorney at Law,    331 N Waco St,    Wichita KS 67202-1158
8909674        +Kevin C. Wagner,    42955 River Bend Dr.,    Plymouth MI 48170-3684
8909675        +Kevin Owens,    914 Cypress Ct.,    Wichita KS 67206-4013
8909676        +Kevin R. Heaphy,    Ryley, Carlock & Applewhite,    One North Central Ave,    Ste 1200,
                 Phoenix AZ 85004-0989
8909677        +Kevin Wagner,    c/o Jeffrey S. Lawrence,    Smith Lawrence, LC,    700 W 31st St., Ste 408,
                 Kansas City MO 64108-3625
8909678        +Kirk O. Fayard,    665 Cupples Ct.,    Santa Clara CA 95051-5708
8909679        +Kristian Krieger,    416 Whiting Street,    El Segundo CA 90245-2944
8909680        +Kron4,    900 Front St.,    3rd Floor,    San Francisco CA 94111-1427
8909681        +L.R.I. Co., as Administrative,    Agent for Lenders,    c/o Jason Snider,    2416 E. 37th St. N,
                 Wichita KS 67219-3538
8909682        +Lan Palmer,    1613 Sebring Hills Dr.,    Henderson NV 89052-6906
8909683        +Lance and Emi Tamura,    1410 Willowtree Court,    San Jose CA 95118-1155
8909684        +Larry Pham,    9500 E. Cherish Road,    Derby KS 67037-9315
8909685        +Lars Kornbrink,    2 Las Huertas Ct.,    San Rafael CA 94903-3927
8909686        +Lawrence Lem,    2276 Winepol Loop,    San Jose CA 95125-6636
8909687        +Leslie G. Rudd Living Trust,    U/A/D March 31, 1999,    c/o Jason Snider,
                 2416 E. 37th St North,    Wichita KS 67219-3538
8909688         Level 3 Communications, LLC,    PO Box 910182,    Denver CO 80291-0182
8909694        +Logan Johnson,    1010 N. Ridge Road, Apt. 103,    Wichita KS 67212-6076
8909695        +Lutz Lai,    231 E. Oak Meadows Rd.,    Derby KS 67037-3831
8909696        +Mahaska,    P.O. Box 50,    Oskaloosa IA 52577-0050
8909697        +Mark Padding,    226 Bent Tree Court,    Andover KS 67002-9251
8909698        +Mark T. Hellner Living Trust,    2118 E. 27th,    Merced CA 95340-3373
8909699         Marshall Winget,    6502 196th Avenue NE,    Kirkland WA 98033
8909700        +Marta and Nicholas Kozlov,    Joint Tenancy,    222 Brightwaters Blvd NE,
                 Saint Petersburg FL 33704-3748
8909701        +Mary Lee Borislow, TTEE of the,    Mary Lee Borislow Family Trust,    474 Harbor Drive South,
                 Indian Rocks Beach FL 33785-3156
8909702        +Matthew & Laura Marowitz, TTEE,    2000 Marowitz Family Rev Trust,    1058 First Street,
                 Manhattan Beach CA 90266-6751
8909703        +Media Beach P6,    Attn: William R. Patton,    17842 Mitchell North,    Ste 100,
                 Irvine CA 92614-6834
8909704        +Mehul Patel,    1882 Murfield Way,    Oldsmar FL 34677-1933
8909705         Merrill Communications LLC,    CM-9638,    Saint Paul MN 55170-9638
8909708        +Michael P. Simondi & Assoc.,    Suite 450,    4685 Macarthur Court,    Newport Beach CA 92660-8849
8909709        +Michael T. Dodd,    911 13th Street,    Hermosa Beach CA 90254-4006
8909710        +Michael W Cannon Rev Trust,    2542 Greenleaf,    Wichita KS 67226-1505
8909711        +Miguel Gerardo De La Torre,    5920 E. Walton St.,    Long Beach CA 90815-1352
8909712        +Mimi H. Wakim,    33 Rolling Hills,    Wichita KS 67212-3735
8909713        +Move Inc. - ListHub,    5401 N. Pima Road,    Suite 100,    Scottsdale AZ 85250-2627
8909714        +Murfin, Inc.,    250 N. Water, Ste 300,    Wichita KS 67202-1299
