IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

In re:                                                      Case No.: 18-10177-ren
                                                            Chapter 7

SOCIAL NETWORKING TECHNOLOGY, INC.,

     Debtor.

## NOTICE OF SHARON AMEZCUA'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## TO ALLOW REIMBURSEMENT OF DEFENSE COSTS
## WITH OBJECTION DEADLINE

YOU ARE HEREBY notified that if no objection to the above-named motion is filed in writing with the Clerk of the U.S. Bankruptcy Court by **June 1, 2018**, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant within fourteen (14) days of the objection deadline.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 N. Market, Room 167, Wichita, Kansas 67202), a hearing will be scheduled on **June 13, 2018 at 10:30 a.m**. in Room 150, U.S. Courthouse, 401 N. Market, Wichita, Kansas.

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.


Respectfully Submitted:

EVANS & MULLINIX, P.A.


*/s/ Colin N. Gotham*
Colin N. Gotham, KS#19538, MO#52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Movant*
*Sharon Amezcua*

00784710

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically to those parties receiving electronic notice and was deposited in the United States mail, postage prepaid, on *May 11, 2018,* addressed to the following:

Social Networking Technology, Inc.
110 S. Main
Suite 1000
Wichita KS 67202


*/s/ Colin N. Gotham*
Colin N. Gotham

00784710