# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-10177-7 DLS | Trustee: | (360070) DARCY D. WILLIAMSON |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Filed (f) or Converted (c): | 02/12/18 (f) |
| | | §341(a) Meeting Date: | 03/19/18 |
| Period Ending: | 11/02/22 | Claims Bar Date: | 07/27/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable (Fast Pay has lien) (See Footnote) | 1,063,453.00 | 0.00 | | 0.00 | FA |
| 2 | Patent for Sys/Methods Del. Adv. No. 15/811,795 (See Footnote) | 16,799.00 | 16,799.00 | | 200,000.00 | FA |
| 3 | Patent for Sys/Meth Categ Web Pgs No. 15/811,792 | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 4 | Patent No. 15/672,577 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 5 | Patent No. 15/672,573 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 6 | Patent No. 15/672,551 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 7 | Patent No. 15/585,752 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 8 | Patent No. 62/442,553 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 9 | Patent No. 62/332,049 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 10 | Patent No. 62/372,821 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 11 | Patent No. 62/372,822 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 12 | Patent No. 62/372,823 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 13 | Patent No. 62/422,271 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 14 | Patent No. 62/423,388 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 15 | Patent No. 62/442,555 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 16 | SNT Media.com | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-10177-7 DLS  
**Case Name:** Social Networking Technology Inc.  

**Period Ending:** 11/02/22  

**Trustee:** (360070) DARCY D. WILLIAMSON  
**Filed (f) or Converted (c):** 02/12/18 (f)  
**§341(a) Meeting Date:** 03/19/18  
**Claims Bar Date:** 07/27/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Security Deposits (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Holder of Prepayments | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Crossfirst Bank checking (operation acct) #1211 | 56.56 | 56.56 | | 56.56 | FA |
| 20 | Crossfirst Bank checking (operating acct) #8236 | 23,486.42 | 23,486.42 | | 23,125.32 | FA |
| 21 | Notes Receivable - Kevin Owens (See Footnote) | 49,399.00 | 350.00 | | 0.00 | FA |
| 22 | Avoidance Action against FinCo (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Advoidance Action against A. Baganov (See Footnote) | 330,000.00 | 122,500.00 | | 122,500.00 | FA |
| 24 | Cash found in file drawer. (u) | 0.00 | 100.00 | | 100.00 | FA |
| 25 | Office furniture, leasehold & computers | 210,069.00 | 93,275.00 | | 93,275.00 | FA |
| 26 | Cigna Insurance Refund (u) | Unknown | 4,234.12 | | 4,234.12 | FA |
| 27 | Potential O & D & Malpractice Claim (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Possible other 547 & 548 Avoidance Actions (Est) (u) (See Footnote) | Unknown | 119,563.70 | | 82,039.70 | 37,524.00 |
| 28 | **Assets Totals** (Excluding unknown values) | **$1,911,649.98** | **$598,751.80** | | **$525,330.70** | **$37,524.00** |

RE PROP# 1   After investigation, determined Fast Pay had valid lien. The Compromise Order of 4/8/2019 and
             4/11/2019 resolved this lien dispute. See Footnote #2.

RE PROP# 2   THROUGH PROP 15: IP Assets. Trustee has sold and compromised per Order and Agreement with FastPay
             and Wichita FinCo. For purposes of this report only, trustee used debtor's scheduled value on

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-10177-7 DLS | Trustee: | (360070) DARCY D. WILLIAMSON |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Filed (f) or Converted (c): | 02/12/18 (f) |
| | | §341(a) Meeting Date: | 03/19/18 |
| Period Ending: | 11/02/22 | Claims Bar Date: | 07/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Petition. Trustee's attorney sought value estimates and other sale offers before compromise.

RE PROP# 17    Landlord entitled to offset, due to lease default.

RE PROP# 21    Following the adversary filiing, for over $62,000, defendant offered defenses and releases and the matter was settled for $350.00. SEE ASSET 28.

