**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re: Social Networking Technology Inc. §    Case No. 18-10177-7 DLS
                                        §
                                        §
                                        §
            Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Darcy D. Williamson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,331,239.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $290,364.37 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $234,966.33 | |

3) Total gross receipts of $525,330.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $525,330.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,889,660.79 | $2,341,030.18 | $1,841,176.87 | $268,511.76 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $446,676.12 | $234,966.33 | $234,966.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,704,779.04 | $2,704,779.04 | $21,852.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $41,349,079.36 | $33,960,534.60 | $33,852,312.56 | $0.00 |
| **TOTAL DISBURSEMENTS** | $45,238,740.15 | $39,453,019.94 | $38,633,234.80 | $525,330.70 |

4) This case was originally filed under chapter 7 on 02/12/2018.  The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/15/2023

By: /s/ Darcy D. Williamson

Trustee , Bar No.: 11337

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Crossfirst Bank checking (operating acct) #8236 | 1129-000 | $23,125.32 |
| Crossfirst Bank checking (operation acct) #1211 | 1129-000 | $56.56 |
| Office furniture, leasehold & computers | 1129-000 | $93,275.00 |
| Patent for Sys/Methods Del. Adv. No. 15/811,795 | 1129-000 | $200,000.00 |
| Advoidance Action against A. Baganov | 1141-000 | $122,500.00 |
| Cash found in file drawer. | 1229-000 | $100.00 |
| Cigna Insurance Refund | 1229-000 | $4,234.12 |
| Possible other 547 & 548 Avoidance Actions (Est) | 1229-000 | $82,039.70 |
| **TOTAL GROSS RECEIPTS** | | **$525,330.70** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 77 | Chad J. Stafford | 4110-000 | $0.00 | $51,898.54 | $51,898.54 | $0.00 |
| 82 | Woody Creek Investments III LLC | 4110-000 | $1,188,839.08 | $1,208,175.00 | $1,208,175.00 | $0.00 |
| 88 | GLO SNT, LLC | 4110-000 | $0.00 | $208,794.50 | $208,794.50 | $0.00 |
| 102 | Fast Pay Partners, LLC (Per 4/11/19 Order) | 4110-000 | $1,007,000.00 | $768,365.07 | $268,511.76 | $268,511.76 |
| 106 | JK Garvey Investment Company LP | 4210-000 | $689,843.71 | $103,797.07 | $103,797.07 | $0.00 |
| N/F | L.R.I. Co., as Administrative | 4110-000 | $500,000.00 | NA | NA | NA |
| N/F | Wichita FINCO LLC | 4110-000 | $503,978.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$3,889,660.79** | **$2,341,030.18** | **$1,841,176.87** | **$268,511.76** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DARCY D. WILLIAMSON | 2100-000 | NA | $27,016.54 | $27,016.54 | $27,016.54 |
| Trustee, Expenses - DARCY D. WILLIAMSON | 2200-000 | NA | $717.29 | $717.29 | $717.29 |
| Attorney for Trustee Fees - Williamson Law Office | 3110-000 | NA | $36,000.00 | $13,671.89 | $13,671.89 |
| Auctioneer Expenses - Bud Palmer Auction | 3620-000 | NA | $19,796.25 | $19,796.25 | $19,796.25 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $8,050.00 | $8,050.00 | $8,050.00 |
| Administrative Rent - One Twenty South Main LLC | 2410-000 | NA | $5,400.00 | $5,400.00 | $5,400.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $7,094.28 | $7,094.28 | $7,094.28 |
| Bank Service Fees - Rabobank, N.A. | 2600-000 | NA | $665.80 | $665.80 | $665.80 |
| Other Chapter 7 Administrative Expenses - Electronix Recyclers Inc | 2990-000 | NA | $7,290.00 | $7,290.00 | $7,290.00 |
| Other Chapter 7 Administrative Expenses - One Twenty South Main, L.L.C.(Post-Pet Rent 5/11/18 Order) | 2990-000 | NA | $35,000.00 | $35,000.00 | $35,000.00 |
| Attorney for Trustee Fees (Other Firm) - Stinson Law Office | 3210-000 | NA | $292,870.96 | $103,489.28 | $103,489.28 |
| Accountant for Trustee Fees (Other Firm) - Berberich Trahan & Co., PA | 3410-000 | NA | $5,775.00 | $5,775.00 | $5,775.00 |
| Accountant for Trustee Fees (Other Firm) - MindTap Consulting, Inc. | 3410-000 | NA | $650.00 | $650.00 | $650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$446,676.12** | **$234,966.33** | **$234,966.33** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 37P | Internal Revenue Service | 5800-000 | $0.00 | $2,692,834.09 | $2,692,834.09 | $21,756.10 |
| 109 | Kansas Department of Labor | 5800-000 | $0.00 | $11,944.95 | $11,944.95 | $96.51 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,704,779.04** | **$2,704,779.04** | **$21,852.61** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Daily Beast Company, LLC | 7100-000 | $0.00 | $67,240.90 | $67,240.90 | $0.00 |
| 2 | Wichita Finco LLC (Unsecured per 4/8/19 Order) | 7100-000 | $0.00 | $605,180.45 | $605,180.45 | $0.00 |
| 3 | Five Media Marketing Ltd. | 7100-000 | $0.00 | $36,400.00 | $36,400.00 | $0.00 |
| 4 -2 | Media Beach P6 LLC | 7100-000 | $618,445.04 | $627,862.91 | $627,862.91 | $0.00 |
| 5 | Google LLC fka Google Inc., | 7100-000 | $57,500.00 | $57,500.00 | $57,500.00 | $0.00 |
| 6 | 149 Penn Ave. | 7100-000 | $0.00 | $8,968.85 | $8,968.85 | $0.00 |
| 7 | OATH HOLDINGS INC | 7100-000 | $0.00 | $69,347.76 | $69,347.76 | $0.00 |
| 8 | Renwood Realtytrac, LLC | 7100-000 | $0.00 | $37,500.00 | $37,500.00 | $0.00 |