8909717         NASDAQ Stock Market LLC,    Lockbox# 10200,    P.O. BOX 780200,    Philadelphia PA 19178-0200
8909725         NYSE Market Inc.,    Box # 223695,    Pittsburgh PA 15251-2695
8909718       #+Nassim El Nabbout,    Nassim El Nabbout Rev Trust,    1854 N Paddock Green Court,
                 Wichita KS 67206-4415
8909719        +Nathaniel Alexander,    708 S. Red Oaks Cir,    Wichita KS 67207-3961
8909720       #+Nelly Saad El Nabbout Revoc,    Trust,    1854 N Paddock Green Court,    Wichita KS 67206-4415
8909721        +Nestor Weigand,    150 N. Market,    Wichita KS 67202-1900
8909722        +Newsweek Media,    7 Hanover SQ,    Floor 5,    New York NY 10004-2636
8909723        +Northern Virginia Media Servic,    P.O. Box 591,    Leesburg VA 20178-0591
8909724         Nuviad LTD,    Harimon 8,    Ceasaria 308890,    Israel
8909727         OTC Markets Group, Inc,    PO Box 29959,    New York NY 10087-9959
8909726        +One Twenty South Main, L.L.C.,    120 S. Main, Suite 600,    Wichita KS 67202-3702
8909740        +PSC Trust u/a/d 1/24/13,    c/o Dan Peare,    8621 E. 21st Street,    Ste. 200,
                 Wichita KS 67206-2991
8909728        +Panjak Vyas,    1 Medical Dr.,    Benson NC 27504-1177
8909729         Patent Portfolio Builders PLLC,    P.O. Box 7999,    Fredericksburg VA 22404-7999
8909730        +Patricia J. Perrell,    45757 Cornwall Street,    Utica MI 48317-4709
8909731        +Peggy Ward,    1441 N. Rock Road, # 2402,    Wichita KS 67206-1240
8909732        +Penske Media Corporation,    Dustin Park,    11175 Santa Monica Blvd,    9th Floor,
                 Los Angeles CA 90025-3368
8909733        +Perfection Property,    Scott Lehner,    11828 W. Central Ave, Ste. 112,    Wichita KS 67212-5178
8909734        +Perry Reid Properties,    701 E 1st St,    Wichita KS 67202-4900
8909735        +Petroleum Inc. Profit Sharing,    Plan FBO John K Garvey Roth,    Attn: John Garvey,
                 300 W. Douglas, Ste 1050,    Wichita KS 67202-2911
8909736        +Philip Coca,    50 9th Street,    Hermosa Beach CA 90254-4106
8909737        +Philip M Hayes Revocable Trust,    567 W. Douglas,    Wichita KS 67213-4701
8909738         Phoenix Nap, LLC,    Andrew Buchholz,    2353 W. University Dr.,    Tempe AZ 85281-7223
8909739        +Politifact National,    Times-Publishing,    490 First Ave S,    Saint Petersburg FL 33701-4223
8909764        +ROI Media Consultants, Inc.,    Bill Whitham,    2805 W View P1,    Seattle WA 98199-1742
8909741        +Rabin David,    4555 N. St. James St.,    Wichita KS 67226-1486
8909742        +Radha Ramana Murthy Gokula and,    Jyothi Sri Pappula,    3959 Magnolia Circle,
                 Maumee OH 43537-9159
8909743         Ramakrishna Thondapu,    2495 Piedmont Drive,    Merced CA 95340
8909744         Randall K. Rathbun,    Depew Gillen Rathbun,    & McInteer LC,    8301 E 21st St N, Ste 450,
                 Wichita KS 67206-2936
8909745        +Randall Madey,    21151 Lockhaven Circle,    Huntington Beach CA 92646-7321
```

```
8909746        +Randall Madey, Trustee,    FBO Daryl Jane Madey Trust,    21151 Lockhaven Circle,
                 Huntington Beach CA 92646-7321
8909748         RealVNC Betjeman House,    104 Hills Road,    Cambridge, UK  CB2 1LQ
8909747         RealtyTrac,    Atom Data Solutions 24693,    14005 Live Oak Ave,    Baldwin Park CA 91706-1300