RE PROP# 22    Matter was Compromised per 4/11/2019 Order. (See also Assets 1 and 2).

RE PROP# 23    The debtor's internal records and the trustee's demand letter and adversary complaint estimated the avoidance action to be $349,000. The gross value is $349,000 less costs and fees of litigation to net $270,000. On 8/3/21 Judge Norton mediated the dispute and recommended settlement of $122,500 due to defenses raised by the defendant for the first time. The parties have accepted. A Motion to Compromise was filed and approved by the court. Value is $122,500 as compromisse was approved.

RE PROP# 27    Trustee originally estimated property to exceed $100,000. Attorneys versed in O & D claims investigated and evaluated possible causes of action. Did not pursue due to cost and evidentiary and legal issues as advised by counsel.

RE PROP# 28    The trustee and/or counsel have reviewed records and issued 547 and 548 demand letters with a face value of over 2.4 Million to vendors. Received some responses (for which suit was not filed due to defenses). For those with no response, demand letters were issued and 23 lawsuits were filed, including Assets 21 & 23.. After adversaries were filed, many defendants then offered defenses and / or compromises have been entered in several adversaries. The trustee's final claim against Story Corp. will be dismissed and to proceed to closure.

**Major Activities Affecting Case Closing:**

The trustee inspected the rental premises and property therein and met with counsel and VP of Finance informally to obtain corporate information in addition to the 341 hearing. Trustee and Counsel for the estate secured corporate records and reviewed the same (records and data were voluminous). Trustee rejected lease via an

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-10177-7 DLS | Trustee: | (360070) DARCY D. WILLIAMSON |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Filed (f) or Converted (c): | 02/12/18 (f) |
| | | §341(a) Meeting Date: | 03/19/18 |
| Period Ending: | 11/02/22 | Claims Bar Date: | 07/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Agreed Order and hired an auctioneer to sell the office equipment and furniture per motion and order (sold). Employed a professional to clean the computers and they were compromised and sold per 4/8/19 and 4/11/19 Orders. W-2's and 1099's were prepared for employees, Other litigation was commenced and reesolved to determine secured status of lenders/investors on company assets.

Per court order buyers purchased the IP assets. Prior to compromise and sale, non disclosure agreements were sent to three IP Brokers that evaluated IP assets' value and potential buyers.

Specal Counsel was hired to wind up 401K plan. The same is completed.

The remaining 548 adversary and 502(d) issues against Story Corp. will be resolved by dismissal of the 502(d) claim without prejudice. The court did grant judgment to the trustee on her 547 and 550 claims. The defendant has refused to pay the judgment and garnishment efforts and investigative efforts for collection have been unsuccessful. The company is now terminated. An estate tax return may be required in 2022. Trustee to review claims and work on TFR.

**Initial Projected Date Of Final Report (TFR):** June 30, 2019    **Current Projected Date Of Final Report (TFR):** April 30, 2023