| 9 -2 | IPFS Corporation | 7100-000 | $26,191.00 | $4,583.81 | $4,583.81 | $0.00 |
| 10 | Antelope Valley Endocrinology | 7100-000 | $203,367.89 | $150,000.00 | $150,000.00 | $0.00 |
| 11 | Ashiq V. Patel MD | 7100-000 | $205,252.91 | $150,000.00 | $150,000.00 | $0.00 |
| 12 | Gracenote Media Services, LLC | 7100-000 | $92,500.00 | $111,000.00 | $111,000.00 | $0.00 |
| 13 | Burrell Pond LLC | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $0.00 |
| 14 | Dennis and Martha Disberger | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 15 | Frank L. Burrell 1937 Trust | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $0.00 |
| 16 -2 | Aziz Maksoud | 7100-000 | $118,857.88 | $117,288.79 | $117,288.79 | $0.00 |
| 17 | Carriage Crossing | 7100-000 | $416.00 | $415.54 | $415.54 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Shirley F Belew Rev Liv Trust | 7100-000 | $52,531.25 | $50,000.00 | $50,000.00 | $0.00 |
| 19 | Snack Express | 7100-000 | $246.00 | $246.20 | $246.20 | $0.00 |
| 20 | Mahaska | 7100-000 | $2,714.00 | $2,640.91 | $2,640.91 | $0.00 |
| 21 | Terry Klein | 7100-000 | $237,715.72 | $100,000.00 | $100,000.00 | $0.00 |
| 22 | Merrill Communications LLC | 7100-000 | $10,579.00 | $18,148.64 | $18,148.64 | $0.00 |
| 23 | Newsweek Media Group, Inc. | 7100-000 | $0.00 | $83,222.04 | $83,222.04 | $0.00 |
| 24 | Phoenix NAP, LLC | 7100-000 | $347,818.00 | $1,591,942.66 | $1,591,942.66 | $0.00 |
| 25 | Guardian News and Media LLC | 7100-000 | $610,355.00 | $803,836.96 | $803,836.96 | $0.00 |
| 26 | Edward John Cremata | 7100-000 | $33,244.17 | $30,281.31 | $30,281.31 | $0.00 |
| 27 | Sri Ganesha LTD | 7100-000 | $59,428.90 | $100,000.00 | $100,000.00 | $0.00 |
| 28 | Level 3 Communications, LLC | 7100-000 | $85,569.00 | $15,530.66 | $15,530.66 | $0.00 |
| 29 | Level 3 Communications, LLC | 7100-000 | $0.00 | $67,752.95 | $67,752.95 | $0.00 |
| 30 -2 | ROI Media Consultants, Ins | 7100-000 | $109,333.00 | $109,332.99 | $109,332.99 | $0.00 |
| 31 | Black Diamond Solutions | 7100-000 | $2,242.00 | $2,241.80 | $2,241.80 | $0.00 |
| 32 | William E Lysle Trust | 7100-000 | $269,494.88 | $200,000.00 | $200,000.00 | $0.00 |
| 33 | Aaron Carswell | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 34 | Joe Martin | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 35 | Chase Reed | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| 36 | Frank I. Hoppe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37U | Internal Revenue Service | 7300-000 | $0.00 | $14,157.63 | $14,157.63 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37U | Internal Revenue Service | 7100-000 | $10,513.64 | $2,904.60 | $2,904.60 | $0.00 |
| 38 | John Patrick Clark Jr | 7100-000 | $64,815.99 | $50,000.00 | $50,000.00 | $0.00 |
| 39 | Reverie Roasters | 7100-000 | $516.00 | $619.20 | $619.20 | $0.00 |
| 40 | Jawahar Taunk | 7100-000 | $121,250.93 | $100,000.00 | $100,000.00 | $0.00 |
| 41U-2 | One Twenty South Main, L.L.C. | 7100-000 | $0.00 | $700,734.80 | $700,734.80 | $0.00 |
| 42 | American Express Travel Related Services Company, | 7100-000 | $54,304.89 | $55,274.85 | $55,274.85 | $0.00 |
| 43 | Central Glass and Mirror Inc | 7100-000 | $312.00 | $316.96 | $316.96 | $0.00 |
| 44 | Times Publishing Company dba Tampa Bay Times | 7100-000 | $23,037.00 | $51,885.51 | $51,885.51 | $0.00 |
| 45 | Terry Jones Rauch and Deborah Anne Johnson | 7100-000 | $64,815.99 | $50,000.00 | $50,000.00 | $0.00 |
| 46 | James David Quilliam | 7100-000 | $65,386.12 | $55,000.00 | $55,000.00 | $0.00 |
| 47 | Newsweek Media Group, Inc | 7100-000 | $39,153.00 | $83,222.04 | $0.00 | $0.00 |
| 48 | Timothy Goosby | 7100-000 | $108,623.22 | $115,640.19 | $115,640.19 | $0.00 |
| 49 | Philip Michael Hayes | 7100-000 | $297,144.66 | $350,000.00 | $350,000.00 | $0.00 |
| 50 | Joshua Edward Halewood | 7100-000 | $136,106.65 | $100,000.00 | $100,000.00 | $0.00 |
| 51 | Scott Douglas Ninegar & Kristi Kamerer Ninegar Living Trust | 7100-000 | $33,095.50 | $25,000.00 | $25,000.00 | $0.00 |
| 52 | FBI, LLC | 7100-000 | $875,498.40 | $871,396.71 | $871,396.71 | $0.00 |
| 53 | Richard G Richter and Katherine C Richter Trust | 7100-000 | $31,176.93 | $51,083.00 | $51,083.00 | $0.00 |
| 54 | BRUCE S. SIMON REVOCABLE LIVING TRUST | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | BRUCE S. SIMON REVOCABLE LIVING TRUST | 7100-000 | $31,129.18 | $25,000.00 | $0.00 | $0.00 |
| 56 | XML Team Solutions, LLC | 7100-000 | $39,063.00 | $78,125.00 | $78,125.00 | $0.00 |
| 57 | Simco Company | 7100-000 | $0.00 | $370,000.00 | $370,000.00 | $0.00 |
| 58 | Walter R. and Paula M. Everton | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 59 | Synacor, Inc. | 7100-000 | $212.00 | $405,087.93 | $405,087.93 | $0.00 |
| 60 | Thomas Lofgren | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | John Edward Aben | 7100-000 | $0.00 | $108,458.00 | $108,458.00 | $0.00 |
| 62 | Lawrence Lem | 7100-000 | $61,369.32 | $58,322.04 | $58,322.04 | $0.00 |
| 63 | Cox Media Topeka | 7100-000 | $0.00 | $38,378.73 | $38,378.73 | $0.00 |
| 64 | Cox Digital Operations | 7100-000 | $0.00 | $120,256.12 | $120,256.12 | $0.00 |
| 65 | Bryce D Brown | 7100-000 | $33,765.08 | $30,359.95 | $30,359.95 | $0.00 |
| 66 | Artour Baganov | 7100-000 | $0.00 | $160,000.00 | $160,000.00 | $0.00 |
| 67 | Ali Aaron Kani | 7100-000 | $32,611.26 | $56,160.00 | $56,160.00 | $0.00 |