8909749        +Rebecca Herington,    440 E. Blair St.,    Mulvane KS 67110-1714
8909750        +Receivables Control Corp,    Attn: Jim Mlenek,    Sportradar US LLC,    7373 Kirkwood Court #200,
                 Maple Grove MN 55369-5264
8909751         Reuters.,    PO Box 415983,    Boston MA 02241-5983
8909752        +Reverie Roasters,    2611 E Douglas,    Wichita KS 67211-1619
8909753         Richard G Richter & Katherine,    C Richter Trust,    1930 Sabrina Ave,    Cerritos CA 90703
8909754        +Richard H. Wollenberg,    4450 Columbia Heights Rd,    Longview WA 98632-9512
8909755        +Richard Hagar,    1434 N. Woodland,    Wichita KS 67203-2734
8909756        +Richard Hutley,    17495 Belletto Drive,    Morgan Hill CA 95037-7513
8909757        +Rita B. Mattar Irrevocable,    Trust No. 2,    26 N. Sagebruch Circle,    Wichita KS 67230-6634
8909758        +Rita B. Mattar Revocable Trust,    u/a/d 3/23/04, as amended,    26 N. Sagebrush,
                 Wichita KS 67230-6634
8909759        +Robert Knuts,    Sher Tremonte LLP,    90 Broad Street,    23rd Floor,    New York NY 10004-2270
8909760        +Robin Mechlowitz Kaukonen,    30 Underhill Road,    Mill Valley CA 94941-1424
8909761        +Rodale,    Attn: Monica Caron,    733 Third Ave.,    8th Fl.,    New York NY 10017-3204
8909762         Rodale Inc.,    P.O. Box 65097,    Baltimore MD 21264-5097
8909763        +Roger L. Bowles, TTEE of the,    Beverly L. Bowles Family Trust,    1434 Murray Court,
                 Wichita KS 67212-4216
8909765        +Ron Salcer,    108 Ave F,    Redondo Beach CA 90277-5013
8909766        +Rosie McKimmie,    Global General Counsel,    On Behalf Newsweek Media,    7 Hanover Sq, 5th Floor,
                 New York NY 10004-2674
8909769        +Ryan Keefover,    2627 S. Elizabeth Ave.,    Wichita KS 67217-2221
8909770        +S&P Dow Jones Indices LLC,    Standard @Poor's,    2542 Collection Center Drive,
                 Chicago IL 60693-0025
8909786        +SP SNT Holdings, LLC,    c/o Jeffrey S. Lawrence,    Smith Lawrence, LC,
                 700 W. 31st St., Ste 408,    Kansas City MO 64108-3625
8909772        +Sandifer Engineering & Control,    229 S. Ellis,    Wichita KS 67211-1809
8909773        +Santa Monica Partners,    1440 N Gatewood #32,    Wichita KS 67206-1253
8909774        +Scott Crawford and,    Marie Crawford,    1207 Sandra Dr.,    San Jose CA 95125-3535
8909775        +Scott Douglas Ninegar & Kristi,    Kamerer Ninegar Liv Trust,    521 - 11th Street,
                 Manhattan Beach CA 90266-4819
8909776        +Scott M. Hill,    Hite, Fanning & Honeyman L.L.P,    100 N. Broadway, Ste. 950,
                 Wichita KS 67202-2216
8909777        +Shaker R. Dakhil Rev Trust,    1420 N. Linden Circle,    Wichita KS 67206-3310
8909778        +Shannon Group Holdings, LLC,    c/o David Shannon,    1223 N. Rock Rd, I-200,
                 Wichita KS 67206-1272
8909779        +Sharon Amezcua,    23823 Malibu Rd #50-265,    Malibu CA 90265-4628
8909780        +Shauna Edwards,    13080 SW Diamond Rd,    Augusta KS 67010-8770
8909781        +Shelowitz Law Group,    Attn: Mitchell C. Shelowitz,    275 Seventh Ave.,    Seventh Floor,
                 New York NY 10001-6708
8909782        +Shirley F Belew Rev Liv Trust,    324 N. Walnut Creek Dr,    Derby KS 67037-3942
8909783         Shred-it,    28883 Network Place,    Chicago IL 60673-1288