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 18-10177-7 DLS | **Trustee:** DARCY D. WILLIAMSON (360070) |
| **Case Name:** Social Networking Technology Inc. | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******9642 - Checking Account |
| **Taxpayer ID #:** **-***0871 | **Blanket Bond:** $4,493,000.00 (per case limit) |
| **Period Ending:** 11/02/22 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/08/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 77,638.95 | | 77,638.95 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 62.04 | 77,576.91 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 123.99 | 77,452.92 |
| 05/05/20 | 10107 | U.S. Bankruptcy Court Clerk | Filing Fees for Adversary Cases per Order dtd 5/4/20 | 2700-000 | | 8,050.00 | 69,402.92 |
| 05/12/20 | {28} | Cigna Health and Life Insurance Company | Settlement Per Adversary 20-05023 | 1229-000 | 500.00 | | 69,902.92 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 113.26 | 69,789.66 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 118.98 | 69,670.68 |
| 07/24/20 | {28} | Bugsnag Inc | Settlement per Adversary 20-5038 | 1229-000 | 4,500.00 | | 74,170.68 |
| 07/28/20 | {28} | VeriSign | Settlement per Adversary 20-5027 | 1229-000 | 14,000.00 | | 88,170.68 |
| 07/31/20 | {28} | AVI Seabar and Chophouse | Settlement per Adversary 20-5028 | 1229-000 | 3,500.00 | | 91,670.68 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 118.98 | 91,551.70 |
| 08/03/20 | {28} | Black Diamond Solutions Inc | Settlement per Adversary 20-5039 | 1229-000 | 500.00 | | 92,051.70 |
| 08/04/20 | {28} | Hearst Business Communications | Settlement per Adversary 20-5032 | 1229-000 | 999.00 | | 93,050.70 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 143.47 | 92,907.23 |
| 09/10/20 | {28} | Cox Enterprises, Inc. | Proceeds from Order to Compromise and Settlement Agreement dtd 8/27/20 | 1229-000 | 18,000.00 | | 110,907.23 |
| 09/15/20 | {28} | Civitas Media | Settlement per Adversary 20-5037 | 1229-000 | 500.00 | | 111,407.23 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,766.70 | | 115,173.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 124.00 | | 115,297.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,500.00 | | 118,797.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,000.00 | | 121,797.93 |
| 09/18/20 | {28} | Attom Data Solutions | Settlement per Adv. 20-5033 | 1229-000 | 1,300.00 | | 123,097.93 |

Subtotals: $131,828.65   $8,730.72

{} Asset reference(s)

Case 18-10177   Doc# 312   Filed 11/02/22   Page 5 of 11

Printed: 11/02/2022 03:08 PM   V.20.45

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 18-10177-7 DLS |
| Case Name: | Social Networking Technology Inc. |
| Taxpayer ID #: | **-***0871 |
| Period Ending: | 11/02/22 |

| | |
|---|---|
| Trustee: | DARCY D. WILLIAMSON (360070) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******9642 - Checking Account |
| Blanket Bond: | $4,493,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 186.01 | 122,911.92 |
| 10/02/20 | {28} | IBM/TWC Product and Tech | IBM wire transfer Settlement Agreement | 1229-000 | 2,500.00 | | 125,411.92 |
| 10/15/20 | {28} | Xandr | Settlement per Adv 20-05042 | 1229-000 | 7,500.00 | | 132,911.92 |
| 10/26/20 | {28} | Magnite Inc | Pref Pmt per Settlement Agreement | 1229-000 | 11,000.00 | | 143,911.92 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 208.52 | 143,703.40 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 222.03 | 143,481.37 |
| 12/04/20 | {28} | DreamChase | Settlement per Adversary 20-5024 | 1229-000 | 2,000.00 | | 145,481.37 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 255.16 | 145,226.21 |
| 01/06/21 | {28} | Neilsen Company (Gracenote, Inc) | Payment on Settlement of Preference Payment | 1229-000 | 1,000.00 | | 146,226.21 |
| 01/21/21 | {28} | Capital One | Kevin Owens Settlement 20-05046 | 1229-000 | 350.00 | | 146,576.21 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 226.35 | 146,349.86 |
| 02/17/21 | 10108 | Fast Pay Partners | Per Compromise and Settlement Agreement 4/11/2019 | 4210-000 | | 40,000.00 | 106,349.86 |
| 02/26/21 | {28} | XML Team Solutions | ACH Deposit 0 547 & 548 Avoidance Actions | 1229-000 | 3,500.00 | | 109,849.86 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 218.92 | 109,630.94 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 193.27 | 109,437.67 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 175.39 | 109,262.28 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 163.44 | 109,098.84 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 192.34 | 108,906.50 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 174.54 | 108,731.96 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 185.88 | 108,546.08 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 173.97 | 108,372.11 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 167.90 | 108,204.21 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 184.98 | 108,019.23 |
| | | | | Subtotals : | $27,850.00 | $42,928.70 | |

{} Asset reference(s)

Case 18-10177   Doc# 312   Filed 11/02/22   Page 6 of 11

Printed: 11/02/2022 03:08 PM    V.20.45

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 18-10177-7 DLS  
**Case Name:** Social Networking Technology Inc.