| 68 -2 | Five Point Ventures, LLC | 7100-000 | $0.00 | $51,898.54 | $51,898.54 | $0.00 |
| 69 | Avelina Munoz | 7100-000 | $40,686.41 | $122,838.00 | $122,838.00 | $0.00 |
| 70 | Eric Mizrahi | 7100-000 | $40,686.41 | $122,838.00 | $122,838.00 | $0.00 |
| 71 | Mark Steven Paul | 7100-000 | $0.00 | $80,000.00 | $80,000.00 | $0.00 |
| 72 | Tymber Lee and Jennifer Lee Rev Trust | 7100-000 | $0.00 | $103,797.07 | $103,797.07 | $0.00 |
| 73 | Travelscape LLC dba Expedia Media Sltns | 7100-000 | $0.00 | $143,333.84 | $143,333.84 | $0.00 |
| 74 | Hurd, Hawkins, Meyers & Radosevich 401k Plan | 7100-000 | $122,059.26 | $168,629.19 | $168,629.19 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 75 | Theron D. Hawkins III and Henrietta Hawkins | 7100-000 | $122,059.27 | $146,397.14 | $146,397.14 | $0.00 |
| 76 | Cheryl Ann Smith | 7100-000 | $0.00 | $92,673.42 | $92,673.42 | $0.00 |
| 78 | Ken Bartsch | 7100-000 | $30,163.59 | $30,553.90 | $30,553.90 | $0.00 |
| 79 | Stephen F. Corcoran MD | 7100-000 | $67,128.05 | $67,102.69 | $67,102.69 | $0.00 |
| 80 | Tribune Publishing Company, LLC | 7100-000 | $6,282,282.92 | $5,890,133.28 | $5,890,133.28 | $0.00 |
| 81 -2 | Leslie G. Rudd Living Trust | 7100-000 | $0.00 | $106,583.00 | $106,583.00 | $0.00 |
| 83 | Murfin, Inc. | 7100-000 | $297,144.66 | $250,000.00 | $250,000.00 | $0.00 |
| 84 | Patent Portfolio Builders PLLC | 7100-000 | $35,781.00 | $31,641.00 | $31,641.00 | $0.00 |
| 85 | Thomas S. Nasser | 7100-000 | $0.00 | $406,720.22 | $406,720.22 | $0.00 |
| 86 | Robert J. Hayes | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 87 | Ryshiem Imahni Henderson | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| 89 | Tim Hovland/Pamela Hovland | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 90 | John Owens | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| 91 | Tatiana Hirsu | 7100-000 | $0.00 | $400,000.00 | $400,000.00 | $0.00 |
| 92 -2 | Cox Comet LLC | 7100-000 | $38,379.00 | $5,793,717.11 | $5,793,717.11 | $0.00 |
| 93 | Bill Levine | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $0.00 |
| 94 | William Febbo | 7100-000 | $54,149.98 | $50,000.00 | $50,000.00 | $0.00 |
| 95 | David Gallenson | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 96 | Erik Allen Murawsky | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 97 | David Gallenson | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 98 | David Gallenson | 7100-000 | $52,581.29 | $50,000.00 | $50,000.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 99 | Top Three Media | 7100-000 | $413,781.00 | $552,825.07 | $552,825.07 | $0.00 |
| 100 | tronc, Inc. and Tribune Content Agency, LLC | 7100-000 | $0.00 | $6,282,282.92 | $6,282,282.92 | $0.00 |
| 101 | Howard and Beverly Klein | 7100-000 | $185,341.98 | $187,308.72 | $187,308.72 | $0.00 |
| 103 | 2000 Marowitz Family Rev Trust | 7100-000 | $59,428.90 | $62,673.42 | $62,673.42 | $0.00 |
| 104 | Dean McSpadden | 7100-000 | $61,846.02 | $63,609.00 | $63,609.00 | $0.00 |
| 105 | Vertikal Inc. | 7100-000 | $13,500.00 | $13,500.00 | $13,500.00 | $0.00 |
| 107 | Mehul Patel | 7100-000 | $618,460.62 | $613,238.98 | $613,238.98 | $0.00 |
| 108 | Nour International, LLC | 7100-000 | $0.00 | $1,500,000.00 | $1,500,000.00 | $0.00 |
| 110 | American Express Travel Related Services Co. Inc | 7200-000 | $0.00 | $124.00 | $124.00 | $0.00 |
| 111 | American Express Travel Related Services Co. Inc | 7200-000 | $0.00 | $3,766.70 | $3,766.70 | $0.00 |
| 112 | American Express Travel Related Services Co. Inc | 7200-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 113 | American Express Travel Related Services Co. Inc | 7200-000 | $0.00 | $3,500.00 | $3,500.00 | $0.00 |
| N/F | 120 S Main LLC | 7100-000 | $186,016.00 | NA | NA | NA |
| N/F | AIM Media Texas | 7100-000 | $3.00 | NA | NA | NA |
| N/F | AM Access | 7100-000 | $191.00 | NA | NA | NA |
| N/F | Access to Media Attn: Jill Scavotto | 7100-000 | $356,089.45 | NA | NA | NA |
| N/F | Akerman LLP | 7100-000 | $2,004.00 | NA | NA | NA |
| N/F | Alex Osborne | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Amazon Web Services | 7100-000 | $175,010.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Anisa Daftari | 7100-000 | $229,947.90 | NA | NA | NA |
| N/F | Anthony Marotta | 7100-000 | $0.00 | NA | NA | NA |
| N/F | AppNexus, Inc. | 7100-000 | $27.00 | NA | NA | NA |
| N/F | Austin Powers LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Blauer Himmel, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brentwood Press | 7100-000 | $73.00 | NA | NA | NA |
| N/F | Brian D. & Sarah E. Zacharias | 7100-000 | $97,030.88 | NA | NA | NA |
| N/F | Brian Lugo | 7100-000 | $388,974.59 | NA | NA | NA |
| N/F | Bryson G. Butts | 7100-000 | $65,657.30 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Call Tower Inc. | 7100-000 | $1,713.00 | NA | NA | NA |
| N/F | Carbon Media | 7100-000 | $214.00 | NA | NA | NA |
| N/F | Carol Schoemann | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chicago Mercantile Exchange In Attn: Accounts Receivable | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Civitas Media Attn: Accts Rec. Advertising | 7100-000 | $3,396.00 | NA | NA | NA |
| N/F | Comcast Spotlight | 7100-000 | $585,756.30 | NA | NA | NA |
| N/F | Comet | 7100-000 | $6,057,164.00 | NA | NA | NA |
| N/F | Corporate Caterers | 7100-000 | $18,039.00 | NA | NA | NA |