8909784        +Sky Contracting Company,    P.O. Box 782137,    Wichita KS 67278-2137
8909785        +Snack Express,    PO Box 61,    Oskaloosa IA 52577-0061
8909787        +Spectrum Promotional,    9212 E. 37th St. North,    Wichita KS 67226-2015
8909788        +Sportradar US LLC,    Jim Mlenek,    150 S 5th Street, #400,    Minneapolis MN 55402-4135
8909789        +Sri Ganesha LTD,    3005 Clearpoint Drive,    Flower Mound TX 75022-1025
8909790        +Stanley G. Brannan,    1605 N Foliage Dr,    Wichita KS 67206-3327
8909791        +Stephen F. Corcoran MD,    3349 G. St. #F,    Merced CA 95340-0978
8909792        +Stephen W. Hayes Irrev Trust,    15305 W. Pine Circle,    Goddard KS 67052-8459
8909793        +Steve Crawford,    24818 Oak Street,    Lomita CA 90717-1614
8909794        +Steven D. Gough,    Withers, Gough, Pike & Pfaff,    200 West Douglas Ave Ste 1010,    Ste 1010,
                 Wichita KS 67202-3010
8909795        +Steven F. Rospond DDS,    14851 Sport of Kings Ct.,    Wichita KS 67230-7110
8909796        +Stuart Bruck,    151 N. Rock Island #3B,    Wichita KS 67202-2764
8909798        +Sudha Tokala,    7910 E Hartmoor St,    Wichita KS 67206-3893
8909799        +Sudha Tokala, Ttee of Sudha,    Tokala Revocable Trust,    7910 E Hartmoor St,
                 Wichita KS 67206-3893
8909800         Synacor, Inc.,    P.O. Box 347385,    Pittsburgh PA 15251-4385
8909801        +Synacor, Inc.,    Attn: William J. Stuart, CFO,    40 La Riviere Dr #300,    Buffalo NY 14202-4306
8909802        +Szabo Associates Inc.,    3355 Lenox Road, N.E.,    Suite 945,    Atlanta GA 30326-1395
8909803        +Taewook Kang,    12601 E. Willowgreen,    Wichita KS 67207-6736
8909804        +Taylor Enterprises,    Attn: Dan Taylor,    10500 E. Berkeley Square,    Wichita KS 67206-6822
8909805         Teracal,    PO Box 5211,    Dept 116004,    Binghamton NY 13902-5211
8909806        +Terry Jones Rauch and Deborah,    Anne Johnson,    124 Third Place,
                 Manhattan Beach CA 90266-6457
8909807        +Terry Klein,    14007 Castle Rock,    Wichita KS 67230-1705
8909808        +The Car Park Inc,    COW,    P.O. Box 47308,    Wichita KS 67201-7308
8909809        +The Independent School,    8313 E Douglas,    Wichita KS 67207-1213
8909810        +The Rubicon Project Inc.,    12181 Bluff Creek Drive,    4th Floor,    Los Angeles CA 90094-3234
8909811        +The Weather Company,    TWC Product and Technology Inc,    PO Box 101634,    Atlanta GA 30392-1634
8909814         Thomas Lofgren,    8514 E. Limerick Lane,    Wichita KS 67206
8909815        +Thomopoulos Production,    11925 Wilshire Blvd.,    Los Angeles CA 90025-6618
8909816         Thomson Reuters (Markets) LLC,    Stephen Chung,    PO Box 415983,    Boston MA 02241-5983
8909817        +Tim Hovland/Pamela Hovland,    511 Penn,    El Segundo CA 90245-3025
8909818        +Times - Publishing,    490 First Ave S,    Saint Petersburg FL 33701-4223
```

```
8909819        +Times - Shamrock.,    149 Penn Avenue,    Scranton PA 18503-2055
8909822        +Timothy Goosby,    1041 E Woodland Ave,    Barron WI 54812-1763
8909823        +Timothy Walton,    1237 Ohio Street,    Augusta KS 67010-1837
8909825        +Top Three Media,    Lauren Whitson,    PO Box 471005,    Fort Worth TX 76147-1005
8909824        +Top Three Media,    3432 W 7th St,    Fort Worth TX 76107-2719
8909826        +Tribune Content Agency,    32935 Collection Center Dr.,    Chicago IL 60693-0329