**Taxpayer ID #:** **-***0871  
**Period Ending:** 11/02/22

**Trustee:** DARCY D. WILLIAMSON (360070)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******9642 - Checking Account  
**Blanket Bond:** $4,493,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 178.89 | 107,840.34 |
| 01/25/22 | {23} | Hiscox Insurance Company | Incoming wire transfer for settlement per Adversary 20-05043 | 1141-000 | 122,500.00 | | 230,340.34 |
| 01/26/22 | {23} | Hiscox Insurance Company | wire transfer for settlement per Adversary 20-05043 | 1141-000 | 122,500.00 | | 352,840.34 |
| 01/26/22 | {23} | Hiscox Insurance Company | Reversed Deposit 100010 1 wire transfer for settlement per Adversary 20-05043 | 1141-000 | -122,500.00 | | 230,340.34 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 193.25 | 230,147.09 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 344.29 | 229,802.80 |
| 03/07/22 | 10109 | Fast Pay Partners | Per Compromise and Settlement Agreement dtd 4/11/2019<br>Voided on 03/07/22 | 4210-000 | | 20,000.00 | 209,802.80 |
| 03/07/22 | 10109 | Fast Pay Partners | Per Compromise and Settlement Agreement dtd 4/11/2019<br>Voided: check issued on 03/07/22 | 4210-000 | | -20,000.00 | 229,802.80 |
| 03/07/22 | 10110 | Social Networking Technology, Inc. | per Compromise and Settlement Agreement dtd 4/11/2019 | 4210-000 | | 18,511.76 | 211,291.04 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 391.33 | 210,899.71 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 326.74 | 210,572.97 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 326.24 | 210,246.73 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 370.71 | 209,876.02 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 325.16 | 209,550.86 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 369.43 | 209,181.43 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 335.26 | 208,846.17 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 323.56 | 208,522.61 |

**Subtotals:** $122,500.00 $21,996.62

{} Asset reference(s)

Case 18-10177   Doc# 312   Filed 11/02/22   Page 7 of 11

Printed: 11/02/2022 03:08 PM   V.20.45

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 18-10177-7 DLS | Trustee: | DARCY D. WILLIAMSON (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******9642 - Checking Account |
| Taxpayer ID #: | **-***0871 | Blanket Bond: | $4,493,000.00  (per case limit) |
| Period Ending: | 11/02/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 282,178.65 | 73,656.04 | $208,522.61 |
| | | | Less: Bank Transfers | | 77,638.95 | 0.00 | |
| | | | **Subtotal** | | 204,539.70 | 73,656.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$204,539.70** | **$73,656.04** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** | 18-10177-7 DLS |
| **Case Name:** | Social Networking Technology Inc. |
| **Taxpayer ID #:** | **-***0871 |
| **Period Ending:** | 11/02/22 |