| N/F | DMNmedia/Dallas Morning News | 7100-000 | $9,133.63 | NA | NA | NA |
| N/F | Dakhil Family LLC | 7100-000 | $475,431.42 | NA | NA | NA |
| N/F | Daniel J. Zacharias, TTEE of | 7100-000 | $162,970.47 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Danielle N. Dabbs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David & Hollis W Zacharias, | 7100-000 | $550,060.43 | NA | NA | NA |
| N/F | David A. Wollenberg, TTEE of | 7100-000 | $53,409.94 | NA | NA | NA |
| N/F | David Dorsett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David J & Carolyn R Rogina, TT | 7100-000 | $33,144.13 | NA | NA | NA |
| N/F | David McNamee | 7100-000 | $874.00 | NA | NA | NA |
| N/F | Dennis J Moore, M.D. | 7100-000 | $237,767.83 | NA | NA | NA |
| N/F | Donald A Di Ienno | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Donald A. Dilenno MD PA | 7100-000 | $457,273.04 | NA | NA | NA |
| N/F | Donald E. Sweet | 7100-000 | $63,935.23 | NA | NA | NA |
| N/F | Dr. David Golden | 7100-000 | $39,102.95 | NA | NA | NA |
| N/F | Duckhorn Properties, LLC c/o Ed Mikesell | 7100-000 | $178,286.78 | NA | NA | NA |
| N/F | ESE Partners, LLC - Sharon Amez | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | Eisner Amper LLP | 7100-000 | $17,026.00 | NA | NA | NA |
| N/F | Emtrain | 7100-000 | $1,904.00 | NA | NA | NA |
| N/F | Equity Trust Co., Custodian | 7100-000 | $388,399.15 | NA | NA | NA |
| N/F | Equity Trust Co., Custodian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Equity Trust Co., Custodian | 7100-000 | $99,882.16 | NA | NA | NA |
| N/F | Forestgate Property | 7100-000 | $297,144.66 | NA | NA | NA |
| N/F | Foulston Siefkin LLP | 7100-000 | $213,368.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Fresh Sales | 7100-000 | $576.00 | NA | NA | NA |
| N/F | GTS Online | 7100-000 | $27,300.00 | NA | NA | NA |
| N/F | Gary Hardman & Deborah R. | 7100-000 | $295,176.81 | NA | NA | NA |
| N/F | Gary Oborny | 7100-000 | $9,000.00 | NA | NA | NA |
| N/F | Getintent USA Inc. | 7100-000 | $775.00 | NA | NA | NA |
| N/F | Great West Trust Company | 7100-000 | $1,250.00 | NA | NA | NA |
| N/F | Hinkle Law Firm | 7100-000 | $1,438.00 | NA | NA | NA |
| N/F | IWorldOnline | 7100-000 | $4,174.00 | NA | NA | NA |
| N/F | Investing Channel | 7100-000 | $27,694.00 | NA | NA | NA |
| N/F | Jeff Wetta | 7100-000 | $29,517.68 | NA | NA | NA |
| N/F | Jerry Metz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Aben | 7100-000 | $40,686.41 | NA | NA | NA |
| N/F | John D Gagnon Revocable Trust c/o John Gagnon | 7100-000 | $297,144.66 | NA | NA | NA |
| N/F | John M Fay and Carole C Fay | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John P. Wargnier | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Sifonis | 7100-000 | $37,000.00 | NA | NA | NA |
| N/F | Kalpesh Himat Solanki | 7100-000 | $120,447.94 | NA | NA | NA |
| N/F | Kantar Media | 7100-000 | $1,082.00 | NA | NA | NA |
| N/F | Kanti Mamta, LLC | 7100-000 | $800,113.92 | NA | NA | NA |
| N/F | Katherine A. Wargnier | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Keating Consulting Group | 7100-000 | $34.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Kelly Blue Book | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Kevin Owens | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kirk 0. Fayard | 7100-000 | $85,663.73 | NA | NA | NA |
| N/F | Kristian Krieger | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kron4 | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Lan Palmer | 7100-000 | $70,776.46 | NA | NA | NA |
| N/F | Lance and Emi Tamura | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lars Kornbrink | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lindsey E Hall | 7100-000 | $178,286.78 | NA | NA | NA |
| N/F | Lisa Caughlin Revocable Trust | 7100-000 | $118,857.88 | NA | NA | NA |
| N/F | Mark T. Hellner Living Trust | 7100-000 | $411,588.17 | NA | NA | NA |
| N/F | Marshall Winget | 7100-000 | $13,395.85 | NA | NA | NA |
| N/F | Marta and Nicholas Kozlov | 7100-000 | $123,692.15 | NA | NA | NA |
| N/F | Mary Lee Borislow, TTEE of the | 7100-000 | $94,379.41 | NA | NA | NA |
| N/F | Matthew & Laura Marowitz, TTEE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael J. Shonka | 7100-000 | $115,740.46 | NA | NA | NA |
| N/F | Michael T. Dodd | 7100-000 | $64,375.83 | NA | NA | NA |
| N/F | Michael W Cannon Rev Trust | 7100-000 | $451,659.85 | NA | NA | NA |
| N/F | Miguel Gerardo De La Torre | 7100-000 | $20,274.40 | NA | NA | NA |
| N/F | Mimi H. Wakim | 7100-000 | $237,715.72 | NA | NA | NA |
| N/F | Move Inc. - ListHub | 7100-000 | $35,231.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | NASDAQ Stock Market LLC | 7100-000 | $750.00 | NA | NA | NA |
| N/F | NYSE Market Inc. | 7100-000 | $7,200.00 | NA | NA | NA |
| N/F | Naik Family LLC | 7100-000 | $127,870.32 | NA | NA | NA |
| N/F | Nassim El Nabbout | 7100-000 | $118,070.74 | NA | NA | NA |
| N/F | Nelly Saad El Nabbout Revoc | 7100-000 | $237,715.72 | NA | NA | NA |
| N/F | Nestor Weigand | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northern Virginia Media Servic | 7100-000 | $5.00 | NA | NA | NA |
| N/F | Nuviad LTD | 7100-000 | $332,880.00 | NA | NA | NA |
| N/F | OTC Markets Group, Inc | 7100-000 | $500.00 | NA | NA | NA |
| N/F | PSC Trust u/a/d 1/24/13 c/o Dan Peare | 7100-000 | $297,144.66 | NA | NA | NA |