8909827        +Tribune Content Agency (TCA),    32935 Collection Center Drive,    Chicago IL 60693-0329
8909828        +Tronc,    435 N. Michigan Ave,    Chicago IL 60611-4066
8909829        +Twin Oaks,    3371 SE Cascadia Way,    Hobe Sound FL 33455-8906
8909830        +Tymber Lee and Jennifer Lee,    Revocable Trust,    210 N. Valley Creek Drive,
                 Valley Center KS 67147-3212
8909831        +U.S. Protective Service, LLC,    2250 N. Rock Rd.,    SAT/OPS 118-105,    Wichita KS 67226-2331
8909833       #+Vance Banks,    1230 S. Wichita,    Wichita KS 67213-5327
8909834        +Venkatesh Mabbu,    2330 N. Oliver St., Apt. 414,    Wichita KS 67220-2953
8909835         Verisign, Inc.,    P.O. Box 846228,    Dallas TX 75284-6228
8909836        +Vertikal Inc.,    3453 Rambla Pacifico,    Malibu CA 90265-5141
8909837        +Victoire Hovland,    2320 The Strand,    Manhattan Beach CA 90266-4318
8909838        +Vision Communications,    1235 South Mead,    Wichita KS 67211-3321
8909839        +Walter R. Everton III and,    Paula M. Everton,    1304 Parrilla D Avila,    Tampa FL 33613-1037
8909841        +Wichita FINCO LLC,    Attn: Gary Oborny,    8111 E. 32nd St. N., Ste. 101,
                 Wichita KS 67226-2631
8909842         Wichita State University,    Attn: Yolanda Adams,    1845 Fairmount,    Box 213,
                 Wichita KS 67260-0100
8909843        +Wichita Wellness, Inc.,    1333 N Broadway Street, Ste A,    Wichita KS 67214-2894
8909844        +William David Levine Trust,    2032 E. 220th Street,    Long Beach CA 90810-1644
8909847        +William Febbo,    1516 Campana St,    Hermosa Beach CA 90254-3212
8909848        +William Klausmeyer,    250 W. Douglas Ave., Apt. 1608,    Wichita KS 67202-3121
8909849        +Wollenberg Family Trust,    Wollenberg Family LLC,    4450 Columbia Heights Rd.,
                 Longview WA 98632-9512
8909850        +Woody Creek Investments III, L,    Darrell Swank,    2416 E 37th Street N.,
                 Wichita KS 67219-3538
8909852        +XML Team Solutions, LLC,    1501 Reeves St.,    Los Angeles CA 90035-2928
8909856        +YSEOP Inc.,    10830 N Central Expy,    Suite 152,    Dallas TX 75231-1022
8909854        +Yahoo Holdings, Inc.,    Andrea Engler,    14010 FNB Parkway,    Omaha NE 68154-5204
8909853         Yahoo Holdings, Inc.,    P.O. Box 89-4147,    Los Angeles CA 90189-4147
8909621        +eShares, Inc.,    Attn: Accounting,    195 Page Mill Rd., Suite 101,    Palo Alto CA 94306-2073
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: wsorensen@morrislaing.com Feb 13 2018 21:22:29      William B. Sorensen, Jr.,
                 Morris Laing Evans Brock And Kennedy,    Old Town Square,    300 N Mead Suite 200,
                 Wichita, KS  67202-2722
tr             +E-mail/Text: trustee@ddwlaw.kscoxmail.com Feb 13 2018 21:22:36      Darcy D Williamson,
                 Williamson Law Office,    510 SW 10th Avenue,    Topeka, KS 66612-1606
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Feb 13 2018 21:22:51      U.S. Trustee,
                 Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
8909543         E-mail/Text: bankruptcynotices@amazon.com Feb 13 2018 21:23:27      Amazon Web Services,
                 Adam Perkins,    410 Terry Ave North,    Seattle WA 98109-5210