| | |
|---|---|
| **Trustee:** | DARCY D. WILLIAMSON (360070) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******0666 - Checking Account |
| **Blanket Bond:** | $4,493,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/18 | {19} | Social Networking Technology | Bank Balances received by Bill Sorenson and forwarded to CH 7 Tee. | 1129-000 | 56.56 | | 56.56 |
| 02/20/18 | {20} | Social Networking Technology | Bank balance | 1129-000 | 23,125.32 | | 23,181.88 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 23,171.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.32 | 23,138.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.16 | 23,106.40 |
| 05/03/18 | {24} | Bud Palmer Auction | Cash found in File Drawer | 1229-000 | 100.00 | | 23,206.40 |
| 05/22/18 | 101 | One Twenty South Main LLC | Rental payment for 110 S. Main, Wichita KS 67202per Order dtd 5/11/18 | 2410-000 | | 5,000.00 | 18,206.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 18,169.71 |
| 06/08/18 | {26} | Cigna | Refund of Insurance Prepayments | 1229-000 | 4,194.12 | | 22,363.83 |
| 06/13/18 | {25} | Bud Palmer Auction | Proceeds from Auction of Personal Property per order dtd 5/7/18 | 1129-000 | 93,275.00 | | 115,638.83 |
| 06/14/18 | 102 | One Twenty South Main LLC | Rental Pmt for 110 S Main Wichita KS per Order dtd 5/7/18 | 2410-000 | | 400.00 | 115,238.83 |
| 06/18/18 | 103 | Bud Palmer Auction | Auction Fees Per Order dtd 5/7/2018 | | | 19,796.25 | 95,442.58 |
| | | | Commissions        13,991.25 | 3620-000 | | | 95,442.58 |
| | | | Advertising for Auction   1,130.00 | 3620-000 | | | 95,442.58 |
| | | | Labor Expenses for    4,175.00<br>Auction | 3620-000 | | | 95,442.58 |
| | | | Lights              500.00 | 3620-000 | | | 95,442.58 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.09 | 95,336.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.30 | 95,189.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.47 | 95,047.72 |

Subtotals :  $120,751.00   $25,703.28

{} Asset reference(s)

Printed: 11/02/2022 03:08 PM   V.20.45

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 18-10177-7 DLS | Trustee: | DARCY D. WILLIAMSON (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Mechanics Bank |
| | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***0871 | Blanket Bond: | $4,493,000.00 (per case limit) |
| Period Ending: | 11/02/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.91 | 94,974.81 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.86 | 94,888.95 |
| 01/25/19 | {26} | IMA Inc Wichita Division | Refund of Citizens Insurance Co of America | 1229-000 | 40.00 | | 94,928.95 |
| 03/06/19 | 104 | Electronix Recyclers Inc | Preparation of Computers for Sale | 2990-000 | | 7,290.00 | 87,638.95 |
| 04/16/19 | {2} | Wichita Finco LLC | Sale Proceeds from Personal Property per Order dtd 5/7/18 | 1129-000 | 100,000.00 | | 187,638.95 |
| 04/16/19 | {2} | Chubb & Son, A Div of Fed Insurance Company | Sale Proceed of Personal & Intellectual Property per Order dtd 5/7/18 | 1129-000 | 100,000.00 | | 287,638.95 |
| 04/16/19 | 105 | Fast Pay Partners LLC | Secured Claims on Personal Property per 4/11/2019 Order | 4210-000 | | 10,000.00 | 277,638.95 |
| 04/19/19 | 106 | Fast Pay Partners | Per Compromise and Settlement Agreement of 4/11/2019 | 4210-000 | | 200,000.00 | 77,638.95 |
| 05/08/19 | | Transition Transfer Debit | | 9999-000 | | 77,638.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 320,791.00 | 320,791.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 77,638.95 | |
| | Subtotal | 320,791.00 | 243,152.05 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $320,791.00 | $243,152.05 | |

{} Asset reference(s)

Case 18-10177  Doc# 312  Filed 11/02/22  Page 10 of 11

Printed: 11/02/2022 03:08 PM  V.20.45

# Form 2
# Cash Receipts And Disbursements Record

**Case Number:** 18-10177-7 DLS  
**Case Name:** Social Networking Technology Inc.

**Trustee:** DARCY D. WILLIAMSON (360070)  
**Bank Name:** Mechanics Bank  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $4,493,000.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***0871  
**Period Ending:** 11/02/22

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9642** | 204,539.70 | 73,656.04 | 208,522.61 |
| **Checking # ******0666** | 320,791.00 | 243,152.05 | 0.00 |
| | $525,330.70 | $316,808.09 | $208,522.61 |

{} Asset reference(s)

Printed: 11/02/2022 03:08 PM    V.20.45