| N/F | Panjak Vyas | 7100-000 | $1,747,990.72 | NA | NA | NA |
| N/F | Patricia J. Perrell | 7100-000 | $30,923.03 | NA | NA | NA |
| N/F | Peggy Ward | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Penske Media Corporation | 7100-000 | $98,441.00 | NA | NA | NA |
| N/F | Perfection Property | 7100-000 | $59,428.90 | NA | NA | NA |
| N/F | Perry Reid Properties | 7100-000 | $1,435.00 | NA | NA | NA |
| N/F | Petroleum Inc. Profit Sharing Plan FBO John K Garvey Roth At | 7100-000 | $275,937.48 | NA | NA | NA |
| N/F | Philip Coca | 7100-000 | $26,970.28 | NA | NA | NA |
| N/F | Politifact National | 7100-000 | $8,358.00 | NA | NA | NA |
| N/F | Radha Ramana Murthy Gokula and | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ramakrishna Thondapu | 7100-000 | $78,788.46 | NA | NA | NA |
| N/F | Randall Madey | 7100-000 | $182,380.72 | NA | NA | NA |
| N/F | Randall Madey, Trustee | 7100-000 | $120,245.51 | NA | NA | NA |
| N/F | RealVNC Betjeman House | 7100-000 | $76.00 | NA | NA | NA |
| N/F | RealtyTrac | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Reuters. | 7100-000 | $8,683.00 | NA | NA | NA |
| N/F | Richard H. Wollenberg | 7100-000 | $53,409.94 | NA | NA | NA |
| N/F | Richard Hutley | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rita B. Mattar Irrevocable | 7100-000 | $178,286.78 | NA | NA | NA |
| N/F | Rita B. Mattar Revocable Trust | 7100-000 | $118,857.88 | NA | NA | NA |
| N/F | Robin Mechlowitz Kaukonen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rodale Inc. | 7100-000 | $355,537.00 | NA | NA | NA |
| N/F | Roger L. Bowles, TTEE of the | 7100-000 | $70,842.43 | NA | NA | NA |
| N/F | Ron Salcer | 7100-000 | $129,581.14 | NA | NA | NA |
| N/F | Russell and Linda Charvonia | 7100-000 | $140,336.35 | NA | NA | NA |
| N/F | S&P Dow Jones Indices LLC | 7100-000 | $2,100.00 | NA | NA | NA |
| N/F | SP SNT Holdings, LLC c/o Jeffrey S. Lawrence | 7100-000 | $1,000,000.00 | NA | NA | NA |
| N/F | Samy Sharobeem | 7100-000 | $61,436.44 | NA | NA | NA |
| N/F | Sandifer Engineering & Control | 7100-000 | $31,920.08 | NA | NA | NA |
| N/F | Santa Monica Partners | 7100-000 | $236,141.44 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Scott Crawford and | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shaker R. Dakhil Rev Trust | 7100-000 | $475,431.42 | NA | NA | NA |
| N/F | Shannon Group Holdings, LLC c/o David Shannon | 7100-000 | $594,289.31 | NA | NA | NA |
| N/F | Sharon Amezcua | 7100-000 | $860.00 | NA | NA | NA |
| N/F | Shauna Edwards | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Shred-it | 7100-000 | $632.00 | NA | NA | NA |
| N/F | Sky Contracting Company | 7100-000 | $40,691.00 | NA | NA | NA |
| N/F | Spectrum Promotional | 7100-000 | $2,907.00 | NA | NA | NA |
| N/F | Sportradar US LLC | 7100-000 | $78,430.00 | NA | NA | NA |
| N/F | Stanley G. Brannan | 7100-000 | $165,160.00 | NA | NA | NA |
| N/F | Stephen W. Hayes Irrev Trust | 7100-000 | $297,144.66 | NA | NA | NA |
| N/F | Steve Crawford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steven F. Rospond DDS | 7100-000 | $29,912.56 | NA | NA | NA |
| N/F | Stuart Bruck | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sudha Tokala | 7100-000 | $598,251.24 | NA | NA | NA |
| N/F | Sudha Tokala, Ttee of Sudha | 7100-000 | $598,251.24 | NA | NA | NA |
| N/F | Synacor, Inc. Attn: William J. Stuart, CFO | 7100-000 | $405,087.93 | NA | NA | NA |
| N/F | Taylor Enterprises Attn: Dan Taylor | 7100-000 | $594,289.31 | NA | NA | NA |
| N/F | Teracal | 7100-000 | $768.00 | NA | NA | NA |
| N/F | The Car Park Inc | 7100-000 | $13,750.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | The Independent School | 7100-000 | $17,083.00 | NA | NA | NA |
| N/F | The Rubicon Project Inc. | 7100-000 | $183,610.02 | NA | NA | NA |
| N/F | The Weather Company | 7100-000 | $1,347,471.00 | NA | NA | NA |
| N/F | Thomopoulos Production | 7100-000 | $9,000.00 | NA | NA | NA |
| N/F | Thomson Reuters (Markets) LLC | 7100-000 | $139,749.00 | NA | NA | NA |
| N/F | Times - Shamrock. | 7100-000 | $24,714.00 | NA | NA | NA |
| N/F | Timothy Goosby | 7100-000 | $110,076.35 | NA | NA | NA |
| N/F | Twin Oaks | 7100-000 | $903.00 | NA | NA | NA |
| N/F | U.S. Protective Service, LLC | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | US Bank | 7100-000 | $21,453.51 | NA | NA | NA |
| N/F | Verisign, Inc. | 7100-000 | $14,680.00 | NA | NA | NA |
| N/F | Victoire Hovland | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vision Communications | 7100-000 | $935.00 | NA | NA | NA |
| N/F | Westar Energy | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Wichita State University Attn: Yolanda Adams | 7100-000 | $5.00 | NA | NA | NA |
| N/F | Wichita Wellness, Inc. | 7100-000 | $60,630.80 | NA | NA | NA |
| N/F | William David Levine Trust | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wollenberg Family Trust | 7100-000 | $106,819.88 | NA | NA | NA |
| N/F | Wrike, Inc. | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | YMCA | 7100-000 | $9,741.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | YSEOP Inc. | 7100-000 | $90,000.00 | NA | NA | NA |
| N/F | Yahoo Holdings, Inc. | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | eShares, Inc. Attn: Accounting | 7100-000 | $19,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$41,349,079.36** | **$33,960,534.60** | **$33,852,312.56** | **$0.00** |