8909544         EDI: AMEREXPR.COM Feb 13 2018 21:13:00      American Express,    PO Box 360001,
                 Fort Lauderdale FL 33336-0001
8909586         E-mail/Text: jasmin.merced@wolterskluwer.com Feb 13 2018 21:23:24      CT Corporation,
                 P.O. Box 4349,    Carol Stream IL 60197-4349
8909632        +E-mail/Text: bankruptcy-notification@google.com Feb 13 2018 21:22:34      Google Inc.,
                 Dept. 33654,    P.O. Box 39000,    San Francisco CA 94139-0001
8909648        +E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 13 2018 21:23:17      IPFS Corporation,
                 PO Box 419090,    Kansas City MO 64141-6090
8909645         EDI: IRS.COM Feb 13 2018 21:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
8909689        +E-mail/Text: BankruptcyLegal@level3.com Feb 13 2018 21:23:06      Level 3 Communications, LLC,
                 Shannon Beasley,    1025 Eldorado Blvd.,    Broomfield CO 80021-8254
8909832         EDI: USBANKARS.COM Feb 13 2018 21:13:00      US Bank,    PO Box 790408,    Saint Louis MO 63179
8909840         E-mail/Text: bkcompliance@westarenergy.com Feb 13 2018 21:22:50      Westar Energy,
                 PO Box 758500,    Topeka KS 66675-8500
8909855        +E-mail/Text: amy.bradley@ymcawichita.org Feb 13 2018 21:22:52      YMCA,    402 N. Market,
                 Wichita KS 67202-2012
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8909691         Andover KS 67002
8909555         Aziz Maksoud,    1906 N Red Brush Ct.
8909821         Barron WI 54812
8909716         Clearwater FL 33756
8909813         Clearwater FL 33759
8909690         Lindsey E Hall,    PO Box 307
8909692         Lisa Caughlin Revocable Trust,    525 N. Longford Ln
8909846         Manhattan Beach CA 90266
8909706         Michael J. Shonka,    1101 N Glenmoor Court
8909715         Naik Family LLC,    407 Saint Andrews Drive
8909767         Russell and Linda Charvonia,    5536 N Bryn Mawr Street
8909771         Samy Sharobeem,    11900 Laughton Way,    CA 93126
8909812         Theron D. Hawkins III and,    Henrietta Hawkins,    2973 Hillcreek Circle S
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
8909820          Timothy Goosby,    1041 E Woodland Ave
8909768          Ventura CA 93003
8909556          Wichita KS 67206
8909693          Wichita KS 67206
8909707          Wichita KS 67206
8909845          William E. Lysle Trust,    709 29th Street
8909573        ##+Cassie McDonald,    13927 W. Alderny St.,    Wichita KS 67235-7038
8909595        ##+David Dorsett,    6203 E. Oxford,    Wichita KS 67220-5522
8909617        ##+Equity Trust Co., Custodian,    FBO Ali A. Kani IRA,    2337 West Ave P-12,
                  Palmdale CA 93551-6020
8909797        ##+Stuart Bruck,    204B Cazneau Ave,    Sausalito CA 94965-1821
8909851        ##+Wrike, Inc.,    100 W Evelyn Avenue,    Suite 220,    Mountain View CA 94041-1471
                                                                  TOTALS: 19, * 0, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              Darcy D Williamson    trustee@ddwlaw.kscoxmail.com, ks07@ecfcbis.com
              Edward J Nazar    ebn1@hinklaw.com, enazar@ecf.epiqsystems.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William B. Sorensen, Jr.   on behalf of Debtor   Social Networking Technology, Inc
               wsorensen@morrislaing.com
                                                                          TOTAL: 4
```