**Case No.:** 18-10177-7 DLS

**Case Name:** Social Networking Technology Inc.

**For Period Ending:** 11/15/2023

**Trustee Name:** (360070) Darcy D. Williamson

**Date Filed (f) or Converted (c):** 02/12/2018 (f)

**§ 341(a) Meeting Date:** 03/19/2018

**Claims Bar Date:** 07/27/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Accounts Receivable (Fast Pay has lien) (See Footnote) | 1,063,453.00 | 0.00 | | 0.00 | FA |
| 2* | Patent for Sys/Methods Del. Adv. No. 15/811,795 (See Footnote) | 16,799.00 | 16,799.00 | | 200,000.00 | FA |
| 3 | Patent for Sys/Meth Categ Web Pgs No. 15/811,792 | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 4 | Patent No. 15/672,577 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 5 | Patent No. 15/672,573 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 6 | Patent No. 15/672,551 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 7 | Patent No. 15/585,752 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 8 | Patent No. 62/442,553 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 9 | Patent No. 62/332,049 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 10 | Patent No. 62/372,821 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 11 | Patent No. 62/372,822 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 12 | Patent No. 62/372,823 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 13 | Patent No. 62/422,271 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 14 | Patent No. 62/423,388 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 15 | Patent No. 62/442,555 (Estimate only) | 16,799.00 | 16,799.00 | | 0.00 | FA |
| 16 | SNT Media.com | 0.00 | 0.00 | | 0.00 | FA |
| 17* | Security Deposits (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Holder of Prepayments | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Crossfirst Bank checking (operation acct) #1211 | 56.56 | 56.56 | | 56.56 | FA |
| 20 | Crossfirst Bank checking (operating acct) #8236 | 23,486.42 | 23,486.42 | | 23,125.32 | FA |
| 21* | Notes Receivable - Kevin Owens (See Footnote) | 49,399.00 | 350.00 | | 0.00 | FA |
| 22* | Avoidance Action against FinCo (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 23* | Advoidance Action against A. Baganov (See Footnote) | 330,000.00 | 122,500.00 | | 122,500.00 | FA |
| 24 | Cash found in file drawer. (u) | Unknown | 100.00 | | 100.00 | FA |
| 25 | Office furniture, leasehold & computers | 21,069.00 | 3,275.00 | | 3,275.00 | FA |

Case 18-10177 Doc# 827 Filed 12/01/23 Page 22 of 30

UST Form 101-7-TDR ( 10 /1/2010)

**Case No.:** 18-10177-7 DLS

**Case Name:** Social Networking Technology Inc.

**For Period Ending:** 11/15/2023

**Trustee Name:** (360070) Darcy D. Williamson

**Date Filed (f) or Converted (c):** 02/12/2018 (f)

**§ 341(a) Meeting Date:** 03/19/2018

**Claims Bar Date:** 07/27/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 26 | Cigna Insurance Refund (u) | Unknown | 4,234.12 | | 4,234.12 | FA |
| 27* | Potential O & D & Malpractice Claim (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 28* | Possible other 547 & 548 Avoidance Actions (Est) (u) (See Footnote) | Unknown | 119,563.70 | | 82,039.70 | FA |
| **28** | **Assets Totals (Excluding unknown values)** | **$1,911,649.98** | **$598,751.80** | | **$525,330.70** | **$0.00** |

RE PROP# 1   After investigation, determined Fast Pay had valid lien. The Compromise Order of 4/8/2019 and 4/11/2019 resolved this lien dispute. See Footnote #2.

RE PROP# 2   THROUGH PROP 15: IP Assets. Trustee has sold and compromised per Order and Agreement with FastPay and Wichita FinCo. For purposes of this report only, trustee used debtor's scheduled value on Petition. Trustee's attorney sought value estimates and other sale offers before compromise.

RE PROP# 17   Landlord entitled to offset, due to lease default.

RE PROP# 21   Following the adversary filiing, for over $62,000, defendant offered defenses and releases and the matter was settled for $350.00. SEE ASSET 28.

RE PROP# 22   Matter was Compromised per 4/11/2019 Order. (See also Assets 1 and 2).

RE PROP# 23   The debtor's internal records and the trustee's demand letter and adversary complaint estimated the avoidance action to be $349,000. The gross value is $349,000 less costs and fees of litigation to net $270,000. On 8/3/21 Judge Norton mediated the dispute and recommended settlement of $122,500 due to defenses raised by the defendant for the first time. The parties have accepted. A Motion to Compromise was filed and approved by the court. Value is $122,500 as compromisse was approved.

RE PROP# 27   Trustee originally estimated property to exceed $100,000. Attorneys versed in O & D claims investigated and evaluated possible causes of action. Did not pursue due to cost and evidentiary and legal issues as advised by counsel.

RE PROP# 28   The trustee and/or counsel have reviewed records and issued 547 and 548 demand letters with a face value of over 2.4 Million to vendors. Received some responses (for which suit was not filed due to defenses). For those with no response, demand letters were issued and 23 lawsuits were filed, including Assets 21 & 23.. After adversaries were filed, many defendants then offered defenses and / or compromises have been entered in several adversaries. The trustee's final claim against Story Corp. will be dismissed and to proceed to closure.

**Major Activities Affecting Case Closing:**

05/04/2023 Trustee's Final Report submitted to U.S. Trustee. Upon approval, UST will file with Court and trustee will notice out, submit Order Authorizing Distribution, issue dividend checks and submit Distribution Report after receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):** 06/30/2019

**Current Projected Date Of Final Report (TFR):** 05/04/2023 (Actual)

| | |
|---|---|
| 11/15/2023 | /s/Darcy D. Williamson |
| Date | Darcy D. Williamson |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

| Case No.: | 18-10177-7 DLS | Trustee Name: | Darcy D. Williamson (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******0666 Checking Account |
| For Period Ending: | 11/15/2023 | Blanket Bond (per case limit): | $5,455,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/20/18 | {19} | Social Networking Technology | Bank Balances received by Bill Sorenson and forwarded to CH 7 Tee. | 1129-000 | 56.56 | | 56.56 |
| 02/20/18 | {20} | Social Networking Technology | Bank balance | 1129-000 | 23,125.32 | | 23,181.88 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 23,171.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.32 | 23,138.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.16 | 23,106.40 |
| 05/03/18 | {24} | Bud Palmer Auction | Cash found in File Drawer | 1229-000 | 100.00 | | 23,206.40 |
| 05/22/18 | 101 | One Twenty South Main LLC | Partial payment on LLC Partial payment on landlord costs to move personal property for sale. | 2410-000 | | 5,000.00 | 18,206.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 18,169.71 |
| 06/08/18 | {26} | Cigna | Refund of Insurance Prepayments | 1229-000 | 4,194.12 | | 22,363.83 |
| 06/13/18 | {25} | Bud Palmer Auction | Proceeds from Auction of Personal Property per order dtd 5/7/18 | 1129-000 | 93,275.00 | | 115,638.83 |
| 06/14/18 | 102 | One Twenty South Main LLC | Partial remaining payment for landlord moving expense for personal property. | 2410-000 | | 400.00 | 115,238.83 |
| 06/18/18 | 103 | Bud Palmer Auction | Auction Fees Per Order dtd 5/7/2018 | | | 19,796.25 | 95,442.58 |
| | | | Commissions $13,991.25 | 3620-000 | | | |
| | | | Advertising for Auction $1,130.00 | 3620-000 | | | |
| | | | Labor Expenses for Auction $4,175.00 | 3620-000 | | | |
| | | | Lights $500.00 | 3620-000 | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.09 | 95,336.49 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.30 | 95,189.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.47 | 95,047.72 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.91 | 94,974.81 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.86 | 94,888.95 |
| 01/25/19 | {26} | IMA Inc Wichita Division | Refund of Citizens Insurance Co of America | 1229-000 | 40.00 | | 94,928.95 |
| 03/06/19 | 104 | Electronix Recyclers Inc | Preparation of Computers for Sale | 2990-000 | | 7,290.00 | 87,638.95 |
| 04/16/19 | {2} | Wichita Finco LLC | Sale Proceeds from Personal Property per Order dtd 5/7/18 | 1129-000 | 100,000.00 | | 187,638.95 |
| 04/16/19 | {2} | Chubb & Son, A Div of Fed Insurance Company | Sale Proceed of Personal & Intellectual Property per Order dtd 5/7/18 | 1129-000 | 100,000.00 | | 287,638.95 |
| 04/16/19 | 105 | Fast Pay Partners LLC | Secured Claims on Personal Property per 4/11/2019 Order | 4110-000 | | 10,000.00 | 277,638.95 |

Page Subtotals: $320,791.00 $43,152.05

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| Case No.: | 18-10177-7 DLS | Trustee Name: | Darcy D. Williamson (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******0666 Checking Account |
| For Period Ending: | 11/15/2023 | Blanket Bond (per case limit): | $5,455,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/19/19 | 106 | Fast Pay Partners | Per Compromise and Settlement Agreement of 4/11/2019 | 4110-000 | | 200,000.00 | 77,638.95 |
| 05/08/19 | | Transition Transfer Debit | | 9999-000 | | 77,638.95 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 320,791.00 | 320,791.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 77,638.95 | |
| Subtotal | 320,791.00 | 243,152.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $320,791.00 | $243,152.05 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-10177-7 DLS | Trustee Name: | Darcy D. Williamson (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******9642 Checking Account |
| For Period Ending: | 11/15/2023 | Blanket Bond (per case limit): | $5,455,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/08/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 77,638.95 | | 77,638.95 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 62.04 | 77,576.91 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 123.99 | 77,452.92 |
| 05/05/20 | 10107 | U.S. Bankruptcy Court Clerk | Filing Fees for Adversary Cases per Order dtd 5/4/20 | 2700-000 | | 8,050.00 | 69,402.92 |
| 05/12/20 | {28} | Cigna Health and Life Insurance Company | Settlement Per Adversary 20-05023 | 1229-000 | 500.00 | | 69,902.92 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 113.26 | 69,789.66 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 118.98 | 69,670.68 |
| 07/24/20 | {28} | Bugsnag Inc | Settlement per Adversary 20-5038 | 1229-000 | 4,500.00 | | 74,170.68 |
| 07/28/20 | {28} | VeriSign | Settlement per Adversary 20-5027 | 1229-000 | 14,000.00 | | 88,170.68 |
| 07/31/20 | {28} | AVI Seabar and Chophouse | Settlement per Adversary 20-5028 | 1229-000 | 3,500.00 | | 91,670.68 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 118.98 | 91,551.70 |
| 08/03/20 | {28} | Black Diamond Solutions Inc | Settlement per Adversary 20-5039 | 1229-000 | 500.00 | | 92,051.70 |
| 08/04/20 | {28} | Hearst Business Communications | Settlement per Adversary 20-5032 | 1229-000 | 999.00 | | 93,050.70 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 143.47 | 92,907.23 |
| 09/10/20 | {28} | Cox Enterprises, Inc. | Proceeds from Order to Compromise and Settlement Agreement dtd 8/27/20 | 1229-000 | 18,000.00 | | 110,907.23 |
| 09/15/20 | {28} | Civitas Media | Settlement per Adversary 20-5037 | 1229-000 | 500.00 | | 111,407.23 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,766.70 | | 115,173.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 124.00 | | 115,297.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,500.00 | | 118,797.93 |
| 09/17/20 | {28} | American Express | Settlement per Adv. 20-5029 | 1229-000 | 3,000.00 | | 121,797.93 |
| 09/18/20 | {28} | Attom Data Solutions | Settlement per Adv. 20-5033 | 1229-000 | 1,300.00 | | 123,097.93 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 186.01 | 122,911.92 |
| 10/02/20 | {28} | IBM/TWC Product and Tech | IBM wire transfer Settlement Agreement | 1229-000 | 2,500.00 | | 125,411.92 |
| 10/15/20 | {28} | Xandr | Settlement per Adv 20-05042 | 1229-000 | 7,500.00 | | 132,911.92 |
| 10/26/20 | {28} | Magnite Inc | Pref Pmt per Settlement Agreement | 1229-000 | 11,000.00 | | 143,911.92 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 208.52 | 143,703.40 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 222.03 | 143,481.37 |
| 12/04/20 | {28} | DreamChase | Settlement per Adversary 20-5024 | 1229-000 | 2,000.00 | | 145,481.37 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 255.16 | 145,226.21 |
| 01/06/21 | {28} | Neilsen Company (Gracenote, Inc) | Payment on Settlement of Preference Payment | 1229-000 | 1,000.00 | | 146,226.21 |
| 01/21/21 | {28} | Capital One | Kevin Owens Settlement 20-05046 | 1229-000 | 350.00 | | 146,576.21 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 226.35 | 146,349.86 |

| | | | Page Subtotals: | | $156,178.65 | $9,828.79 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| | | |
|---|---|---|
| Case No.: | 18-10177-7 DLS | |
| Case Name: | Social Networking Technology Inc. | |
| Taxpayer ID #: | **-***0871 | |
| For Period Ending: | 11/15/2023 | |

| | | |
|---|---|---|
| Trustee Name: | Darcy D. Williamson (360070) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******9642 Checking Account | |
| Blanket Bond (per case limit): | $5,455,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/17/21 | 10108 | Fast Pay Partners | Per Compromise and Settlement Agreement 4/11/2019 | 4110-000 | | 40,000.00 | 106,349.86 |
| 02/26/21 | {28} | XML Team Solutions | ACH Deposit 0 547 & 548 Avoidance Actions | 1229-000 | 3,500.00 | | 109,849.86 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 218.92 | 109,630.94 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 193.27 | 109,437.67 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 175.39 | 109,262.28 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 163.44 | 109,098.84 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 192.34 | 108,906.50 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 174.54 | 108,731.96 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 185.88 | 108,546.08 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 173.97 | 108,372.11 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 167.90 | 108,204.21 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 184.98 | 108,019.23 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 178.89 | 107,840.34 |
| 01/25/22 | {23} | Hiscox Insurance Company | Incoming wire transfer for settlement per Adversary 20-05043 | 1141-000 | 122,500.00 | | 230,340.34 |
| 01/26/22 | {23} | Hiscox Insurance Company | wire transfer for settlement per Adversary 20-05043 | 1141-000 | 122,500.00 | | 352,840.34 |
| 01/26/22 | {23} | Hiscox Insurance Company | Reversed Deposit 100010 1 wire transfer for settlement per Adversary 20-05043 | 1141-000 | -122,500.00 | | 230,340.34 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 193.25 | 230,147.09 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 344.29 | 229,802.80 |
| 03/07/22 | 10109 | Fast Pay Partners | Per Compromise and Settlement Agreement dtd 4/11/2019 Voided on 03/07/2022 | 4210-000 | | 20,000.00 | 209,802.80 |
| 03/07/22 | 10109 | Fast Pay Partners | Per Compromise and Settlement Agreement dtd 4/11/2019 Voided: check issued on 03/07/2022 | 4210-000 | | -20,000.00 | 229,802.80 |
| 03/07/22 | 10110 | Social Networking Technology, Inc. | To Fast Pay Lockbox, per Compromise and Settlement Agreement dtd 4/11/2019 | 4110-000 | | 18,511.76 | 211,291.04 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 391.33 | 210,899.71 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 326.74 | 210,572.97 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 326.24 | 210,246.73 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 370.71 | 209,876.02 |

Page Subtotals: $126,000.00 $62,473.84

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 18-10177-7 DLS | Trustee Name: | Darcy D. Williamson (360070) |
|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******9642 Checking Account |
| For Period Ending: | 11/15/2023 | Blanket Bond (per case limit): | $5,455,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 325.16 | 209,550.86 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 369.43 | 209,181.43 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 335.26 | 208,846.17 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 323.56 | 208,522.61 |
| 12/21/22 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 208,522.61 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 282,178.65 | 282,178.65 | $0.00 |
| | Less: Bank Transfers/CDs | | | | 77,638.95 | 208,522.61 | |
| | Subtotal | | | | 204,539.70 | 73,656.04 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $204,539.70 | $73,656.04 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 18-10177-7 DLS | | Trustee Name: | Darcy D. Williamson (360070) |
|---|---|---|---|---|
| Case Name: | Social Networking Technology Inc. | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | | Account #: | ******0047 Checking Account |
| For Period Ending: | 11/15/2023 | | Blanket Bond (per case limit): | $5,455,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/22 | | Transition transfer credit | Transition transfer credit | 9999-000 | 208,522.61 | | 208,522.61 |
| 09/14/23 | 20111 | DARCY D. WILLIAMSON | Combined trustee compensation & expense dividend payments. | | | 27,733.83 | 180,788.78 |
| | | DARCY D. WILLIAMSON | Claims Distribution - Thu, 08-24-2023 $27,016.54 | 2100-000 | | | |
| | | DARCY D. WILLIAMSON | Claims Distribution - Thu, 08-24-2023 $717.29 | 2200-000 | | | |
| 09/14/23 | 20112 | Berberich Trahan & Co., PA | Distribution payment - Dividend paid at 100.00% of $5,775.00; Claim # ; Filed: $5,775.00 | 3410-000 | | 5,775.00 | 175,013.78 |
| 09/14/23 | 20113 | U.S. BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 174,663.78 |
| 09/14/23 | 20114 | Stinson Law Office | Distribution payment - Dividend paid at 100.00% of $103,489.28; Claim # ; Filed: $292,870.96 | 3210-000 | | 103,489.28 | 71,174.50 |
| 09/14/23 | 20115 | MindTap Consulting, Inc. | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # ; Filed: $650.00 | 3410-000 | | 650.00 | 70,524.50 |
| 09/14/23 | 20116 | Williamson Law Office | Distribution payment - Dividend paid at 100.00% of $13,671.89; Claim # ; Filed: $36,000.00 | 3110-000 | | 13,671.89 | 56,852.61 |
| 09/14/23 | 20117 | One Twenty South Main, L.L.C.(Post-Pet Rent 5/11/18 Order) | Distribution payment - Dividend paid at 100.00% of $35,000.00; Claim # 41P-2; Filed: $35,000.00 | 2990-000 | | 35,000.00 | 21,852.61 |
| 09/14/23 | 20118 | Internal Revenue Service | Distribution payment - Dividend paid at 0.81% of $2,692,834.09; Claim # 37P; Filed: $2,692,834.09 | 5800-000 | | 21,756.10 | 96.51 |
| 09/14/23 | 20119 | Kansas Department of Labor | Distribution payment - Dividend paid at 0.81% of $11,944.95; Claim # 109; Filed: $11,944.95 | 5800-000 | | 96.51 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COLUMN TOTALS | | | | | 208,522.61 | 208,522.61 | $0.00 |
| Less: Bank Transfers/CDs | | | | | 208,522.61 | 0.00 | |
| Subtotal | | | | | 0.00 | 208,522.61 | |
| Less: Payments to Debtors | | | | | | 0.00 | |
| NET Receipts / Disbursements | | | | | $0.00 | $208,522.61 | |

Case 18-10177   Doc# 327   Filed 12/01/23   Page 29 of 30

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:** 18-10177-7 DLS

**Case Name:** Social Networking Technology Inc.

**Taxpayer ID #:** **-***0871

**For Period Ending:** 11/15/2023

**Trustee Name:** Darcy D. Williamson (360070)

**Bank Name:** TriState Capital Bank

**Account #:** ******0047 Checking Account

**Blanket Bond (per case limit):** $5,455,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0666 Checking Account | $320,791.00 | $243,152.05 | $0.00 |
| ******9642 Checking Account | $204,539.70 | $73,656.04 | $0.00 |
| ******0047 Checking Account | $0.00 | $208,522.61 | $0.00 |
| | **$525,330.70** | **$525,330.70** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)